**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **5703 9th, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-3705389** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5703 9th Street NW Washington, DC 20011** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dist. of Columbia** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **5703 9th, LLC**                                                    Case number (*if known*) _____
          Name

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ___5313___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **5703 9th, LLC**                                                                              Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
          Contact name         _____
          Phone                _____

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **5703 9th, LLC**                                    Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **5703 9th, LLC**                                      Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2023**
MM / DD / YYYY

**X** **/s/ William Lansing**                          **William Lansing**
Signature of authorized representative of debtor       Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Brent C. Strickland**                Date **May 15, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Brent C. Strickland**
Printed name

**Whiteford, Taylor & Preston, L.L.P.**
Firm name

**111 Rockville Pike**
**Suite 800**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone   **(410) 347-9402**   Email address   **bstrickland@wtplaw.com**

**452880 DC**
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **5703 9TH, LLC,** | ) | Case No.:  23-_____ |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |
| | ) | |

### CORPORATE RESOLUTION

The undersigned, being all of the members of 5703 9th, LLC, a limited liability company organized under the laws of the District of Columbia (the "Company"), do hereby certify that the resolutions attached hereto as **Exhibit A** were duly adopted by unanimous consent of all members of the Company, which resolutions have not been amended, modified, or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, the undersigned have signed this certificate and affixed the corporate seal thereto on May 11, 2023.

_____
Natalie Denise Bell, Member

_____
Reginald Sanford Bell, Member

_____
Nicola Regina Bell, Member

_____
James C. Smith, Member

## EXHIBIT A

## RESOLUTION OF ACTION OF
## 5703 9th, LLC

**WHEREAS,** the undersigned Members of 5703 9th, LLC (the "Company") have determined that it is desirable and in the best interest of the Company, its creditors, stockholders, and/or members and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the filing by the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED,** that 5703 Manager LLC (the "Manager") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Manager shall determine; and it is further

**RESOLVED,** that the Manager of the Company, and such other Agent as he shall from time to time designate (each a "Representative") in his sole and absolute discretion, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings, and other papers and to take any and all action that he or she may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to retain legal counsel of his or her choosing to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Agent shall approve; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized to retain such other professionals as he are she deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in his or her judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 11th day of May, 2023, the Members of the Company have set their hand adopting the foregoing resolutions.

_____
Natalie Denise Bell, Member

_____
Reginald Sanford Bell, Member

_____
Nicola Regina Bell, Member

_____
James C. Smith, Member

2

**Fill in this information to identify the case:**

Debtor name    **5703 9th, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2023**      *X* **/s/ William Lansing**

Signature of individual signing on behalf of debtor

**William Lansing**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **5703 9th, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arcill Engineering** 929 West Broad Street, #249 Falls Church, VA 22046 | | **Mechanical/Electrical/Plumbing Engineer** | | | | **$4,564.00** |
| **District of Columbia Office of Tax and Revenue** 1101 4th Street SW Washington, DC 20024 | | **Property taxes, upcoming tax sale** | | | | **$7,066.26** |
| **District of Columbia Department of Building** 1100 4th Street SW Washington, DC 20024 | | **Permit fee balance** | | | | **Unknown** |
| **Erie Insurance Company** 100 Erie Ins. Place Erie, PA 16530 | | **Insurance** | | | | **$822.00** |
| **Nicholas Jung NSJ LLC** 2819 Bargate Court Crofton, MD 21114 | | **Architect services** | | | | **$6,000.00** |
| **WCP Fund 1 LLC** 2815 Hartland Road, Suite 200 Falls Church, VA 22043 | | **Real property located at 5703 9th Street NW, Washington, DC 20011** | | **Unknown** | **Unknown** | **Unknown** |
| **William Lansing** 1101 Connecticut Avenue NW Suite 450 Washington, DC 20036 | | **Loans of $2,500 and $8,500** | | | | **$11,000.00** |

## United States Bankruptcy Court
### District of District of Columbia

In re   **5703 9th, LLC**

Case No.

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James C. Smith**<br>**5703 9th Street NW**<br>**Washington, DC 20011** | | | **Member** |
| **Natalie Denise Bell**<br>**5703 9th Street NW**<br>**Washington, DC 20011** | | | **Member** |
| **Nicola Regina Bell**<br>**5703 9th Street NW**<br>**Washington, DC 20011** | | | **Member** |
| **Reginald Sanford Bell**<br>**5703 9th Street NW**<br>**Washington, DC 20011** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 15, 2023**

Signature   **/s/ William Lansing**

**William Lansing**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re                                                                )
**5703 9th, LLC**                                                    )         Case No.
                                                                     )
_____                     )
                                                                     )         Chapter  **11**
                                      Debtor.                        )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ _____ |
| Filing Fee | $ **1,738.00** |
| Prior to the filing of this statement I have received | $ **2,500.00** |
| Balance Due | $ **0.00** |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

2.       The source of the compensation paid to me was:

    ☐      Debtor    ☑    Other (specify):    **Loan from Manager**

3.       The source of compensation to be paid to me is:
    ☑      Debtor    ☐    Other (specify):

4       ☑      I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

        ☐      I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.       In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   2016-2(b) if taking the no-look fee
    d.   [Other provisions as needed]

6.       By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## <u>CERTIFICATION</u>

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:  **May 15, 2023**

**/s/ Brent C. Strickland**
Signature of attorney
**Brent C. Strickland**
Name, Bar Number
**Whiteford, Taylor & Preston, L.L.P.**
Firm
**111 Rockville Pike**
**Suite 800**
**Rockville, MD 20850**
Address
**(410) 347-9402**
Telephone
**bstrickland@wtplaw.com**
Email Address

**United States Bankruptcy Court**
**District of District of Columbia**

In re **5703 9th, LLC**                                                    Case No.
                                           Debtor(s)            Chapter   **11**

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of __2__ pages and a total of __12__ entities listed.


2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on

    Schedules D, E, and F, the Schedules of Creditors Holding

    Claims, in this case),

- each of the parties required to be listed on Schedule G -

    Executory Contracts and Unexpired Leases, that is, the parties

    other than myself, to any unexpired lease of real or personal

    property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any

   entity, other than my spouse in a joint case, that is also liable on

   any debts owed to any of my listed creditors, including all

   guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.


Date:   **May 15, 2023**                    **/s/ William Lansing**
                                            **William Lansing**/**Manager**
                                            Signer/Title

Arcill Engineering
929 West Broad Street, #249
Falls Church, VA 22046


District of Columbia
Office of Tax and Revenue
1101 4th Street SW
Washington, DC 20024


District of Columbia
Department of Building
1100 4th Street SW
Washington, DC 20024


Erie Insurance Company
100 Erie Ins. Place
Erie, PA 16530


James C. Smith
5703 9th Street NW
Washington, DC 20011


Natalie Denise Bell
5703 9th Street NW
Washington, DC 20011


Nicholas Jung
NSJ LLC
2819 Bargate Court
Crofton, MD 21114


Nicola Regina Bell
5703 9th Street NW
Washington, DC 20011


Reginald Sanford Bell
5703 9th Street NW
Washington, DC 20011

```
Russell S. Drazin, Trustee
Pardo & Drazin
4400 Jennifer Street NW, Suite 2
Washington, DC 20015



WCP Fund 1 LLC
2815 Hartland Road, Suite 200
Falls Church, VA 22043



William Lansing
1101 Connecticut Avenue NW
Suite 450
Washington, DC 20036
```

# United States Bankruptcy Court
### District of District of Columbia

In re   **5703 9th, LLC**                                             Case No.
                                    Debtor(s)          Chapter      **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __5703 9th, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 15, 2023**                         **/s/ Brent C. Strickland**

Date                                      **Brent C. Strickland**

                                          Signature of Attorney or Litigant
                                          Counsel for   **5703 9th, LLC**
                                          **Whiteford, Taylor & Preston, L.L.P.**
                                          **111 Rockville Pike**
                                          **Suite 800**
                                          **Rockville, MD 20850**
                                          **(410) 347-9402**
                                          **bstrickland@wtplaw.com**