# EXHIBIT C

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

## A. Settlement Statement

**B. Type of Loan** UNDERWRITER: Stewart Title Guaranty Company

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

FINAL

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 21-0365EB | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 01/19/2022 at 11:06 EH

| D. NAME OF BORROWER: | 5703 9th, LLC, a DC limited liability company |
|---|---|
| ADDRESS: | 1445 Church Street NW, #34, Washington, DC 20005 |
| E. NAME OF SELLER: | |
| ADDRESS: | |
| F. NAME OF LENDER: | WCP Fund I, LLC |
| ADDRESS: | 2815 Hartland Road, Suite 200, Falls Church, VA 22043 |
| G. PROPERTY ADDRESS: | 5703 9th Street NW, Washington, DC 20011 |
| | Lot 0040 in Square 2989 |
| H. SETTLEMENT AGENT: | Premium Title & Escrow, LLC |
| PLACE OF SETTLEMENT: | 3407 14th Street NW, Washington, DC 20010-3402 |
| I. SETTLEMENT DATE: | 01/19/2022 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 873,954.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 873,954.24 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 1,064,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 1,064,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 873,954.24 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 1,064,000.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH TO BORROWER** | 190,045.76 | **603. CASH TO SELLER** | 0.00 |

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: 21-0365

form HUD-1 (3/86) ref Handbook 4305.2
FINAL   PAGE 2

TitleExpress Settlement System  Printed 01/19/2022 at 11:06 EH

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ 0.000 = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee  1.500 % DP Capital LLC | | 15,960.00 | |
| 802. Loan Discount  % | | | |
| 803. Appraisal Fee  to WCP Fund I, LLC | (P.O.C.) 1,100.00 Buyer | | |
| 804. Credit Report | | | |
| 805. Loan Processing Fee  to DP Capital LLC | (P.O.C.) 1,000.00 Buyer | | |
| 806. | | | |
| 807. | | | |
| 808. construction draw budget  to WCP Fund I, LLC | | 749,000.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From  01/19/2022 to 02/01/2022  @$  61.2500 /day  13 Days | | 796.25 | |
| 902. Mortgage Insurance Premium for  to | | | |
| 903. Hazard Insurance Premium for  to ERIE INSURANCE GROUP | | 4,641.00 | |
| 904. Prepaid Interest Fee  to WCP Fund I, LLC | | 75,000.00 | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance  mo. @ $  386.75 /mo | | | |
| 1002. Mortgage Insurance  mo. @ $  /mo | | | |
| 1003. City Property Tax  mo. @ $  /mo | | | |
| 1004. County Property Tax  mo. @ $  /mo | | | |
| 1005. Annual Assessments  mo. @ $  /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee  to Premium Title & Escrow, LLC | | 350.00 | |
| 1102. Abstract or title search  to Trinity Title Abstract Services, LLC | | 650.00 | |
| 1103. Title examination  to Premium Title & Escrow, LLC | | 250.00 | |
| 1104. Title insurance binder | | | |
| 1105. Document Preparation  to Premium Title & Escrow, LLC | | 750.00 | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (includes above items No: | | | |
| 1108. Title Insurance  to Stewart Title Guaranty Company | | 4,657.50 | |
| (includes above items No: | | | |
| 1109. Lender's Policy  1,330,000.00 - 4,657.50 | | | |
| 1110. Owner's Policy  NONE | | | |
| 1111. CPL  to Stewart Title Guaranty Company | | 50.00 | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 63.00  ; Mortgage $ 156.50  ; Release $ | | 219.50 | |
| 1202. City Transfer Tax  Deed $  ; Mortgage $ | | | |
| 1203. City Recordation Tax  Deed $ 19,463.93  ; Mortgage $ | | 19,463.93 | |
| 1204.  Deed $  ; Mortgage $ | | | |
| 1205. Addtl Recording Fee | | 94.50 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. DC Water Bill Escrow  to HELD | | 1,500.00 | |
| 1303. Settlement Closer Fee | | 350.00 | |
| 1304. FedEx/Overnight Fee  to Premium Title & Escrow, LLC | | 75.00 | |
| 1305. E-record Fee (6)  to Simplifile | | 31.56 | |
| 1306. Recorder Courier Fee  to Premium Title & Escrow, LLC | | 50.00 | |
| 1307. Doc Scanning Fee  to EagleScanSolutions | | 65.00 | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on lines 103, Section J and 502, Section K) | | 873,954.24 | |