# EXHIBIT D



   

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Will Lansing <will@valordev.com>
**Sent:** Monday, November 28, 2022 3:05 PM
**To:** Jared Fausnaught <Jared@wcp.team>; Adrienne Wright <adrienne@valordev.com>
**Subject:** Extension Options: 5703 9th St NW DC

Hey Jared,

Hope all is well for you guys on the WCP side - and you had a nice Thanksgiving holiday.

We are going to need to extend the 5703 9th St NW DC loan with WCP. The timing it has taken us to get plans completed and through DC for permits has been excruciating to say the least.

We're writing to see if an extension is available to us on the project and if so, what you would need in order to review/consider?

Thanks,


Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--
Thanks,

Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.