# EXHIBIT E

Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com


On Tue, Nov 29, 2022 at 12:01 PM Jared Fausnaught <Jared@wcp.team> wrote:
> Hi Will,
>
> Hope you are doing well and had a great Holiday also.
>
> We appreciate you reaching out so far in advance.
>
> I will reach out to our investors and see what they are willing to do on 9th. With the market in its current state they have tightened up on which loans they are willing to extend.
>
> Those that do receive extensions are usually only 3 months at a time and they have become more expensive. With rates having increased, at the end of the term of the loan they are technically losing money so most extensions today come with a rate increase as well.
>
> I've found that a refinance is almost the better way to go because you can get a longer runway of time for less cost. If you are interested in what that would look like I can work to get an approval for a refinance and circle back.
>
> We can also see what would be approved for an extension so you have them side by side (assuming its approved).
>
> Thanks,
>
> **Jared Fausnaught | Vice President of Sales**
> Washington Capital Partners
> www.washingtoncapitalpartners.com
> 2815 Hartland Road, Suite 200
> Falls Church, VA 22043
> Office: (703) 740-5615
> **Cell:** (703) 344-1733
>
> **Schedule a Phone Consultation >**
>
> **Learn More About Me >**