# EXHIBIT F





   

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

---

**From:** Will Lansing <will@valordev.com>
**Sent:** Thursday, December 15, 2022 9:30 PM
**To:** Jared Fausnaught <Jared@wcp.team>
**Cc:** Adrienne Wright <adrienne@valordev.com>
**Subject:** Re: Extension Options: 5703 9th St NW DC

Hey Jared,

Just wanted to followup and check in if you heard anything back on the refinance/or extension option?

Thanks,


Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com


On Sun, Dec 4, 2022 at 7:44 PM Jared Fausnaught <Jared@wcp.team> wrote:
> Hi Will,
>
> Should have something for us in the next in the next couple of days.
>
> Keep you posted,
>
> **Jared Fausnaught | Vice President of Sales**
> Washington Capital Partners
> www.washingtoncapitalpartners.com
> 2815 Hartland Road, Suite 200
> Falls Church, VA 22043

Office: (703) 740-5615
Cell: (703) 344-1733





   

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Will Lansing <will@valordev.com>
**Sent:** Sunday, December 4, 2022 2:48 PM
**To:** Jared Fausnaught <Jared@wcp.team>
**Cc:** Adrienne Wright <adrienne@valordev.com>
**Subject:** Re: Extension Options: 5703 9th St NW DC

Hey Jared,

Just wanted to check in with you on WCP's interest in extending or refinancing the 5703 9th St loan?

Thanks,


Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com


On Tue, Nov 29, 2022 at 12:33 PM Will Lansing <will@valordev.com> wrote:
> Thanks Jared - that all makes sense and certainly understandable.
> We would definitely be looking for another year worth of loan term, so if it makes more sense to look at it as a refinance ( if easier on your side), then we can go at it that way. We appreciate you looking at the option(s) for us.
>
> Thanks,