# EXHIBIT G

2/14/23, 4:36 PM                                      Valor Development Main - Extension Options: 5703 9th St NW DC

Thanks,
Will

Thanks,

Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com

On Mon, Dec 19, 2022 at 2:07 PM Jared Fausnaught <Jared@wcp.team> wrote:
Hi Will,

I am attempting to work through a couple hurdles.

In full disclosure, we are working out some issues with Jamie on other properties we have with him.

That is making this more complicated.

Additionally, there isn't as much appetite from our investors to extend or refinance 9th St in this market based on the progress made.

That being said, we have a new warehouse facility coming online in January.

I should be able to do a refinance (which is really what is needed to get the project completed with enough time) in January with this new facility.

The challenge is that with Jamie attached as a borrower I don't see Danny willing to do the refi.

Give me a call when you have a minute to talk through this.

Thanks,

## Jared Fausnaught  |  Vice President of Sales
Washington Capital Partners
www.washingtoncapitalpartners.com
2815 Hartland Road, Suite 200
Falls Church, VA 22043
Office: (703) 740-5615
**Cell:** (703) 344-1733

Schedule a Phone Consultation  >