# EXHIBIT H



   

*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Will Lansing <will@valordev.com>
**Sent:** Thursday, January 5, 2023 11:40 AM
**To:** Jared Fausnaught <Jared@wcp.team>
**Cc:** Adrienne Wright <adrienne@valordev.com>
**Subject:** Re: Extension Options: 5703 9th St NW DC

Hey Jared,

Also, just to make sure, if we remove Jamie from the deal altogether (ie - bring in someone totally different to be our GC) so that he is not anywhere around the project at all, does that change the perspective?
Or still doesnt matter since he's historically been associated with it.

Thanks,


Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com


On Thu, Jan 5, 2023 at 6:51 AM Will Lansing <will@valordev.com> wrote:
> Hey Jared,
> Thanks for the note on this.
> Understood. Is it possible to get a slight extension to give us time to complete the refinance?
> We've started discussions with other lenders but with the maturity date approx 2 weeks out I free we will need some more time to complete getting you guys paid off.
> Would a 60 day extension be ok to request? There is plenty of money in the interest escrow.
>
>
> On Wed, Jan 4, 2023 at 11:05 PM Jared Fausnaught <Jared@wcp.team> wrote:
>> Hi Will,
>>
>> I heard back from the investors. It looks like we unfortunately will not be able to complete the refinance as a result of Jamie's association with the loan.

I was hopeful we'd be able to get it done, but with his other loans formally in foreclosure now, it taints 9th St.

Refinancing out with a different lender is the only pathway forward at this time.

I'm sorry for the news. If I can help with payoff statements, etc. please let me know.

Thanks,

**Jared Fausnaught | Vice President of Sales**
Washington Capital Partners
www.washingtoncapitalpartners.com
2815 Hartland Road, Suite 200
Falls Church, VA 22043
Office: (703) 740-5615
**Cell:** (703) 344-1733



*This message, including any attachments, may contain confidential, proprietary, privileged, and/or private information from Washington Capital Partners. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

**From:** Will Lansing <will@valordev.com>
**Sent:** Tuesday, January 3, 2023 3:20 PM
**To:** Jared Fausnaught <Jared@wcp.team>
**Cc:** Adrienne Wright <adrienne@valordev.com>
**Subject:** Re: Extension Options: 5703 9th St NW DC

Hey Jared,

Happy New Year man. I hope the holidays and new year were good to you and yours. Hoping 2023 is also good for you guys over at WCP.

Wanted to check in and see how things were coming along on the credit line setup for you guys and if it can be considered an option for the refinance of 5703 9th ?