# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5703 9TH, LLC | ) | Case No. 23-00131-ELG |
| | ) | |
| Debtor. | ) | |

## NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

PLEASE TAKE NOTICE THAT on September 11, 2023, the debtor and debtor-in-possession in the above-captioned case (the "Debtor") filed a *Motion for Order Extending Exclusive Periods to File a Plan of Reorganization and Obtain Acceptances Thereto* (the "Motion"). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then:

On or before **September 28, 2023 at 4:00 p.m. prevailing Eastern Time**, you or your attorney must file with the Court a written opposition. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Brent C. Strickland, Esq.
WHITEFORD TAYLOR & PRESTON L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850

-and-

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

    The Office of the United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, Virginia 22314

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the relief sought.

Dated: September 11, 2023      Respectfully submitted,

            */s/ Brent C. Strickland*
            Brent C. Strickland (Bar No. 452880)
            Whiteford, Taylor & Preston L.L.P.
            111 Rockville Pike, Suite 800
            Rockville, Maryland 20850
            Phone: (410) 347-9402
            Facsimile: (410) 223-4302
            Email: bstrickland@whitefordlaw.com

            *Counsel to the Debtor and Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, on all parties listed on the attached service list.

            */s/ Brent C. Strickland*
            Brent C. Strickland