**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:    ) | |
|    ) | Chapter 11 |
|    5703 9th, LLC,    ) | Case No. 23-00131-ELG |
|    ) | |
|    Debtor.    ) | |
|    ) | |

**ORDER EXTENDING EXCLUSIVE PERIODS TO FILE
PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO**

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") (a) extending the exclusivity period for the Debtor to file a chapter 11 plan and solicit votes thereon and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and

1

factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor's Exclusive Filing Period is extended by 90 days through and including December 15, 2023.

2. The Debtor's Acceptance Period is extended by 90 days through and including February 15, 2024.

3. Entry of this Order is without prejudice to the Debtor's right to seek from this Court such additional and further extensions of the Exclusive Periods within which to file and solicit acceptance of a plan of reorganization as may be necessary or appropriate.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List