# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 5703 9th, LLC | ) | Chapter 11 |
| | ) | Case No. 23-131-ELG |
| Debtor. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

**To:** All Parties

**PLEASE TAKE NOTICE** that 5703 9th, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), with this filing informs this Court and the parties involved of the new, current address for the Debtor:

> 5703 9th, LLC
> c/o Will Lansing
> The Valor Companies, LLC
> 1101 Connecticut Ave NW, Suite 450
> Washington DC  20036

Dated:  September 18, 2023        Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel for the Debtor and Debtor-in-Possession*

Brent C. Strickland, Esquire (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@wtplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2023, I served a copy of the foregoing via CM/ECF, and/or by first class United States Mail, postage prepaid, on all parties listed in attached Service List.

        */s/ Brent C. Strickland*
        Brent C. Strickland

*13088208*