**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: ) ) ) 5703 9th, LLC ) ) Debtor. ) ) ) | Chapter 11 Case No. 23-131-ELG |

## SERVICE LIST

5703 9th, LLC
c/o Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC  20036

Arcill Engineering
929 West Broad Street, #249
Falls Church, VA 22046-3121

Natalie Denise Bell
5703 9th Street NW
Washington, DC 20011-8203

Nicola Regina Bell
5703 9th Street NW
Washington, DC 20011-8203

Reginald Sanford Bell
5703 9th Street NW
Washington, DC 20011-8203

DC Gov't Office of Tax and Revenue
P.O. BOX 37559
Washington, DC 20013-7559

DC Gov't Office of Tax and Revenue
PO BOX 75520
Washington D.C. 20013

DC Water and Sewer Authority
P.O. Box 97200
Washington, D.C. 20090-7200

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

District of Columbia
Department of Building
1100 4th Street SW
Washington, DC 20024-4451

District of Columbia
Office of Tax and Revenue
1101 4th Street SW
Washington, DC 20024-4457

Russell S. Drazin, Trustee
Pardo & Drazin
4400 Jennifer Street NW
Suite 2
Washington, DC 20015-2089

Erie Insurance Company
100 Erie Ins. Place
Erie, PA 16530-0001

Internal Revenue Service
31 Hopkins Plaza, Rm 1150
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Nicholas Jung
NSJ LLC
2819 Bargate Court
Crofton, MD 21114-3105

William Lansing
1101 Connecticut Avenue NW
Suite 450
Washington, DC 20036-4359|

PEPCO
Remittance Processing
701 9th Street NW
Washington, DC  20001-4572

James C. Smith
44050 Ashburn Shopping Plz.
Suite 195-637
Ashburn, VA 20147

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

WCP Fund I LLC
2815 Hartland Road, Ste. 200
Falls Church, VA 22043-3548

WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

WCP Fund I LLC, as Servicer
for Trustee of Homeward
Opportunities Fund Trust 2020-B
c/o Maurice B. VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

WCP Servicing LLC
8401 Greensboro Dr.
Suite 960
McLean, VA 22102

Washington Gas
101 Constitution Ave., NW
Washington, DC 20001-2158