**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00131-ELG |
| **5703 9th, LLC** | Chapter 11 |
| Debtor(s). | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

- Motion for Order Extending Exclusive Periods Filed by 5703 9th, LLC (Docket Entry No. 106)

on 10/18/23 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 10/5/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.