The order below is hereby signed.

Signed: October 5 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00131-ELG |
| **5703 9th, LLC,** | Chapter 11 |
| **Debtor.** | |

### SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-hearing deadlines and dates in this contested matter. It is hereby ORDERED that the following schedule is established.

1. **Discovery.** Unless modified by order of this Court, the deadline for the parties to complete discovery is **November 30, 2023**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

2. **Evidentiary Hearing.** A hearing on the *Objection to Secured Claim 2 by Claimant WCP Fund I, LLC* (ECF No. 31), together with any and all objections, is scheduled for December 7, 2023 at 9:30 a.m. Eastern Time. This evidentiary hearing will be an in person hearing in Courtroom 1 of the E. Barrett Prettyman Courthouse, located at 333 Constitution Avenue NW, Washington, DC 20001.

3. **Exhibits.** On or before December 5, 2023, the parties shall each file with the Clerk a list of proposed exhibits and the proposed exhibits as required by Local Bankruptcy Rule 9070-1. Objections to any proposed exhibit shall be filed on or before December 6, 2023. Objections not made, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the Court for good cause and the exhibits will stand as admitted.

4. **Witness Lists.** On or before December 5, 2023, in accordance with Federal Rule of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1 the parties shall file a list of witnesses that the parties intend to call to testify at the hearing. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1).

5. **Availability of Mediation**. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

6. **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

[Signed and dated above.]

Copies to: All counsel of record.