**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00131-ELG** |
| **5703 9th, LLC** | **Chapter 11** |
| Debtor(s). | |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

- Motion for Order Extending Exclusive Periods Filed by 5703 9th, LLC (Docket Entry No. 106)

on 10/18/23 at 10:00 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

> For the Court:
> Angela D. Caesar
> BY: AM
> Dated: 10/5/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

In re:                             Case No. 23-00131-ELG

5703 9th, LLC                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1            User: admin            Page 1 of 3

Date Rcvd: Oct 05, 2023        Form ID: pdf001        Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 5703 9th, LLC, c/o Will Lansing, The Valor Companies, LLC, 1101 Connecticut Ave NW, Suite 450, Washington, DC 20036-4359 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |
| 768143 | + | Arcill Engineering, 929 West Broad Street, #249, Falls Church, VA 22046-3121 |
| 768181 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 768176 | | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520 WASHINGTON DC 20013 |
| 768905 | + | DC Water and Sewer Authority, PO Box 97200, Washington, DC 20090-7200 |
| 768145 | + | District of Columbia, Department of Building, 1100 4th Street SW, Washington, DC 20024-4451 |
| 768147 | + | James C. Smith, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768149 | + | Nicholas Jung, NSJ LLC, 2819 Bargate Court, Crofton, MD 21114-3105 |
| 768152 | + | Russell S. Drazin, Trustee, Pardo & Drazin, 4400 Jennifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 768177 | + | WCP Fund I LLC, as Servicer for Trustee of, Homeward Opportunities Fund Trust 2020-B, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 768154 | + | William Lansing, 1101 Connecticut Avenue NW, Suite 450, Washington, DC 20036-4359 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 05 2023 22:06:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 05 2023 22:05:56 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2023 22:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 05 2023 22:05:58 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Oct 05 2023 22:06:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 05 2023 22:06:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | | |

Case 23-00131-ELG   Doc 44   Filed 10/07/23   Entered 10/08/23 00:03:56   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2023 | Form ID: pdf001 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 05 2023 22:06:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 768144 | + | Email/Text: angela.coleman@dc.gov | Oct 05 2023 22:06:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street SW, Washington, DC 20024-4457 |
| 768146 | + | Email/Text: bankruptcy@erieinsurance.com | Oct 05 2023 22:06:00 | Erie Insurance Company, 100 Erie Ins. Place, Erie, PA 16530-0001 |
| 768906 | | Email/Text: Bankruptcy_General@pepco.com | Oct 05 2023 22:06:00 | PEPCO, Remittance Processing, 701 9th Street NW, Washington, DC 20001-4572 |
| 768907 | + | Email/Text: Bankruptcy@washgas.com | Oct 05 2023 22:06:00 | Washington Gas, 101 Constitution Ave., NW, Washington, DC 20001-2158 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 768256 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 768348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore MD 21201 |
| 768148 | ##+ | Natalie Denise Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768150 | ##+ | Nicola Regina Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768151 | ##+ | Reginald Sanford Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768153 | ##+ | WCP Fund 1 LLC, 2815 Hartland Road, Suite 200, Falls Church, VA 22043-3548 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 5703 9th LLC bstrickland@wtplaw.com, cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5