**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) ) Chapter 11 ) ) Case No. 23-00131-ELG 5703 9TH, LLC, ) ) Debtor. ) ) ) | |

In re: ) ) ) Chapter 11 ) ) Case No. 23-00131-ELG ) ) ) ) )

5703 9TH, LLC,

Debtor.

**NOTICE OF SERVICE OF DEBTOR'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO WCP FUND I LLC**

PLEASE TAKE NOTICE that on October 9, 2023, 5703 9th, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), caused the *Debtor's First Set of Interrogatories and Requests for Production of Documents to WCP Fund I LLC* to be served on the party listed below via U.S. Mail and email:

> Maurice B. VerStandig, Esq.
> The VerStandig Law Firm, LLC
> 1452 W. Horizon Ridge Pkwy, #665
> Henderson, Nevada 89012
> Email: mac@mbvesq.com

Dated: October 10, 2023            Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in- Possession*