The order below is hereby signed.

Signed: October 18 2023



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Chapter 11 |
| 5703 9th, LLC, | Case No. 23-00131-ELG |
| Debtor. | |

### ORDER EXTENDING EXCLUSIVE PERIODS TO FILE
### PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THERETO

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") (a) extending the exclusivity period for the Debtor to file a chapter 11 plan and solicit votes thereon and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and

1

factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor's Exclusive Filing Period is extended by 90 days through and including December 15, 2023.

2. The Debtor's Acceptance Period is extended by 90 days through and including February 15, 2024.

3. Entry of this Order is without prejudice to the Debtor's right to seek from this Court such additional and further extensions of the Exclusive Periods within which to file and solicit acceptance of a plan of reorganization as may be necessary or appropriate.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List

United States Bankruptcy Court

District of Columbia

In re:  
5703 9th, LLC  
    Debtor

Case No. 23-00131-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 18, 2023      Form ID: pdf001      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 768143 | + | Arcill Engineering, 929 West Broad Street, #249, Falls Church, VA 22046-3121 |
| 768176 | | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520 WASHINGTON DC 20013 |
| 768181 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 768905 | + | DC Water and Sewer Authority, PO Box 97200, Washington, DC 20090-7200 |
| 768145 | + | District of Columbia, Department of Building, 1100 4th Street SW, Washington, DC 20024-4451 |
| 768147 | + | James C. Smith, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768149 | + | Nicholas Jung, NSJ LLC, 2819 Bargate Court, Crofton, MD 21114-3105 |
| 768152 | + | Russell S. Drazin, Trustee, Pardo & Drazin, 4400 Jennifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 768177 | + | WCP Fund I LLC, as Servicer for Trustee of, Homeward Opportunities Fund Trust 2020-B, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 768154 | + | William Lansing, 1101 Connecticut Avenue NW, Suite 450, Washington, DC 20036-4359 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 768256 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2023 00:44:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 768144 | + | Email/Text: angela.coleman@dc.gov | Oct 19 2023 00:44:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street SW, Washington, DC 20024-4457 |
| 768146 | + | Email/Text: bankruptcy@erieinsurance.com | Oct 19 2023 00:44:00 | Erie Insurance Company, 100 Erie Ins. Place, Erie, PA 16530-0001 |
| 768906 | | Email/Text: Bankruptcy_General@pepco.com | Oct 19 2023 00:44:00 | PEPCO, Remittance Processing, 701 9th Street NW, Washington, DC 20001-4572 |
| 768907 | + | Email/Text: Bankruptcy@washgas.com | Oct 19 2023 00:44:00 | Washington Gas, 101 Constitution Ave., NW, Washington, DC 20001-2158 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 768348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore MD 21201 |
| 768148 | ##+ | Natalie Denise Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768150 | ##+ | Nicola Regina Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768151 | ##+ | Reginald Sanford Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768153 | ##+ | WCP Fund 1 LLC, 2815 Hartland Road, Suite 200, Falls Church, VA 22043-3548 |

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Oct 18, 2023 Form ID: pdf001 Total Noticed: 15

TOTAL: 0 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 5703 9th LLC bstrickland@wtplaw.com, cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5