**Exhibit A**

```
******************************************************************************************Page1of(2)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT   AS OF 11/8/2023 1:40:42 PM
                                    PROFORMA NUMBER: 1692013        LAST DATE BILLED 11/06/23


CLIENT 105244         5703 9TH ST., LLC                  ADDRESS: 5703 9TH ST., LLC
MATTER 00002          GENERAL CASE ADMINISTRATION                 C/O WILL LANSING
CASE ID                                                           WILL@VALORDEV.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17002768 | 05/16/23 | | EMAILS TO LENDER RE FORECLOSURE STAYED; UST RE IDI AND 341 ISSUES AND CLIENT EMAILS RE SAME. | | | .80 | 01529 | BCS | 513.40 | 513.40 |
| 17007445 | 05/17/23 | | CALL WITH MEMBERS OF THE LLC TO EXPLAIN NEXT BK STEPS | | | .60 | 01529 | BCS | 385.05 | 898.45 |
| 17011909 | 05/18/23 | | LOOK AT SARE ISSUES | | | .80 | 01529 | BCS | 513.40 | 1,411.85 |
| 17022730 | 05/24/23 | | REVIEW AND SAVE DOCUMENTS RECEIVED FROM CLIENT VIA DROPBOX | | | .20 | 01105 | KGM | 70.55 | 1,482.40 |
| 17047226 | 06/08/23 | | REVIEW COURT REQUIREMENTS; PREPARE AND REVISE DRAFTS FOR REVIEW OF NOTICE TO DISPUTED CREDITORS AND NOTICE TO NEW CREDITORS | | | 1.40 | 01105 | KGM | 493.85 | 1,976.25 |
| 17050519 | 06/12/23 | | IRS CORRESPONDNECE AND PREPARE RESPONSE RE TAX RETURNS | | | .50 | 01529 | BCS | 320.88 | 2,297.13 |
| 17057967 | 06/15/23 | | CORRESPOND CLIENT AND KEEN | | | .70 | 01529 | BCS | 449.23 | 2,746.36 |
| 17073688 | 06/26/23 | | CALL WITH MAC RE PAYOFF.  PREP FOR STATUS CONFERENCE AND EMAIL COURT RE ZOOM LINK | | | 1.30 | 01529 | BCS | 834.28 | 3,580.64 |
| 17076056 | 06/27/23 | | PREP FOR AND STATUS CONFERENCE WITH COURT; FOLLOW UP EMAIL UST RE CONTINUED 341 | | | 1.20 | 01529 | BCS | 770.10 | 4,350.74 |
| 17085114 | 06/27/23 | | EMAILS RE OFFER FROM WCP | | | .10 | 01578 | SBG | 57.38 | 4,408.12 |
| 17098489 | 07/10/23 | | EMAIL TO MAC WITH OFFER | | | .20 | 01529 | BCS | 128.35 | 4,536.47 |
| 17209605 | 08/22/23 | | PREP FOR STATUS CONFERENCE | | | .30 | 01529 | BCS | 192.53 | 4,729.00 |
| 17212105 | 08/23/23 | | STATUS CONFERENCE WITH COURT | | | .30 | 01529 | BCS | 192.53 | 4,921.53 |
| 17239554 | 09/05/23 | | CHECK EXCLUSIVITY DATE AND NOTES FOR EXTENSION MOTION | | | .60 | 01529 | BCS | 385.05 | 5,306.58 |

```
                                                                          9.00**TIME VALUE TOTAL**     5,306.58

                 ***DISBURSEMENTS ***
```

```
*********************************************************************************************Page2of(2)
                                       WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND   DETAILED  BILLING REPORT  AS OF 11/8/2023 1:40:42 PM
                                       PROFORMA NUMBER: 1692013          LAST DATE BILLED 11/06/23
```

| | |
|---|---|
| CLIENT 105244 | 5703 9TH ST., LLC |
| MATTER 00002 | GENERAL CASE ADMINISTRATION |
| CASE ID | |

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 19 | | | WESTLAW | 18.67 |
| | | | 14 | | | POSTAGE | 51.45 |
| | | | 10 | | | PHOTOCOPIES | 221.04 |
| | | | 94 | | | PACER SERVICE | 12.70 |
| | | | 110 | | | COLOR PHOTOCOPIES | 96.00 |
| | | | | | | *TOTAL DISBURSEMENTS* | 399.86 |

```
-------- DISBURSEMENT SUMMARY ---------        --------------- ATTORNEY SUMMARY ---------------
Code   Description         Amount       Atty    Status          Attorney Name         Std Rt  Avg Rt   Hours   Value    Last Entry
----   -----------------   ------------ ------  --------------- --------------------- ------- ------- ------- --------- --------
10     PHOTOCOPIES         221.04       01529   Partner         BRENT C. STRICKLAND   755.00  641.75   7.30   4,684.80  09/05/23
110    COLOR PHOTOCOPIES    96.00       01578   Non Equity Part STEPHEN B. GERALD     675.00  573.80    .10      57.38  06/27/23
14     POSTAGE              51.45       01105   Paralegal       KATHLEEN G. MCCRUDEN  415.00  352.75   1.60     564.40  06/08/23
19     WESTLAW              18.67                                                  TOTAL FEE VALUE              5,306.58
94     PACER SERVICE        12.70
       TOTAL DISBURSEMENTS 399.86

                                      TOTAL FEES AND DISBURSEMENTS        5,706.44

                                      UNALLOCATED CREDITS                       .00

==================================================================================================
START-TO-DATE FEES BILLED =               .00    YTD FEES BILLED =           .00    A/R BALANCE THIS MATTER =          .00
START-TO-DATE DISB BILLED =          1,738.00    YTD DISB BILLED =      1,738.00    ESCROW BALANCE          =          .00
==================================================================================================
```

```
*********************************************************************************************Page1of(3)
                                    WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND         DETAILED  BILLING REPORT      AS OF 11/8/2023 1:40:43 PM
                                    PROFORMA NUMBER: 1691980         LAST DATE BILLED

CLIENT 105244            5703 9TH ST., LLC                    ADDRESS: 5703 9TH ST., LLC
MATTER 00003             SCHEDULES/OPERATING REPORTS/341               C/O WILL LANSING
CASE ID                                                                WILL@VALORDEV.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

|  |  |  |  |  |  | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | WORKED | NO | INIT. | THIS PERIOD | TOTAL |
| 17007447 | 05/17/23 |  | EMAILS TO COORDINATE IDI |  |  | .40 | 01529 | BCS | 256.70 | 256.70 |
| 17008213 | 05/18/23 |  | SEND SOFA AND SCHEDULES FORMS TO CLIENT FOR PREPARING RESPONSES TO FILE BY 5/30/23 |  |  | .30 | 01105 | KGM | 105.83 | 362.53 |
| 17011831 | 05/19/23 |  | PREP FOR IDI |  |  | .60 | 01529 | BCS | 385.05 | 747.58 |
| 17013690 | 05/22/23 |  | REVIEW DOCS FROM UST AND PREP FOR IDI |  |  | 2.00 | 01529 | BCS | 1,283.50 | 2,031.08 |
| 17016316 | 05/23/23 |  | EMAILS RE DOCS DUE TO UST |  |  | .60 | 01529 | BCS | 385.05 | 2,416.13 |
| 17022017 | 05/26/23 |  | EMAILS ON SCHEDULES AND RELATED ISSUES |  |  | .60 | 01529 | BCS | 385.05 | 2,801.18 |
| 17026685 | 05/30/23 |  | DRAFT EXTENSION MOTION AND ORDER; EMAILS UST RE SAME |  |  | .70 | 01529 | BCS | 449.23 | 3,250.41 |
| 17029631 | 05/31/23 |  | EMAILS ON SCHEDULES AND SOFAS |  |  | .60 | 01529 | BCS | 385.05 | 3,635.46 |
| 17029633 | 05/31/23 |  | EMAILS ON SOFAS AND SCHEDULES |  |  | .60 | 01529 | BCS | 385.05 | 4,020.51 |
| 17047392 | 06/01/23 |  | PREPARE AND SEND DRAFT SOFA AND SCHEDULES FOR REVIEW BY ATTORNEY AND CLIENT |  |  | 1.40 | 01105 | KGM | 493.85 | 4,514.36 |
| 17047429 | 06/01/23 |  | EXCHANGE EMAILS WITH CLIENT TO OBTAIN INFORMATION NEEDED FOR COMPLETING SOFA AND SCHEDULES |  |  | 1.10 | 01105 | KGM | 388.03 | 4,902.39 |
| 17035448 | 06/02/23 |  | PREPARE AND REVISE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES FOR REVIEW BY CLIENT AND ATTORNEY |  |  | 2.10 | 01105 | KGM | 740.78 | 5,643.17 |
| 17038865 | 06/05/23 |  | REVIEW SCHEDULES/SOFAS |  |  | .80 | 01529 | BCS | 513.40 | 6,156.57 |
| 17041399 | 06/06/23 |  | PREP FOR AND CALL WITH COUNSEL FOR WCP; REVIEW SCHEDULES AND SOFAS AND FINALIZE FOR FILING |  |  | 1.60 | 01529 | BCS | 1,026.80 | 7,183.37 |
| 17047319 | 06/06/23 |  | E-FILE FINALIZED SOFA AND SCHEDULES VIA EMECF |  |  | .90 | 01105 | KGM | 317.48 | 7,500.85 |
| 17047360 | 06/06/23 |  | FINAL UPDATES AND REVISIONS TO SCHEDULES AND SOFA MADE.  SEND FINAL COPY TO CLIENT FOR SIGNATURE |  |  | .60 | 01105 | KGM | 211.65 | 7,712.50 |
| 17045859 | 06/07/23 |  | CORRESPOND CLIENT AND ASSEMBLE DOCS REQUESTED BY UST |  |  | .80 | 01529 | BCS | 513.40 | 8,225.90 |

```
****************************************************************************************Page2of(3)
                                     WHITEFORD, TAYLOR & PRESTON       THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT  AS OF 11/8/2023 1:40:43 PM
                                     PROFORMA NUMBER: 1691980           LAST DATE BILLED

CLIENT 105244           5703 9TH ST., LLC
MATTER 00003            SCHEDULES/OPERATING REPORTS/341
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17045976 | 06/08/23 | | DOCS TO UST | | | .60 | 01529 | BCS | 385.05 | 8,610.95 |
| 17047270 | 06/08/23 | | REVIEW DOCUMENTS RECEIVED FROM CLIENT; SEND BANK STATEMENTS TO B STRICKLAND FOR TRANSMITTAL TO USTRUSTEE PER THEIR REQUEST | | | .70 | 01105 | KGM | 246.93 | 8,857.88 |
| 17047782 | 06/09/23 | | 341 PREP AND REFI ISSUES | | | 2.50 | 01529 | BCS | 1,604.38 | 10,462.26 |
| 17055893 | 06/13/23 | | 341 PREP AND NOTE SALE EXPLORATION | | | 2.00 | 01529 | BCS | 1,283.50 | 11,745.76 |
| 17055243 | 06/14/23 | | PREP FOR AND ATTEND 341; PROVIDE FOLLOW UP DOCS TO UST | | | 1.50 | 01529 | BCS | 962.63 | 12,708.39 |
| 17064077 | 06/20/23 | | WORK ON MOR AND SEND DRAFT TO CLIENT | | | .80 | 01529 | BCS | 513.40 | 13,221.79 |
| 17067201 | 06/21/23 | | EMALS AND REPORTS ON MOR | | | 1.20 | 01529 | BCS | 770.10 | 13,991.89 |
| 17078964 | 06/28/23 | | PREP FOR AND CONTINUED 341 | | | .30 | 01529 | BCS | 192.53 | 14,184.42 |
| 17157343 | 07/25/23 | | CLIENT EMAILS ON MOR | | | .40 | 01529 | BCS | 256.70 | 14,441.12 |
| 17160861 | 07/26/23 | | EMAILS RE MOR AND WORK ON SAME | | | .40 | 01529 | BCS | 256.70 | 14,697.82 |
| 17163093 | 07/27/23 | | WORK ON MOR | | | .30 | 01529 | BCS | 192.53 | 14,890.35 |
| 17165184 | 07/28/23 | | EMAILS ON JUNE MOR | | | .20 | 01529 | BCS | 128.35 | 15,018.70 |
| 17167355 | 07/31/23 | | FINALIZE JUNE MOR | | | .30 | 01529 | BCS | 192.53 | 15,211.23 |
| 17201312 | 08/17/23 | | WORK ON JULY MOR AND EMAILS RE SAME | | | .50 | 01529 | BCS | 320.88 | 15,532.11 |
| 17207734 | 08/21/23 | | FINALIZE AND FILE MOR | | | .20 | 01529 | BCS | 128.35 | 15,660.46 |

```
                                                          27.60**TIME VALUE TOTAL**       15,660.46
                          --------------- ATTORNEY SUMMARY ---------------
                Atty    Status           Attorney Name              Std Rt  Avg Rt  Hours     Value  Last Entry
                ------  ---------------  -------------------------  ------  ------  ------  --------  --------
                01529   Partner          BRENT C. STRICKLAND        755.00  641.75   20.50  13,155.91  08/21/23
                01105   Paralegal        KATHLEEN G. MCCRUDEN       415.00  352.75    7.10   2,504.55  06/08/23
                                                        TOTAL FEE VALUE              15,660.46
```

```
****************************************************************************************Page3of(3)
                                        WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT  AS OF 11/8/2023 1:40:43 PM
                                        PROFORMA NUMBER: 1691980         LAST DATE BILLED
_____
CLIENT 105244             5703 9TH ST., LLC
MATTER 00003              SCHEDULES/OPERATING REPORTS/341
CASE ID
_____
                                TOTAL FEES AND DISBURSEMENTS       15,660.46

                                UNALLOCATED CREDITS                      .00

===================================================================================================
START-TO-DATE FEES BILLED =            .00    YTD FEES BILLED =          .00   A/R BALANCE THIS MATTER =      .00
START-TO-DATE DISB BILLED =            .00    YTD DISB BILLED =          .00   ESCROW BALANCE          =      .00
===================================================================================================
```

```
************************************************************************************************Page1of(2)
                                      WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND     DETAILED  BILLING REPORT   AS OF 11/8/2023 1:40:44 PM
                                      PROFORMA NUMBER: 1691981          LAST DATE BILLED

CLIENT 105244            5703 9TH ST., LLC                ADDRESS: 5703 9TH ST., LLC
MATTER 00004             LIFT STAY MOTIONS/CONTESTED MATTERS         C/O WILL LANSING
CASE ID                                                              WILL@VALORDEV.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17045861 | 06/07/23 | | RESEARCH ON LATE FEE ISSUE RE LENDER ASSESSMENT | | | 1.60 | 01529 | BCS | 1,026.80 | 1,026.80 |
| 17050521 | 06/12/23 | | CONFER MAYA RE RESEARCH ON INTEREST AND LATE FEES ON UNADVANCED PRINCIAPL | | | .80 | 01529 | BCS | 513.40 | 1,540.20 |
| 17064079 | 06/20/23 | | EMAILS TO CLIENT ON CLAIM OBJECTION WCP AND START DRAFT OF SAME | | | 1.50 | 01529 | BCS | 962.63 | 2,502.83 |
| 17069190 | 06/22/23 | | WORK ON CLAIM OBJECTION | | | 2.00 | 01529 | BCS | 1,283.50 | 3,786.33 |
| 17076060 | 06/27/23 | | WORK ON WCP CLAIM OBJECTION ISSUES | | | 1.20 | 01529 | BCS | 770.10 | 4,556.43 |
| 17078963 | 06/28/23 | | WORK ON CLAM OBJECTION TO WCP | | | 1.20 | 01529 | BCS | 770.10 | 5,326.53 |
| 17085089 | 06/29/23 | | EMAILS RE POTENTIAL COUNTER PROPOSAL | | | .10 | 01578 | SBG | 57.38 | 5,383.91 |
| 17092615 | 07/06/23 | | EMAILS RE NEGOTIATIONS WITH WCP | | | .10 | 01578 | SBG | 57.38 | 5,441.29 |
| 17092722 | 07/06/23 | | EMAILS RE RESPONSE TO WCP PAYOFF DEMAND | | | .30 | 01529 | BCS | 192.53 | 5,633.82 |
| 17165182 | 07/28/23 | | WORK ON WCP CLAIM OBJECTION | | | 2.80 | 01529 | BCS | 1,796.90 | 7,430.72 |
| 17168436 | 07/31/23 | | CALL WITH MAC AND RESEND OFFER | | | .30 | 01529 | BCS | 192.53 | 7,623.25 |
| 17175279 | 08/01/23 | | EMAILS ON SETTLEMENT | | | .50 | 01529 | BCS | 320.88 | 7,944.13 |
| 17179988 | 08/04/23 | | EMAILS ON SETTLELMENT | | | .20 | 01529 | BCS | 128.35 | 8,072.48 |
| 17185040 | 08/08/23 | | EMAILS CLIENT AND MAC RE NEW OFFER | | | .30 | 01529 | BCS | 192.53 | 8,265.01 |
| 17193969 | 08/14/23 | | REVIEW AND REVISE OBJECTION TO WCP CLAIM | | | .20 | 01578 | SBG | 114.75 | 8,379.76 |
| 17194998 | 08/14/23 | | FINISH DRAFT CLAIM OBJECTION AND REVIEW INFO FROM JAMIE; FINALIZE AND CIRCULATE DRAFT TO CLIENT | | | 2.80 | 01529 | BCS | 1,796.90 | 10,176.66 |
| 17207730 | 08/21/23 | | CALL MAC RE CLAIM OBJECTION ISSUES | | | .30 | 01529 | BCS | 192.53 | 10,369.19 |
| 17241290 | 09/05/23 | | WORK ON DISCOVERY TO WCP | | | 1.50 | 01529 | BCS | 962.63 | 11,331.82 |
| 17241280 | 09/06/23 | | STAT DRAFT OF EXLUSIVITY MOTION | | | .60 | 01529 | BCS | 385.05 | 11,716.87 |

```
*********************************************************************************************Page2of(2)
                                    WHITEFORD, TAYLOR & PRESTON     THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT    AS OF 11/8/2023 1:40:44 PM
                                    PROFORMA NUMBER: 1691981        LAST DATE BILLED
```

| | | | | | | HOURS | TKPR | TKPR | TIME VALUE | RUNNING |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIENT 105244 | | 5703 9TH ST., LLC | | | | | | | | |
| MATTER 00004 | | LIFT STAY MOTIONS/CONTESTED MATTERS | | | | | | | | |
| CASE ID | | | | | | | | | | |

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17245991 | 09/08/23 | | WORK ON EXCLUSIVITY MOTION AND ORDER | | | 1.50 | 01529 | BCS | 962.63 | 12,679.50 |
| 17249256 | 09/11/23 | | FINALIZE AND FILE EXCLUSIVITY MOTION | | | .80 | 01529 | BCS | 513.40 | 13,192.90 |
| 17260413 | 09/14/23 | | CHECK DEADLINE FOR WCP RESPONSE TO CLAIM OBJECTION AND CONSIDER PLAN ISSUES | | | .80 | 01529 | BCS | 513.40 | 13,706.30 |
| 17260391 | 09/18/23 | | CONFER WITH B.STRICKLAND RE STATUS OF CLAIM OBJECTION | | | .10 | 01578 | SBG | 57.38 | 13,763.68 |
| 17268242 | 09/19/23 | | REVIEW CLAIM OBJECTION AND CONSIDER NEXT STEPS WITH NO RESPONSE FROM WCP | | | 1.40 | 01529 | BCS | 898.45 | 14,662.13 |
| 17284888 | 09/29/23 | | CALL MAC RE CLAIM OBJECTION AND INTENT TO FILE PLAN; WORK ON SAME | | | .80 | 01529 | BCS | 513.40 | 15,175.53 |

```
                                                              23.70**TIME VALUE TOTAL**      15,175.53
                           ---------------  ATTORNEY SUMMARY  ---------------
                           Atty    Status           Attorney Name            Std Rt  Avg Rt   Hours      Value    Last Entry
                           ------  ---------------  ------------------------ ------- -------- -------- --------- ---------
                           01529   Partner          BRENT C. STRICKLAND      755.00  641.75   23.20    14,888.64  09/29/23
                           01578   Non Equity Part  STEPHEN B. GERALD        675.00  573.78     .50       286.89  09/18/23
                                                                    TOTAL FEE VALUE                    15,175.53

           TOTAL FEES AND DISBURSEMENTS         15,175.53

           UNALLOCATED CREDITS                        .00

=================================================================================================================================
START-TO-DATE FEES BILLED =             .00     YTD FEES BILLED =             .00     A/R BALANCE THIS MATTER =              .00
START-TO-DATE DISB BILLED =             .00     YTD DISB BILLED =             .00     ESCROW BALANCE          =              .00
=================================================================================================================================
```

```
*************************************************************************************************Page1of(1)
                                   WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND      DETAILED  BILLING REPORT   AS OF 11/8/2023 1:40:44 PM
                                   PROFORMA NUMBER: 1691982         LAST DATE BILLED

CLIENT 105244           5703 9TH ST., LLC              ADDRESS: 5703 9TH ST., LLC
MATTER 00005            PROFESSIONALS                           C/O WILL LANSING
CASE ID                                                         WILL@VALORDEV.COM
INVOICE NUMBER _____ INVOICE DATE ____/____/____

                                                              HOURS   TKPR  TKPR  TIME VALUE       RUNNING
INDEX       DATE       CA    ***PROFESSIONAL SERVICES***      TASK ACT  WORKED   NO   INIT.  THIS PERIOD    TOTAL
TEST
_____     _____    ___                                    ____ ___  _____   ____ _____  _____    ____

17011935    05/18/23         DRAFT RETENTION APPLICATION NOTICE AND ORDER      1.50  01529  BCS     962.63    962.63

                                                           1.50**TIME VALUE TOTAL**       962.63
                                 --------------- ATTORNEY SUMMARY ---------------
                         Atty    Status             Attorney Name          Std Rt  Avg Rt  Hours      Value  Last Entry
                         ------  ---------------    -----------------------  ------ ------ ------  ---------  ---------
                         01529   Partner            BRENT C. STRICKLAND     755.00  641.75   1.50     962.63  05/18/23
                                                              TOTAL FEE VALUE                         962.63

               TOTAL FEES AND DISBURSEMENTS        962.63

               UNALLOCATED CREDITS                    .00

================================================================================================================
START-TO-DATE FEES BILLED =         .00    YTD FEES BILLED =         .00    A/R BALANCE THIS MATTER =        .00
START-TO-DATE DISB BILLED =         .00    YTD DISB BILLED =         .00    ESCROW BALANCE          =        .00
================================================================================================================
```