**Exhibit B**

************************************************************************************************Page2of(2)

```
                                  WHITEFORD, TAYLOR & PRESTON      THRU 09/30/23
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED  BILLING REPORT      AS OF 11/8/2023 1:40:42 PM
                                  PROFORMA NUMBER: 1692013         LAST DATE BILLED 11/06/23
```

```
CLIENT 105244          5703 9TH ST., LLC
MATTER 00002           GENERAL CASE ADMINISTRATION
CASE ID
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|-------|------|---------|------|--------|------|--|--------|
| | | | 19 | | | WESTLAW | 18.67 |
| | | | 14 | | | POSTAGE | 51.45 |
| | | | 10 | | | PHOTOCOPIES | 221.04 |
| | | | 94 | | | PACER SERVICE | 12.70 |
| | | | 110 | | | COLOR PHOTOCOPIES | 96.00 |

```
                              *TOTAL DISBURSEMENTS*      399.86
```

| -------- DISBURSEMENT SUMMARY --------- | | -------------- ATTORNEY SUMMARY -------------- | | | | | | | |
|------|------------------|--------|------|------------------|----------------------|--------|--------|-------|---------|------------|
| Code | Description | Amount | Atty | Status | Attorney Name | Std Rt | Avg Rt | Hours | Value | Last Entry |
| 10 | PHOTOCOPIES | 221.04 | 01529 | Partner | BRENT C. STRICKLAND | 755.00 | 641.75 | 7.30 | 4,684.80 | 09/05/23 |
| 110 | COLOR PHOTOCOPIES | 96.00 | 01578 | Non Equity Part | STEPHEN B. GERALD | 675.00 | 573.80 | .10 | 57.38 | 06/27/23 |
| 14 | POSTAGE | 51.45 | 01105 | Paralegal | KATHLEEN G. MCCRUDEN | 415.00 | 352.75 | 1.60 | 564.40 | 06/08/23 |
| 19 | WESTLAW | 18.67 | | | | TOTAL FEE VALUE | | | 5,306.58 | |
| 94 | PACER SERVICE | 12.70 | | | | | | | | |
| | TOTAL DISBURSEMENTS | 399.86 | | | | | | | | |

```
               TOTAL FEES AND DISBURSEMENTS      5,706.44

               UNALLOCATED CREDITS                     .00
```

```
=================================================================================================
START-TO-DATE FEES BILLED =            .00    YTD FEES BILLED =            .00    A/R BALANCE THIS MATTER =            .00
START-TO-DATE DISB BILLED =      1,738.00    YTD DISB BILLED =      1,738.00    ESCROW BALANCE          =            .00
=================================================================================================
```