**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>5703 9TH, LLC,<br><br>Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-00131-ELG <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO FIRST APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

**PLEASE TAKE NOTICE** that on November 16, 2023, Whiteford, Taylor & Preston L.L.P., counsel to 5703 9th, LLC (the "<u>Debtor</u>"), the above-captioned debtor and debtor-in-possession, filed the *First Interim Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") seeking the entry of an order allowing fees in the amount of $37,105.20 and the reimbursement of expenses in the amount of $399.86 incurred during the period from May 16, 2023 through September 30, 2023. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the relief sought in the Application, then you or your attorney must file with the Court a written objection to the relief sought in the Application on or before **November 30, 2023**.

All objections and proposed orders must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to undersigned counsel for the Debtor. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR A HEARING.**

Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief without further notice. Parties-in-interest with questions may contact the undersigned.

Dated: November 16, 2023          Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor-in- Possession*

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, I caused a copy of the foregoing Notice to be served via the Court's Electronic Case Filing System on all parties requesting notice thereby, and by first-class mail on the parties on the attached Service List.

*/s/ Brent C. Strickland*
Brent C. Strickland