# EXHIBIT B

**Strickland, Brent C.**

| | |
|---|---|
| **From:** | Mac VerStandig <mac@mbvesq.com> |
| **Sent:** | Monday, November 13, 2023 9:48 PM |
| **To:** | Strickland, Brent C. |
| **Subject:** | 5703 |
| **Attachments:** | 23.11.09 Discovery Responses.pdf; 23.11.13 WCP First Production of Documents 0001-0044.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.
For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Brent,

Attached, please find my client's answers to interrogatories and responses to document requests, together with an initial production of documents. I am working to supplement the production with the complete loan file, sans privileged communications.

I'm around tomorrow if you want to discuss; feel free to call anytime.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com
Twitter: @mac_verstandig [twitter.com]

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete

analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

2