EXHIBIT C

## Strickland, Brent C.

| | |
|---|---|
| **From:** | Strickland, Brent C. |
| **Sent:** | Tuesday, November 21, 2023 10:24 AM |
| **To:** | Mac VerStandig |
| **Subject:** | 5703 9th street |

Mac:

I have reviewed the documents produced by WCP in response to the Debtor's discovery requests. The production is woefully inadequate. WCP has not produced a single internal or external email, letter, text or other communication regarding this loan, all of which are fully discoverable. WCP has also failed to produce any documents relating to U.S. National Bank Association (USNBA), including all communications between WCP and USNBA, any servicing agreements, and any documents evidencing the sale of the loan by WCP to USNBA.

As you know, the Court set a deadline of November 30, 2023, for the completion of discovery and the hearing on the claim objection dispute is scheduled for December 7. Given the short time frame, absent a full production of all documents listed in the debtor's discovery requests by the close of business on November 27, 2023, we will no choice but to file a motion to compel and to seek other appropriate relief. Please accept this correspondence as our good faith effort to avoid having to file a motion to compel as required by the local bankruptcy rules.

Brent C. Strickland
Whiteford, Taylor & Preston LLP
111 Rockville Pike
Suite 800
Rockville, Maryland 20850
t: 410-347-9402 | f: 410-223-4302
bstrickland@wtplaw.com | www.wtplaw.com | Bio | vCard

 Whiteford Taylor Preston

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Thursday, November 16, 2023 12:35 PM
**To:** Strickland, Brent C. <BSTRICKLAND@WHITEFORDLAW.COM>
**Subject:** RE: 5703

**This Message Is From an External Sender**
This message came from outside your organization.
For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Brent,

1

With apologies, I thought I sent this e-mail the other day and I clearly did not. Here is the second production: https://acrobat.adobe.com/id/urn:aaid:sc:US:98029a5e-4c77-43f8-9c19-3297f01fdff4 [acrobat.adobe.com]

The password is 333constitution

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com
Twitter: @mac_verstandig [twitter.com]

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.


**From:** Mac VerStandig
**Sent:** Monday, November 13, 2023 9:48 PM
**To:** Strickland, Brent C. <BSTRICKLAND@WHITEFORDLAW.COM>
**Subject:** 5703

Brent,

Attached, please find my client's answers to interrogatories and responses to document requests, together with an initial production of documents. I am working to supplement the production with the complete loan file, sans privileged communications.

I'm around tomorrow if you want to discuss; feel free to call anytime.

Thanks,

Maurice "Mac" VerStandig, Esq.


The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com
Twitter: @mac_verstandig [twitter.com]

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.