**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5703 9th, LLC, | ) | Case No. 23-00131-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER ON MOTION TO COMPEL DISCOVERY**

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession

(the "Debtor") for entry of an order (this "Order") to Compel Discovery from WCP Fund I, LLC

and any response thereto, this Court having found that the Debtor's notice of the Motion and

opportunity for a hearing on the Motion were appropriate under the circumstances and no other

notice need be provided; and this Court having reviewed the Motion and having heard the

statements in support of the relief requested therein at a hearing before this Court (the "Hearing");

and this Court having determined that the legal and factual bases set forth in the Motion and at the

Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.     The Debtor's Motion to Compel is GRANTED.

1

2.    WCP Fund I, LLC shall provide full and complete responses to the discovery requests propounded by the Debtor and produce all documents requested by the Debtor, including, but not limited to, all internal and external communications (as defined in the discovery requests) relating to the loan made by WCP Fund I, LLC to the Debtor and all documents relating to the servicing agreement between WCP Fund I, LLC and any other party.

3.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List