**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| 5703 9TH, LLC, | ) |
|  | ) Case No. 23-00131-ELG |
| Debtor. | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

**DEBTOR'S MOTION TO CONTINUE EVIDENTIARY HEARING**
**AND TO MODIFY SCHEDULING ORDER**

5703 9th, LLC, the debtor and debtor-in-possession herein (the "Debtor"), pursuant to Local

Bankruptcy Rule 5071-1(a), files this *Motion to Continue Evidentiary Hearing and to Modify*

*Scheduling Order* (the "Motion") and, in support thereof, respectfully represents as follows:

**FACTUAL BACKGROUND**

1.       On May 16, 2023, the Debtor filed a voluntary petition for relief herein,

commencing this Chapter 11 case.

2.       The Debtor is a limited liability company formed under the laws of the District of

Columbia on October 27, 2021. The original members of the Debtor were siblings Natalie Denise

Bell, Reginald Sanford Bell, and Nicola Regina Bell (collectively, the "Bell Family").

3.       The Bell Family inherited the single-family residential property located at 5703 9th

Street, NW, Washington D.C (the "Property") when their parents passed away.

4.       The Bell Family determined that the value of the Property could be maximized if

the Property could be remodeled into a two-unit residential condominium property (the "Project").

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

5.      In order to proceed with the renovation, the Bell Family entered into a Developer

Services Agreement with 5703 9th Manager, LLC (the "Developer"), whereby Developer would

assume all of the administrative and management tasks necessary for the completion of the Project.

6.      In order to finance the project, the Debtor entered into a loan transaction with WCP

Fund I, LLC as servicer for U.S. Bank National Association ("WCP").

### THE CLAIM OBJECTION AND DISCOVERY

7.      On August 16, 2023, the Debtor filed its Objection to Proof of Claim No.2 filed by

WCP Fund I, LLC (Dkt. 31).  WCP filed its response to the claim objection on September 28, 2023

(Dkt. 38).

8.      On October 3, 2023, the Court issued a Scheduling Order (Dkt. 43) with respect to

the contested matter of the claim objection proceeding. Pursuant to the Scheduling Order, the

deadline for the completion of discovery is November 30, 2023 and an evidentiary hearing is set

for December 7, 2023. Exhibits are required to be pre-filed by December 5, 2023.

9.      On October 9, 2023, the Debtor served WCP, via its counsel, with Interrogatories

and Requests for Production of Documents. WCP has not provided full and complete discovery

responses.[1]

10.     After attempts to resolve the discovery dispute were unsuccessful, the Debtor was

forced to file a Motion for Order to Compel Discovery.

11.     Because of WCP's discovery failures, the Debtor's ability to comply with the

Scheduling Order and prosecute the claim objection has been materially prejudiced. The Debtor

---

[1] The documents produced by WCP do not contain a single piece of correspondence or communication from WCP, either external or internal. Also absent are any documents relating to the servicing agreement between WCP Fund I, LLC and U.S. Bank National Association.

2

seeks a reasonable continuance of the December 7, 2023 evidentiary hearing and an appropriate

modification to the Scheduling Order as the Court deems appropriate.

WHEREFORE, the Debtor respectfully requests that the Court grant the Motion, continue

the December 7, 2023 evidentiary hearing to a date convenient to the Court and the parties, and

for such other and further relief as the Court deems necessary or appropriate.

Respectfully submitted,

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor- in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I served a copy of the foregoing via

CM/ECF upon all parties receiving notice thereby, including counsel for WCP Fund I.


*/s/ Brent C. Strickland*
Brent C. Strickland