**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>    5703 9th, LLC,<br><br>        Debtor. | )<br>)  Chapter 11<br>)<br>)  Case No. 23-00131-ELG<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO CONTINUE EVIDENTIARY HEARING
AND TO MODIFY SCHEDULING ORDER**

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") to Continue Evidentiary Hearing and to Modify Scheduling Order and any response thereto, this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The Debtor's Motion to Continue is GRANTED.

2. The December 7, 2023 evidentiary hearing is hereby continued and the Court shall set a new date and modify the Scheduling Order as necessary or appropriate.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc: All Parties on Master Service List