**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| 5703 9^(TH), LLC, | ) |
|  | ) Case No. 23-00131-ELG |
| Debtor. | ) |
|  | ) |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER SHORTENING TIME AND FOR AN EXPEDITED HEARING REGARDING DEBTOR'S MOTION TO CONTINUE EVIDENTIARY HEARING AND TO MODIFY SCHEDULING ORDER**

5703 9th, LLC (the "Debtor"), the above-captioned debtor and debtor-in-possession, by and through its undersigned counsel, files this *Motion for Entry of an Order Shortening Time and for an Expedited Hearing Regarding Debtor's Motion to Continue Evidentiary Hearing and to Modify Scheduling Order* (the "Motion to Shorten"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Bankruptcy Rules"), and section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), for entry of an order, substantially in the form attached hereto, shortening the notice period and scheduling an expedited hearing with respect to the *Debtor's Motion to Continue Evidentiary Hearing and to Modify Scheduling Order* [Docket No. 56] (the "Motion to Continue"), filed on

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

November 29, 2023.[1] In support of the Motion to Shorten, the Debtor respectfully states as follows:

## JURISDICTION

1.    This Court has jurisdiction over this Motion to Shorten pursuant to 28 U.S.C. §§ 1334 and 157. Venue in this Court is proper pursuant to 28 U.S.C. § 1409. This Motion to Shorten is a core proceeding within the meaning of 28 U.S.C. § 157. To the extent that it may be determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution, the Debtor confirms its consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), to the entry of a final order by the Court in connection with this Motion.

2.    The bases for the relief requested herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1), and Local Bankruptcy Rule 9013-2.

## BACKGROUND

3.    The factual and procedural background relevant to this Motion to Shorten is set forth in the Motion to Continue, which is incorporated herein by reference.

## RELIEF REQUESTED

4.    The Debtor seeks entry of an order, substantially in the form attached hereto, shortening the notice and objection periods with respect to the Motion to Shorten and scheduling an expedited hearing thereon for December 7, 2023 at 9:30 a.m. ET, which is the time that the *Debtor's Objection to Proof of Claim No.2 filed by WCP Fund I, LLC* [Docket No. 31] (the "Claim Objection") is presently scheduled to be heard by the Court. The Debtor further requests that the

---

[1] Capitalized terms used herein but not defined herein shall have the meaning given such terms in the Motion to Continue.

2

Court set the deadline for the filing of responses or objections to the Motion to Continue to December 5, 2023 at 4:00 p.m. or as the Court deems appropriate.

## BASIS FOR RELIEF REQUESTED

5. On November 29, 2023, the Debtor filed the Motion to Continue. Under Local Bankruptcy Rule 9013-1(b)(4), which requires 14 days' notice for motions practice, the notice period for filing an objection to the Motion to Continue runs on December 13, 2023.

6. Bankruptcy Rule 9006(c)(1) provides, "[e]xcept as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

7. Here, the Debtor respectfully submits that cause exists to shorten the notice period and to schedule an expedited hearing in connection with the Motion to Continue. If the notice period is not shortened, the evidentiary hearing on the Claim Objection will proceed notwithstanding the failure of WCP to adequately respond to discovery requests, the pending Motion to Compel Discovery [Docket No. 54] that will not be ripe at the time of the hearing, and an otherwise incomplete record.

8. Accordingly, the Debtor respectfully submits that cause exists under the circumstances to: (a) allow the Motion to Continue to be heard at the previously scheduled hearing on December 7, 2023 at 9:30 a.m. ET and (b) set the deadline for responses or objections to the relief requested in the Motion to Continue for December 5, 2023 at 4:00 p.m., or as the Court deems appropriate.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, substantially in the form attached hereto, granting the relief requested in this Motion to Shorten and granting such other and further relief as is appropriate under the circumstances.

Dated: December 4, 2023							Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby, including counsel for WCP Fund I, LLC.

*/s/ Brent C. Strickland*
Brent C. Strickland