The order below is hereby signed.

Signed: December 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| 5703 9TH, LLC, | ) | Case No. 23-00131-ELG |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

### ORDER SHORTENING TIME AND SCHEDULING EXPEDITED HEARING REGARDING DEBTOR'S MOTION TO CONTINUE EVIDENTIARY HEARING AND TO MODIFY SCHEDULING ORDER

This matter having come before this Court on the *Debtor's Motion for Entry of an Order Shortening Time and for an Expedited Hearing Regarding Debtor's Motion to Continue Evidentiary Hearing and to Modify Scheduling Order* (the "Motion to Shorten"); this Court having reviewed the Motion to Shorten; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this Court having found this is a core proceeding under 28 U.S.C. § 157(b)(2); this Court having found it may enter a final order consistent with Article III of the United States Constitution; this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper under 28 U.S.C. §§ 1408 and 1409; this Court having found that the Debtor's Notice of the Motion to Shorten and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; this Court having reviewed the Motion to Shorten and related materials; this Court having determined that the legal

1

and factual bases set forth in the Motion to Shorten and at the hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Debtor's Motion to Shorten is GRANTED.

2.      The *Debtor's Motion to Continue Evidentiary Hearing and to Modify Scheduling Order* (the "Motion to Shorten") will be heard at a hearing on December 7, 2023 at 9:30 a.m. prevailing Eastern Time (the "Hearing"). Any objection or response to the Motion to Continue must be filed with the Court on or before December 5, 2023 at 4:00 p.m. prevailing Eastern Time.

3.      The Debtor shall file and serve a notice of the Hearing consistent with the terms of this Order.

**End of Order**

I ASK FOR THIS:

*/s/  Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
WHITEFORD TAYLOR & PRESTON L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc:  All Parties on Master Service List