The order below is hereby signed.

Signed: December 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>5703 9TH, LLC,<br><br>Debtor. | ) <br>) Chapter 11<br>)<br>) Case No. 23-00131-ELG<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING FIRST INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *First Interim Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") filed by Whiteford Taylor & Preston L.L.P. ("Whiteford"), counsel to 5703 9th, LLC (the "Debtor") in the above-captioned case; and proper notice pursuant to Bankruptcy Rules 2002 and 2016 having been provided; and the Court having reviewed and considered the Application and any objections or responses filed thereto; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that any objections to the Application are overruled; and it is further

**ORDERED**, that Whiteford's request for payment of fees in the amount of $37,105.20 is hereby approved and allowed on an interim basis; and it is further

**ORDERED**, that Whiteford's request for reimbursement for out-of-pocket expenses in the amount of $399.86 Whiteford is hereby approved and allowed on an interim basis; and it is further

**ORDERED**, that the Debtor is authorized to pay Whiteford the amounts allowed above and as set forth in the Application; and it is further

**ORDERED**, that Whiteford is authorized to apply any retainer in Whiteford's possession to the fees and expenses approved and allowed in this Order.

**END OF ORDER**

I ASK FOR THIS:
*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
DOJ-UST
1725 Duke Street
Alexandria, VA 22314
Phone: (202) 841-8501
Email: sara.kathryn.mayson@usdoj.gov


cc:  All Parties on Master Service List