# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5703 9TH, LLC, | ) | Case No. 23-00131-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**
**DECEMBER 7, 2023 HEARING ON OBJECTION TO**
**PROOF OF CLAIM NO. 2 (DKT. 31]**

WITNESS LIST:

| No. | Witness |
|---|---|
|  |  |
| 1 | Will Lansing |

EXHIBIT LIST:

| Exhibit No. | Description of Exhibit |
|---|---|
|  |  |
| 1 | Operating Agreement |
| 2 | Development Services Agreement |
| 3 | Commercial Deed of Trust Note |
| 4 | Deed of Trust |
| 5 | HUD-1 Settlement Sheet |
| 6 | 12/19/22 Email from Jared Fausnaught |
| 7 | 2/14/23 Default Letter |
| 8 | 5/16/23 WCP Payoff Statement |
| 9 | Opposition to Debtor's Objection to Proof of Claim No. 2 filed by WCP Fund I LLC |
| 10 | Responses to Debtor's First Set of Interrogatories and Requests for Production of Documents to WCP Fund I LLC |
| 11 | WCP Portal Screenshots |

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Dated: December 5, 2023

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby, including counsel for WCP Fund I, LLC.

*/s/ Brent C. Strickland*
Brent C. Strickland

*13288473*