# EXHIBIT 6

Case 23-00131-ELG   Doc 63-6   Filed 12/05/23   Entered 12/05/23 16:27:48   Desc
Exhibit G   Page 2 of 2
Case 23-00131-ELG   Doc 31-7   Filed 08/16/23   Entered 08/16/23 10:26:48   Desc
Page 2 of 2

2/14/23, 4:36 PM                                    Valor Development Mail - Extension Options: 5703 9th St NW DC

Thanks,
Will

Thanks,

Will Lansing
The Valor Companies, LLC
1101 Connecticut Ave NW, Suite 450
Washington DC 20036

www.theValorCos.com

Office: 202-375-7916
Cell: 703-965-5773
Fax: 202-747-5741
Email: Will@ValorDev.com

On Mon, Dec 19, 2022 at 2:07 PM Jared Fausnaught <Jared@wcp.team> wrote:
> Hi Will,
>
> I am attempting to work through a couple hurdles.
>
> In full disclosure, we are working out some issues with Jamie on other properties we have with him.
>
> That is making this more complicated.
>
> Additionally, there isn't as much appetite from our investors to extend or refinance 9th St in this market based on the progress made.
>
> That being said, we have a new warehouse facility coming online in January.
>
> I should be able to do a refinance (which is really what is needed to get the project completed with enough time) in January with this new facility.
>
> The challenge is that with Jamie attached as a borrower I don't see Danny willing to do the refi.
>
> Give me a call when you have a minute to talk through this.
>
> Thanks,
>
>
> **Jared Fausnaught | Vice President of Sales**
> Washington Capital Partners
> www.washingtoncapitalpartners.com
> 2815 Hartland Road, Suite 200
> Falls Church, VA 22043
> Office: (703) 740-5615
> Cell: (703) 344-1733
>
> Schedule a Phone Consultation >