# EXHIBIT 7

**WASHINGTON CAPITAL PARTNERS**

8401 Greensboro Dr, Suite 960
McLean, VA 22102
www.wcp.team

02/14/2023

VIA EMAIL <jamie@avameredevelopment.com>

Natalie Denise Bell
5703 9th St NW
Washington, DC 20009

Attn: Natalie Denise Bell

Re:    **NOTICE OF DEFAULT**

5703 9th St NW Washington DC 20011

Dear Sir or Madam:

I am the Director of Finance for Washington Capital Partners. I'm writing to inform you that your business entity is presently in default for the Loan regarding the above captioned property, secured by that certain Deed of Trust, a copy of the first page of which is enclosed hereto as **Exhibit A**. This loan is in default for failure to pay off the loan by the loan maturity date or request a loan extension timely.

This is your last notice before our legal counsel commences foreclosure proceedings. Immediate cure of the default is required to avoid foreclosure. Please contact me within 48 hours to obtain either a Payoff Statement or an amount to bring the loan current or other applicable default remedy. Late fees at 10.00% have been assessed and the default interest at 24.00% per annum is accruing.

Furthermore, if you do not bring this loan current, cure the default, or pay the loan off immediately we will commence foreclosure proceedings against this loan and any other outstanding loans that you may have with us. All payoff requests must be made in writing.

As your lender, we will exercise all rights and remedies available at law and equity. My contact information is below, and should I not hear from you as noted above, and payment is not made and/or the default is not cured immediately, then, as noted above, our legal counsel will commence foreclosure proceedings.

Best,
Washington Capital Partners

**Washington Capital Partners**
**Servicing Department**
**8401 Greensboro Dr Suite 960**
**McLean, VA 22102**
Office - (703)-348-0549 ext. 924
Email - servicing@wcp.team

**EXHIBIT A**

**(Commercial Deed of Trust Note attached hereto)**