# EXHIBIT 8



# WASHINGTON
## CAPITAL PARTNERS

**GREAT SERVICE
BETTER RATES
FASTER CLOSINGS**

# Payoff Statement

05/16/2023

5703 9th, LLC
5703 9th St NW
Washington, DC 20009

**Property Address: 5703 9th St NW Washington DC 20011**

Amount Due: $441,499.37 as of 5/16/2023.

| Loan Principal: | $1,064,000.00 |
|---|---|
| Interest Owed (01/19/2022 - 01/19/2023 @ 7.00%): | $23,785.82 |
| Default Interest Owed (01/20/2023-05/16/2023 @ 24.00%): | $28,009.80 |
| Interest Paid: | ($30,838.89) |
| Unpaid Late Fees: | $0.00 |
| Construction Draw Balance: | ($704,900.00) |
| Default Penalty: | $106,400.00 |
| Pre-Paid Interest Balance: | ($44,957.36) |
| **Amount Due:** | **$441,499.37** |

Payoff good through 5/16/2023. Per diem $239.40.

YOU MUST COLLECT ALL FEES AND COSTS ASSOCIATED WITH RECORDING THE
CERTIFICATE OF SATISFACTION ON THE HUD-1. ONCE THE CERTIFICATE OF SATISFACTION
HAS BEEN RECORDED BY YOUR OFFICE, PLEASE EMAIL US A COPY FOR OUR RECORDS AT
postclosing@wcp.team.

Payable to:   WCP Servicing LLC
8401 Greensboro Dr Suite 960
McLean, VA  22102

Bank Name: United Bank
Routing Number:
Account Number:

When sending the wire please reference our loan number, LOAN-006230 and borrower 5703 9th, LLC.

Sincerely,

*Leslie Calderas*
Leslie Calderas