EXHIBIT 11

5:34 PM   Tue Oct 3

Done   <   →   AA


# WASHINGTON
## CAPITAL   PARTNERS

**1** **Information**
View payment informatio

## Borrower

**5703 9th, LLC**
James 'Jamie' S
5703 9th St NW



5703 9th St NW Washington DC 20011-8203                                              Paid ⊘
Payment Amount: $2,164.58, Due Date: 08/01/2023

5703 9th St NW Washington DC 20011-8203                                              Paid ⊘
Payment Amount: $2,094.75, Due Date: 07/01/2023

5703 9th St NW Washington DC 20011-8203                                              Paid ⊘
Payment Amount: $2,164.58, Due Date: 06/01/2023

5703 9th St NW Washington DC 20011-8203                                              Paid ⊘
Payment Amount: $2,094.75, Due Date: 05/01/2023

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,164.58, Due Date: 04/01/2023

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $1,955.10, Due Date: 03/01/2023

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,164.58, Due Date: 02/01/2023

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,164.58, Due Date: 01/01/2023

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,094.75, Due Date: 12/01/2022

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,164.58, Due Date: 11/01/2022

Paid ⊘

5703 9th St NW Washington DC 20011-8203
Payment Amount: $2,006.22, Due Date: 10/01/2022

Paid ⊘

5703 9th St NW Washington DC 20011-8203                                      Paid ⊘
Payment Amount: $2,069.94, Due Date: 09/01/2022

5703 9th St NW Washington DC 20011-8203                                      Paid ⊘
Payment Amount: $1,976.06, Due Date: 08/01/2022

5703 9th St NW Washington DC 20011-8203                                      Paid ⊘
Payment Amount: $1,837.50, Due Date: 07/01/2022

5703 9th St NW Washington DC 20011-8203                                          Paid ⊘
Payment Amount: $1,898.75, Due Date: 06/01/2022

5703 9th St NW Washington DC 20011-8203                                          Paid ⊘
Payment Amount: $1,837.50, Due Date: 05/01/2022

5703 9th St NW Washington DC 20011-8203                                          Paid ⊘
Payment Amount: $1,898.75, Due Date: 04/01/2022

5703 9th St NW Washington DC 20011-8203                                          Paid ⊘
Payment Amount: $1,715.00, Due Date: 03/01/2022

5703 9th St NW Washington DC 20011-8203

Payment Amount: $796.25, Due Date: 01/19/2022

Paid ⊘

Need to update your Borrower Information displayed here or do you have questions? Call us at (703) 940-5190 or email us at servicing@wcp.team.

payment-link.azurewebsites.net

# WASHINGTON
CAPITAL PARTNERS

**1** Information
View payment information

**2** Payment Method
Select payment method

**3** Account Information
Select/Add bank account

**4** Confirm Payment

## Borrower Information

**5703 9th, LLC**
James 'Jamie' Smith
5703 9th St NW Washington, DC 20009

## Loan Information

5703 9th St NW Washington, DC - District of Columbia
20011

| | |
|---|---|
| Loan Name: | LOAN-006230 |
| Loan Amount: | $1,064,000.00 |
| Interest Rate: | 7% |
| Current Construction Balance: | $704,900.00 |
| Construction Disbursed To Date: | $44,100.00 |
| Pre-paid Interest Balance: | $27,850.21 |
| Maturity Date: | 01/19/2023 |
| Loan Servicer: | WCP Servicing |

Auto pay is off ●

## Payment Information

Payment Name: LPAY-124006

| | |
|---|---|
| Due Date: | 01/01/2024 |
| Interest Owed: | $2,164.58 |
| Amount Paid: | $0.00 |
| Amount Due: | $0.00 |

Pay Now ›

| | | |
|---|---|---|
| 1/19/2022 | $796.25 | Paid |
| 3/1/2022 | $1,715.00 | Paid |
| 4/1/2022 | $1,898.75 | Paid |
| 5/1/2022 | $1,837.50 | Paid |
| 6/1/2022 | $1,898.75 | Paid |
| 7/1/2022 | $1,837.50 | Paid |
| 8/1/2022 | $1,976.06 | Paid |
| 9/1/2022 | $2,069.94 | Paid |
| 10/1/2022 | $2,006.22 | Paid |
| 11/1/2022 | $2,164.58 | Paid |
| 12/1/2022 | $2,094.75 | Paid |
| 1/1/2023 | $2,164.58 | Paid |
| 2/1/2023 | $2,164.58 | Paid |
| 3/1/2023 | $1,955.10 | Paid |
| 4/1/2023 | $2,164.58 | Paid |
| 5/1/2023 | $2,094.75 | Paid |
| 6/1/2023 | $2,164.58 | Paid |
| 7/1/2023 | $2,094.75 | Paid |
| 8/1/2023 | $2,164.58 | Paid |
| 9/1/2023 | $2,164.58 | Paid |
| 10/1/2023 | $2,094.75 | Paid |
| 11/1/2023 | $2,164.58 | Paid |
| 12/1/2023 | $2,094.75 | Paid |
| 1/1/2024 | $2,164.98 | Paid |
| | | |
| Paid | $47,946.44 | |
| Unpaid | NA | |
| | | |
| Loan Amount | $1,064,000.00 | |
| Construction | $704,900.00 | |
| Interest Escrow | $27,850.21 | |
| Loan Principal | $331,249.79 | |
| 10% Late Fee | $33,124.98 | |
| | | |
| Total w/10% | $364,374.77 | |