Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-131-ELG |
| | ) | (Chapter 11) |
| 5703 9TH, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## OBJECTIONS TO DEBTOR'S EXHIBITS

Comes now WCP Fund I LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2020-BPL1 ("WCP"), by and through undersigned counsel, per the scheduling order herein (DE #43) and submits the following objections to the exhibits of 5703 9th LLC (the "Debtor" or "5703 9th"):

Exhibit 1.  *Operating Agreement*. No objection.

Exhibit 2.  *Development Services Agreement*. No objection, *provided* a witness capable of authenticating at least one signature on the agreement is present in court to testify about the document and the conditions under which it was drafted and executed.

Exhibit 3.  *Commercial Deed of Trust Note*. No objection.

Exhibit 4.  *Deed of Trust*. No objection.

Exhibit 5.  *HUD-1 Settlement Statement*. WCP objects to this exhibit on the basis that it constitutes hearsay not falling within any recognized exception. WCP does *not* dispute the

numbers imprinted on this exhibit to the extent they are consistent with the payoff statement being offered by the Debtor (Exhibit 8). But WCP does object to the admission of this exhibit to the extent it characterizes certain monetary sums without the drafting party present to be cross-examined about the characterization. WCP also notes the HUD-1 does not appear to bear the signature of any party in interest.

Exhibit 6.    *12/19/22 Email from Jared Fausnaught*. No objection.

Exhibit 7.    *2/14/23 Default Letter*. No objection.

Exhibit 8.    *Opposition to Debtor's Objection to Proof of Claim No. 2 filed by WCP Fund I LLC*. No objection, though WCP does not believe this necessarily constitutes evidence so much as the briefing of a party that, by definition, is already a part of the record herein.

Exhibit 9.    *Responses to Debtor's First Set of Interrogatories and Requests for Production of Documents to WCP Fund I LLC*. No objection.

Exhibit 10.    *WCP Portal Screenshots*. WCP objects to this exhibit on the basis that it is hearsay, lacks a sufficient evidentiary foundation, and is not relevant. Specifically, while WCP acknowledges its own statements may be admissible through an exception to the hearsay rule, there is no foundation that establishes these are actual statements of WCP so much as statements generated from an automated portal designed to generate information about loans that are *not* in default. The Debtor is required to establish the subject system produces an accurate result. Fed. R. Evid. 901(b)(9). It does not appear the Debtor can do so in this circumstance, as certain information on the exhibit is patently inaccurate. Additionally, the relevance is this exhibit is unclear as it does not appear to concern the nature of the claim objection instantly at issue (namely allegations that a late fee ought not be charged on undrawn construction balances and that WCP had some variety of a legal duty to extend a loan's maturity date).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 6, 2023 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for WCP Fund I LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of December, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Brent C. Strickland, Esq.
Whiteford Taylor & Preston
111 Rockville Pike
Suite 800
Rockville, Maryland 20850
bstrickland@wtplaw.com
*Counsel for the Debtor*

/s/ Maurice B. VerStandig
Maurice B. VerStandig