The order below is hereby signed.

Signed: December 12 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| 5703 9th, LLC, | ) Case No. 23-00131-ELG |
| Debtor. | ) |

## ORDER ON MOTION TO CONTINUE EVIDENTIARY HEARING AND TO MODIFY SCHEDULING ORDER

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") to Continue Evidentiary Hearing and to Modify Scheduling Order and any response thereto, this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor's Motion to Continue is GRANTED.

2. The December 7, 2023 evidentiary hearing is hereby rescheduled to January 18, 2024 at 1:00 p.m.

3. Exhibit and Witness lists shall be filed by the parties on or before January 11, 2024.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

SEEN AND OBJECTED TO:

*Maurice VerStandig*
Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301)444-4600
mac@mbvesq.com


cc:  All Parties on Master Service List