# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 5703 9TH, LLC, | ) | |
| | ) | Case No. 23-00131-ELG |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR
## ORDER TO COMPEL DISCOVERY

PLEASE TAKE NOTICE THAT the court will hold a hearing on the Debtor's *Motion for Order to Compel Discovery* (the "Motion") and any objection thereto on December 20, 2023, at 1:00 p.m. in Courtroom 1 and via Zoom. Please contact Aimee Mathewes at aimee_mathewes@dcb.uscourts.gov for Zoom meeting code.

Dated: December 18, 2023

Respectfully submitted,

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, on all parties listed on the attached service list.

/s/ Brent C. Strickland
Brent C. Strickland