The order below is hereby signed.

Signed: January 8 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE D

In re:

    5703 9th, LLC,    )    Case No. 23-00131-ELG

    Debtor.

**ORDER ON DEBTOR'S MOTION TO COMPEL DISCOVERY**

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") to Compel Discovery and the opposition thereto filed by WCP Fund I, LLC ("WCP"), this Court having reviewed the Motion and having heard arguments on the Motion and the opposition at a hearing before this Court, it is HEREBY ORDERED THAT:

1. The Debtor's Motion is GRANTED in part as set forth in this Order.

2. The Debtor may, within fourteen (14) days of the date of this Order, issue up to a maximum of five (5) additional Interrogatories to WCP relating to the ownership and control over the claim asserted by WCP in this case. WCP shall provide responses to such additional Interrogatories by January 12, 2024.

3. On or before January 12, 2024, WCP shall produce its internal communications subsequent to January 19, 2023, relating in any way to (a) interest payments, interest charges, or applications of prepaid interest escrows and (b) the decision by WCP not to extend the loan in question and relating in any way to the decision to default the loan and issue a default notice. WCP shall not be required to produce any attorney-client privileged communications.

4.  The deadline for the parties to file Exhibit and Witness lists is extended to January 15, 2024.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

SEEN AND OBJECTED TO:

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com

*Counsel for WCP Fund I LLC*

cc:  All Parties on Master Service List