# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| 5703 9TH, LLC, | ) Case No. 23-00131-ELG |
| Debtor. | ) |

In re:  )  Chapter 11

5703 9TH, LLC,  )  Case No. 23-00131-ELG

Debtor.  )

## ORDER COMBINING HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH HEARING ON CONFIRMATION OF PLAN

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") to combine the hearing on approval of Disclosure Statement with the hearing on the confirmation of the Plan, this Court having reviewed the Motion and having heard arguments on the Motion and the opposition at a hearing before this Court, it is HEREBY ORDERED THAT:

1. The Debtor's Motion is GRANTED; and it is further

2. ORDERED that hearings on the approval of the Disclosure Statement and of the Plan will be held together on a date to be set by this Court.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

*Counsel to the Debtor and Debtor-in-Possession*

cc:    Maurice B. VerStandig, Esq.
All Parties on Master Service Li