**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: 5703 9TH, LLC, Debtor. | ) Chapter 11 ) ) Case No. 23-00131-ELG ) ) ) ) ) |

**NOTICE OF MOTION FOR ENTRY OF ORDER COMBINING**
**HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH**
**<u>HEARING ON CONFIRMATION OF PLAN</u>**

**PLEASE TAKE NOTICE** that on January 22, 2024, 5703 9th, LLC (the "Debtor"), through undersigned counsel, filed its *Motion for Entry of Order Combining Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan* (the "Motion"). A copy of the Motion was served on January 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion may be held before the Honorable Elizabeth L. Gunn at the United States Bankruptcy Court for the District of Columba (the "Court"), 333 Constitution Ave NW, Washington, DC 20001, at a date and time to be determined. Should the Court schedule a hearing on the Motion, separate notice of same will be provided.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for the Debtor (Brent C. Strickland, Whiteford, Taylor

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

& Preston L.L.P., 111 Rockville Pike, Suite 800, Rockville, MD 20850) so to be actually received by no later than February 5, 2024 (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED; AND THAT IF NO REPLIES ARE FILED BY THE OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

**PLEASE TAKE FURTHER NOTICE** that parties-in-interest with questions regarding the subject of this Notice may contact Brent C. Strickland by mail (Whiteford, Taylor & Preston L.L.P., 111 Rockville Pike, Suite 800, Rockville, MD 20850); telephone (410-347-9402); or by e-mail (bstrickland@whitefordlaw.com).

Dated: January 22, 2024                     Respectfully submitted,

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com
*Counsel for Debtor and Debtor-in-Possession*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of January, 2024, I caused this *Notice of Motion for Entry of Order Combining Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users in this matter, and was sent by first class mail, postage prepaid, to all creditors on the attached service list.

                                                */s/ Brent C. Strickland*
                                                Brent C. Strickland

13340745