The order below is hereby signed.

Signed: February 15 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| 5703 9TH, LLC | ) ) ) | Case No. 23-00131-ELG |
| Debtor. | ) ) ) ) ) | |

## CONSENT ORDER RESOLVING DEBTOR'S OBJECTION
## TO PROOF OF CLAIM NO. 2 FILED BY WCP FUND I LLC

Upon consideration of the Objection filed by 5703 9TH, LLC, the debtor and debtor-in-possession herein (the "Debtor"), to Proof of Claim No. 2 (the "Proof of Claim") filed by WCP Fund I, LLC as servicer for U.S. Bank National Association ("WCP"), and WCP's response thereto, the Debtor and WCP having agreed to a resolution of the Objection [Dkt. 31] in accordance with the terms and provisions of this Consent Order, it is by the United States Bankruptcy Court for the District of Columbia ORDERED as follows:

1. WCP shall have an allowed secured claim in the amount of $395,000, which claim shall remain fixed with no additional accruals of interest or other charges or fees through that date which is sixty (60) days after the date of entry of this Consent Order.

2.      WCP agrees to vote in favor of and support confirmation of the Debtor's Chapter 11 plan which shall incorporate and be consistent in all respects with this Consent Order.

3.      In the event that WCP's claim is not paid by the deadline set forth in paragraph 1 above, WCP's claim of $395,000 shall begin to accrue interest at the default rate set forth in the Commercial Deed of Trust Note executed by the Debtor in favor of WCP.

4.      The Debtor shall be barred from filing a new voluntary bankruptcy case for a two- (2-) year period following the Petition Date in this case.

5.      In the event that WCP's claim is not paid as provided herein, the automatic stay shall be lifted on that date which is ninety (90) days after the date of entry of this Consent Order without the need for further motion by WCP and WCP shall be entitled to pursue its right to foreclose on the subject property after such date.

End of Order

WE ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com
*Counsel to the Debtor and Debtor-in-Possession*

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*