# EagleBank

5703 9TH LLC
DEBTOR IN POSSESSION
CASE # 23-00131-ELG
1101 CONNECTICUT AVE NW SUITE 450
WASHINGTON DC 20036-4359

Last statement: December 31, 2023
This statement: January 31, 2024
Total days in statement period: 31

Page 1 of 1
XXXXXX9027
( 0)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

## Business Checking Plus

| | | | |
|---|---|---|---|
| Account number | XXXXXX9027 | Beginning balance | $129.32 |
| Low balance | $119.32 | Total additions | .00 |
| Average balance | $122.22 | Total subtractions | 10.00 |
| Avg collected balance | $122 | Ending balance | $119.32 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 01-10 | 'Analysis Prev MO Fee | 10.00 |
| | ANALYSIS ACTIVITY FOR 12/23 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 129.32 | 01-10 | 119.32 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with EagleBank*

You are expected to examine your account statement, records, or notices within 30 days. We may be relieved of any potential liability for multiple unauthorized signatures or alterations by the same wrongdoer if you do not notify us, in writing, within 30 days after your statement containing the first problem was made available to you. Please refer to your deposit account terms and conditions for additional information.

(For Consumer Accounts Only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, it you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (5 if the transfer involved a point-of-sale transaction and 20 if a new account was involved) after we hear from you and will correct any error promptly. An account is considered a new account for 30 days after the first deposit is made. Otherwise, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



EQUAL HOUSING
LENDER
Member FDIC