The order below is hereby signed.

Signed: February 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| 5703 9TH, LLC | ) | Case No. 23-00131-ELG |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**CONSENT ORDER RESOLVING DEBTOR'S OBJECTION**
**TO PROOF OF CLAIM NO. 2 FILED BY WCP FUND I LLC**

Upon consideration of the Objection filed by 5703 9TH, LLC, the debtor and debtor-in-possession herein (the "Debtor"), to Proof of Claim No. 2 (the "Proof of Claim") filed by WCP Fund I, LLC as servicer for U.S. Bank National Association ("WCP"), and WCP's response thereto, the Debtor and WCP having agreed to a resolution of the Objection [Dkt. 31] in accordance with the terms and provisions of this Consent Order, it is by the United States Bankruptcy Court for the District of Columbia ORDERED as follows:

1.  WCP shall have an allowed secured claim in the amount of $395,000, which claim shall remain fixed with no additional accruals of interest or other charges or fees through that date which is sixty (60) days after the date of entry of this Consent Order.

2. WCP agrees to vote in favor of and support confirmation of the Debtor's Chapter 11 plan which shall incorporate and be consistent in all respects with this Consent Order.

3. In the event that WCP's claim is not paid by the deadline set forth in paragraph 1 above, WCP's claim of $395,000 shall begin to accrue interest at the default rate set forth in the Commercial Deed of Trust Note executed by the Debtor in favor of WCP.

4. The Debtor shall be barred from filing a new voluntary bankruptcy case for a two- (2-) year period following the Petition Date in this case.

5. In the event that WCP's claim is not paid as provided herein, the automatic stay shall be lifted on that date which is ninety (90) days after the date of entry of this Consent Order without the need for further motion by WCP and WCP shall be entitled to pursue its right to foreclose on the subject property after such date.

End of Order

WE ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com
*Counsel to the Debtor and Debtor-in-Possession*

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00131-ELG
5703 9th, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 5703 9th, LLC, c/o Will Lansing, The Valor Companies, LLC, 1101 Connecticut Ave NW, Suite 450, Washington, DC 20036-4359 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 5703 9th LLC bstrickland@wtplaw.com, cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 1
TOTAL: 5