The order below is hereby signed.

Signed: February 20 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| 5703 9TH, LLC, | ) Case No. 23-00131-ELG |
| Debtor. | ) |

### ORDER COMBINING HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH HEARING ON CONFIRMATION OF PLAN

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") to combine the hearing on approval of Disclosure Statement with the hearing on the confirmation of the Plan, this Court having reviewed the Motion and no objections to the Motion having been filed, it is HEREBY ORDERED THAT:

1. The Motion is granted;

2. The hearings on the approval of the Disclosure Statement and of the Plan will be held together on March 27, 2024 at 11 a.m. in Courtroom 1;

3. Within three (3) days of the date of entry of this Order, counsel for the Debtor shall transmit a copy of this Order, the Disclosure Statement, the Plan, and a ballot conforming to the official form to all creditors and parties in interest and file a certificate of service with the Court.;

4. March 21, 2024 is fixed as the last day for filing and serving objections to the Plan;

5. March 21, 2024 is fixed as the last day for filing written acceptances or rejections of the Plan;

6. Counsel for the Debtor shall file a ballot tally on or before March 22, 2024.

**End of Order**

I ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489
Mobile: (202) 841-8501

cc:    Maurice B. VerStandig, Esq.
        All Parties on Master Service List

2