## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>    5703 9th, LLC<br><br>                    Debtor. | )<br>)<br>)<br>)   Chapter 11<br>)   Case No. 23-131-ELG<br>)<br>)<br>) |

## DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY REAL ESTATE BROKER

5703 9th LLC ("5703" or the "Debtor") files this *Application for Authority to Employ Real Estate Broker* (the "Application") and, in support thereof, states:

### Jurisdiction

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

2. The relief sought in this Application is based upon Sections 327(a), 328, 330, and 1107 of 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code").

### The Chapter 11 Case

3. On May 16, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor intends to continue in the possession of its property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. The Debtor is a limited liability company formed under the laws of the District of

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Columbia and the owner of the property located at 5703 9th Street, NW, Washington DC (the "Property").

### The Need for Brokerage Services

5. The Debtor requires the assistance of an experienced broker to assist it in marketing the Property and obtaining the highest and best value from the Property.

6. The Debtor selected Dwight Pearson of Long & Foster ("Pearson") to market the Property. The Debtor believes that Pearson is well qualified to assist the Debtor in this regard. The Debtor submits that the retention of Pearson under the terms described herein is appropriate under Sections 327, 328, and 1107 of the Bankruptcy Code.

### The Services to be Rendered

7. The Debtor and Pearson are parties to a Listing Agreement dated February 9, 2024 (the "Agreement"), a copy of which is attached hereto as *Exhibit A*. By this Application, the Debtor seeks approval of the Agreement and the terms thereof.

### The Standards for Approving Employment

8. Section 327(a) empowers the trustee, with the Court's approval, to employ attorneys "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a). Section 1107(a) provides that "a debtor in possession shall have all the rights... and powers, and shall perform all the functions and duties . . . of a trustee serving in a case under this chapter." 11 U.S.C. § 1107(a). Section 1107(b) provides that "a person is not disqualified for employment under Section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b). WT&P satisfies these standards, as set forth below.

**Connections with Parties-in-Interest**

9. To the best of the Debtor's knowledge, Pearson has no connection with the Debtor, its creditors, or any other party-in-interest in this case, its respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described in the Verified Statement of Real Estate Broker to be Employed by Debtor and Debtor-in-Possession, which is filed herewith as *Exhibit B*.

10. The Debtor submits that Pearson represents no interest adverse to the Debtor as a debtor-in-possession or to the Debtor's estate in the matters upon which Pearson is to be engaged for the Debtor.

11. The Debtor further submits that Pearson is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

**Compensation**

12. Section 328(a) of the Bankruptcy Code permits the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer." 11 U.S.C. § 328(a). The Debtor requests authority to compensate Pearson pursuant to the Agreement.

13. As set forth above, Pearson satisfies all the requirements for employment as attorneys for the Debtor under Sections 327(a) and 1107 of the Bankruptcy Code.

14. The employment of Pearson as broker for the Debtor is in the best interests of the Debtor's estate and is appropriate under 11 U.S.C. §§ 327 and 328.

WHEREFORE, the Debtor respectfully requests that the Court: (i) grant this Application; (ii) enter the attached proposed Order; and (iii) grant the Debtor such other and further relief as this Court deems appropriate.

        Respectfully submitted,

        */s/ Brent C. Strickland*
        WHITEFORD, TAYLOR & PRESTON L.L.P.
        Brent C. Strickland, Esquire (Bar No. 452880)
        Whiteford, Taylor & Preston L.L.P.
        111 Rockville Pike, Suite 800
        Rockville, Maryland 20850
        Phone: (410) 347-9402
        Facsimile: (410) 223-4302
        Email: bstrickland@wtplaw.com

## **CERTIFICATE OF SERVICE**

I, Brent C. Strickland, do hereby certify that on February 22, 2024 a copy of the foregoing was served on the parties in this matter by ECF.

        */s/ Brent C. Strickland*
        Brent C. Strickland

4