

 

# Listing Agreement for Improved Real Property and Co-operatives
*(For use in Montgomery County, MD and Washington, DC)*

Property Address: **5703 9th St. N.W.**     Unit: _____

Subdivision: **Petworth**

Project: _____

City: **Washington**    State: **DC**   Zip: **20011**

Known as Lot(s) **40**    Block/Square: **2989**   Tax ID# **2989//0040**

Parking Space(s) # _____    Storage Unit(s) # _____

1. **SELLER** (*List all Sellers*): 5703 9th LLC   Nicola Regina Bell    Reginald Stanford Bell,    Natalie Denise Bell    James C. Smith

Mailing address, if different: **1445 Church St. N.W. Apt 34, Washington , DC 20005**

Office Telephone: _____    Home Telephone: _____

Cell Phones: _____ / _____

Email Addresses: _____ / _____

Emergency Contact Name & Telephone (*only necessary if sole seller*): _____

2. **BROKER:** **Long & Foster Real Estate Co.**    Bright MLS Broker Code & Office ID: _____

Office Address: **20 Chevy chase circle N.W., Washington, DC 20015**

Office Telephone: **(202)966-1400**    Broker/Supervisor Manager Name: _____

Listing Agent: **C. Dwight Pearson**    License #: **SP-98068 DC**

Cell Phone: **(202)210-4174**   Direct Line: _____   Email: **cdwight@comcast.net**

3. **PURPOSE:** This agreement ("Agreement") establishes
   A. a **brokerage relationship** ("Brokerage Relationship"), an agency relationship between Seller and Broker, and
   B. a **contractual obligation** ("Contractual Obligation") between Seller and Broker, in which the Broker has the exclusive right to sell, exchange or convey the herein described property ("Property"), together with all improvements, rights and easements thereon and under the terms and conditions set forth herein.

4. **LISTING PRICE:** The Property is offered for sale at a listing price ("Listing Price") of $ **550,000.00** _____, or such other price as is later agreed upon by Seller in writing.

5. **LISTING PERIOD:** This Agreement commences when signed and expires at 11:59 pm on **June 28, 2024** ("Listing Period"). If a sales contract is ratified before this Agreement expires, providing for settlement beyond the Listing Period, the terms hereof shall be extended automatically until final disposition of the sales contract.

6. **ENTRY INTO MULTIPLE LISTING SERVICE:**
   Seller hereby authorizes Property to be entered into Active status in Bright MLS on **February 20, 2024** , or within one (1) business day of Public Marketing of Property, whichever comes first. **All listings shall be available for showing immediately upon their entry into Active status in Bright MLS.** "Public Marketing" includes, but is not limited to, displaying flyers in windows, yard signs, digital marketing on public facing websites, brokerage website displays (including internet data exchanges and virtual office websites), digital communications marketing (email blasts), multi-brokerage listing sharing networks, and applications available to the general public.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

W C & A N Miller REALTORS, 5518 Connecticut Ave Washington DC 20015    Phone: (202)966-1400    Fax:    5703 9th St. LLC
Dwight Pearson
Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

_____ / _____ Seller hereby authorizes the use of the "Coming Soon" status in Bright MLS prior to Property becoming Active in Bright MLS in accordance with Bright MLS rules and policies. Seller and Listing Broker understand the Property may not be shown while in the "Coming Soon" status of Bright MLS. The listing may remain in "Coming Soon" status for up to 21 days.

_____ / _____ Seller **DOES NOT** authorize Broker to enter Property into Bright MLS. If Seller does not authorize Broker to enter Property in Bright MLS, Broker shall instead market Property as an Office Exclusive Listing. "Office Exclusive Listing" means any listing Seller has prohibited Broker from Public Marketing. For each Office Exclusive Listing, Broker shall have Seller sign and deliver concurrently with this Agreement a "Waiver of Broker Cooperation" form or other acceptable certification that Seller does not authorize Broker to publicly market the listing via Bright MLS or otherwise. Broker shall submit such waiver or other certification to Bright MLS within three (3) business days of execution of this Agreement.

If Seller DOES NOT authorize Broker to enter Property into Bright MLS, Seller acknowledges that by electing not to enter Property listing into Bright MLS: 1) real estate licensees from other companies and their buyer clients who have access to Bright MLS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing Property; 2) Seller's Property will not be included in Bright MLS download to various real estate internet sites that are used by the public to search for property listings; and 3) any reduction in the exposure of the Property may negatively impact the sales price.

7. **BROKER'S FEE:**
   A. **Fee:** Seller agrees to pay to Broker _____**5.000**_____ % of the sale price **OR** $ _____ (*strike one*) and an additional flat fee in the amount of $ _____**395.00**_____ as Broker's Fee ("Broker's Fee"). The amount of Broker's Fee is stated in this Contract and is not prescribed by law or established by any membership organization with which the Broker is affiliated. Seller acknowledges that Broker's Fee shall be earned and payable in the event that:
      1) Seller enters into a sales contract during the listing period, with any buyer procured by Seller, listing broker, or his sales associates, or other brokers or their sales associates, or any other buyer, provided the buyer performs and settles on said contract.
      2) Further, such Broker's Fee shall be paid if the Property is sold, exchanged, conveyed, or otherwise transferred within _____**10**_____ days after the expiration of the Listing Period or termination of this Agreement (the "Protection Period") to anyone to whom the Property has been shown by Broker or anyone else, including the Seller, during the Listing Period, unless a valid listing agreement is entered into during the term of said Protection Period with another licensed real estate broker.
      3) Payment of Broker's Fee is due at settlement.
      4) Should Seller fail to perform or is otherwise in default of the sales contract, or executes a release of the sales contract to which the Broker is not a party, the Broker's Fee is due no later than the agreed settlement date.
   B. **Authority to Cooperate with and Compensate Other Brokers:** Seller authorizes Broker to cooperate with other brokers as subagents of Broker ("Subagents") and/or as Brokers retained by prospective buyers to represent buyer's interests ("Buyer Agents"). Broker shall pay to Subagent's Broker, who has earned and is entitled to share in the Broker's Fee, _____**2.000**_____ % of the Sales Price. Broker shall pay to any Buyer Agent's Broker who has earned and is entitled to share in the Broker's Fee _____ % of the sales price.
   C. **Forfeiture of Deposit:** If the earnest money deposit ("Deposit") is forfeited, or if there is an award of damages by a court or a compromise agreement between the Seller and Buyer, the Broker may accept and the Seller agrees to pay the Broker one-half of the Deposit in lieu of a Broker's Fee (provided Broker's share of any forfeited Deposit will not exceed the amount which would have otherwise been due at settlement).
   D. **Default by Buyer:** If Seller enters into a contract with a Buyer during the original Listing Period, and Buyer subsequently defaults, then the original Listing Period is extended by the number of days Property was under contract.
   E. **Attorney's Fees:** If Broker prevails in any action brought to obtain payment of the Broker's Fee, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

8. **AGENCY:** Maryland and Washington, DC have each adopted specific laws governing the disclosure of agency relationships and dual agency (i.e., the situation where the listing and selling agents are associated with the same broker). Seller hereby gives consent for Broker's non-assigned agent, who holds their home open, to later represent a Buyer in purchasing Seller's Property or another property. All applicable jurisdictional Agency disclosure forms have been made available to Seller who acknowledges receipt of those checked below:

| **Maryland** | **Washington, DC** |
|---|---|
| ☐ **Consent for Dual Agency** | ☒ **Consent for Dual Representation Designated** |
| ☐ **Dual Agency within a Team** | **Representation in the District of Columbia** |

9. **AUTHORIZATIONS:**
   A. **Sign:** Seller authorizes Broker to install a "for sale" sign on the Property, in accordance with applicable zoning ordinances and community association regulations.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com          5703 9th St. LLC

B. **Key and Lockbox:**

  1) Use: Seller authorizes Broker to allow key-entry showings and the installation of a lock box ("Lockbox" or "Keybox") and the delivery of door access keys for use by the Greater Capital Area Association of REALTORS®, Inc. ("GCAAR") members and members of current REALTOR® Associations Signatory to the ELECTRONIC KEYBOX SERVICE AGREEMENT ("Authorized Users") to access the Property and to accompany prospective buyers, inspectors, appraisers, exterminators and other parties necessary for showings and inspecting the Property. Affiliate or non-affiliate members (i.e., inspectors, appraisers, estimators) may have access for their business purposes if permission for one day showing code is granted below.

  2) Limited Access Showing Codes: Seller hereby: *(Seller to initial):* _____ **authorizes OR** _____/_____ **does not authorize** use of a one day showing code. It is understood by Seller that there is a possibility that a person may use the access code in an unauthorized manner. Therefore, caution should be used with these codes as such codes will allow certain individuals to access the property without an electronic record as to their identity. The seller recognizes that it is often desirable and advantageous to Seller and may expedite the sale of their Property to have such access available.

  3) Leased Property: If the Property is under lease during the Listing Period, Seller will furnish Broker with a written authorization, signed by all lessees, authorizing the use of a Lockbox and/or keys.

  4) Private Insurance: Seller is advised to take all precautions for safekeeping of valuables and to maintain appropriate insurance through Seller's own insurance company.

  5) Liability: Seller agrees that he, his heirs and assigns shall indemnify, save and hold harmless said Broker, his agents, and his affiliated brokers, salespeople, cooperating brokers, subagents, affiliate members with key(s) and with Lockbox access and other individuals who have use through a one day access code and the Greater Capital Area Association of REALTORS®, Inc., from any and all claims, loss or liability arising from the use of said key(s) or Lockboxes, including Broker's negligence, breach of contract or any wrong doing exclusive of gross negligence or willful misconduct. Seller assumes all risk of any loss, damage and injury, except those caused by gross negligence or willful misconduct of any party.

10. **MARKETING/VIRTUAL OFFICE WEBSITES ("VOW"):**

  A. **Internet Marketing Options:** Certain features may be displayed on the websites of multiple listing service(s) ("MLS") participants, including:

| Seller to Initial | YES | NO: | |
|---|---|---|---|
| | ☒ | ☐ | 1) Seller authorizes the listed Property to be displayed on the Internet. If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see information about the Property in response to their search. **Initial here** _____/_____ |

IF "No" was selected for Option 1, skip Options 2-4. If "Yes" was selected for Option 1, continue to Options 2-4.

| | YES | NO | |
|---|---|---|---|
| | ☒ | ☐ | 2) Seller authorizes the listing address, (including house/unit numbers and street name) to be displayed on the Internet. If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see this particular information about the Property in response to their search. **Initial here** _____/_____ |
| | ☒ | ☐ | 3) Seller authorizes the display of an automated estimate of the market value of the Property (or a hyperlink to such estimate) on MLS participants' websites. |
| | ☐ | ☒ | 4) Seller authorizes the display of unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews) on MLS participants' websites. (also known as the "Blogging Feature"). |

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com          5703 9th St. LLC

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C6991AA

B. During the term of this Agreement, Seller may, by written request to Broker, authorize Broker to enable or disable use of either feature as described above. Broker agrees to promptly transmit the request to the MLS. Broker cannot control if unauthorized or disabled features are displayed by others on the Internet. Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time. Broker is further authorized to and shall market the Property through various means including, but not limited to: installing a sign, photographing the interior and exterior of the Property and installing a lockbox. Seller authorizes Broker to market Property, including use of address and interior and exterior photographs, in media which may include, but not be limited to publications at Broker's discretion, except as otherwise limited by Seller in paragraph 10A. Seller acknowledges that Broker is bound by the bylaws, policies, procedures, rules and regulations governing Bright MLS and the Lockbox system. Seller hereby authorizes Broker to report any contract of sale with sales price and terms of sale to Bright MLS for dissemination, in accordance with rules and policies.

11. **INCLUSIONS/EXCLUSIONS:** Unless otherwise negotiated in the sales contract, the sales price shall include those items of personal property as described in the attached Inclusions/Exclusions Disclosure. It is recommended that this disclosure be left at the Property or placed online for prospective buyers.

12. **PROPERTY CONDITION AND DISCLOSURE OF MATERIAL FACTS:**
   A. **Legal Requirement:** Seller acknowledges that the Broker has informed Seller of Seller's obligations to provide a property condition disclosure to prospective buyers, as defined in applicable jurisdictional forms attached hereto.
   B. **Indemnify:** Seller agrees to indemnify, save, and hold Broker and his sales associates harmless from all claims, complaints, disputes, litigation, judgments and attorney's fees arising from any incorrect information supplied by Seller or from Seller's failure to disclose any material facts.
   C. **Hazardous Materials and Conditions:** There are environmental conditions and hazardous materials that could affect the Property and sale. Broker does not have the technical expertise to advise Seller of their presence. Seller may employ an expert to inspect for same. In the event Seller conducts such tests and makes reports available to Broker, Seller authorizes Broker to make said reports available to prospective buyers.
   D. **Amend as Applicable:** Seller agrees to amend in writing the applicable Disclosures, if any material change affecting the Property occurs during the Listing Period.

13. **LEAD PAINT REGULATIONS:** A SELLER WHO FAILS TO GIVE THE REQUIRED LEAD-BASED PAINT DISCLOSURE FORM AND EPA PAMPHLET ENTITLED "PROTECT YOUR FAMILY FROM LEAD IN YOUR HOME" MAY BE LIABLE UNDER THE ACT FOR THREE TIMES THE AMOUNT OF DAMAGES AND MAY BE SUBJECT TO BOTH CIVIL AND CRIMINAL PENALTIES. Seller and any agent involved in the transaction are required to retain a copy of the completed Federal Lead-Based Paint Disclosure Form for a period of three (3) years following the date of settlement.

14. **RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of lead-based paint per room for interior projects; more than 20 square feet of lead-based paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on a Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit http://www2.epa.gov/lead/renovation-repair-and-painting-program.

15. **WOOD-DESTROYING INSECTS:** Seller agrees to provide access to the Property for an inspection to determine evidence of infestation by termites and/or other wood-destroying insects. This inspection is in addition to the pre-settlement inspection and other inspections as agreed to in the sales contract. The inspection shall include the house, garage or other outbuildings and any fences abutting the house, as may be required by the sales contract. If infestation or damage exists, then prior to or at settlement, Seller agrees, at Seller's expense, to treat infestation and repair damage in accordance with the terms of the contract of sale or lender requirements. In the event Seller accepts a contract that includes VA financing, Seller agrees to reimburse Buyer for the reasonable cost of said inspection.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com          5703 9th St. LLC

16. **ENCUMBRANCES/LIENS/OTHER TITLE MATTERS:** Seller represents that no other person or entity owns any portion of the Property or has any ownership rights to the Property. Seller has the capacity to convey clear title and that the Property is not subject to any right to purchase, lease or acquisition by virtue of an existing option, right of first refusal or other agreement. Seller agrees not to negotiate new leases, or extend existing leases, during the Listing Period without written notification to Broker.

Seller warrants clear title and agrees to provide sufficient cash to discharge at settlement all liens and encumbrances including, but not limited to, existing deeds of trust, home equity loans, mechanic's liens, deferred transportation-related facility charges/taxes, tax judgment liens, property taxes, Co-op, Condo, HOA fees or any specific unit assessments. Seller shall comply with all orders, requirements, or notices of violations of any county or local authority, condominium unit owners' association, homeowner's or property owners' association or actions in any court on account thereof, against or affecting the Property on the date of settlement. Title is to be good and marketable, and insurable by a licensed title insurance company with no additional risk premium. In case action is required to perfect the title, such action must be taken promptly by the Seller at the Sellers' expense. Seller shall convey the Property by special warranty deed. Seller shall sign such affidavits, lien waivers, tax certifications and other documents as may be required by the lender, title insurance company, settlement agent, or government authority, and authorizes the settlement agent designated in the Contract to obtain pay-off or assumption information from any existing lender(s) and/or lien holder(s).

Seller discloses to Broker that the following are the only existing liens/encumbrances against the Property and existing matters that could affect the title to the Property, and further agrees to disclose any new liens or matters which arise during the Listing Period:

Check any/all that apply:

- ☐ **A)** The Property is owned free and clear of any liens/loans or equity lines of credit. Please note that a lien may still exist if there is an equity line of credit even if the Seller has no current balance on the equity line. **If checked, skip to F.**
- ☐ **B)** The Property is security for a **first mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .
- ☐ **C)** The Property is security for a **second mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .
- ☐ **D)** The Property is security for a **line of credit** or home equity line of credit, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .
- ☐ **E)** The Seller is in **default** on any of the loans identified in numbered items B, C, and D above for which the Seller has received notices of such default(s), notice of threatened foreclosure or notice of the actual filing of foreclosure.
- ☐ **F)** This transaction could result in a **short sale** (in which sale proceeds may not cover all outstanding loans/liens plus transaction costs). If yes, the **GCAAR Short Sale Addendum to Listing Contract must be attached.**
- ☐ **G)** There are **liens** filed or secured against the Property for Federal, State or local income taxes; unpaid real property taxes; or unpaid Co-operative, Condominium or Homeowners' Association fees/assessments; or utility liens.
- ☐ **H)** There are **judgements** against Seller (including each Seller jointly held property) or the Seller has knowledge of any matter that might result in a judgement that may potentially affect the Property.
- ☐ **I)** The Seller has filed for **bankruptcy** protection under United States law, or the Seller is contemplating doing so during the term of this Listing Agreement. Seller expressly authorizes Broker to contact bankruptcy attorney to determine the impact of such filing including, but not limited to, if Seller has the authority to enter into this Listing Agreement, if this Listing Agreement must be approved by the Bankruptcy Court, and if any future sales contract requires Bankruptcy Court approval. Seller must immediately notify Broker if Seller files during the term of this Listing Agreement.
- ☐ **J)** The Property subject to an **estate.**
- ☐ **K)** There is a **deceased co-owner**; a death certificate will be required at settlement.
- ☐ **L)** There is a pending **divorce** proceeding; attached is a copy of any Separation Agreement.
- ☐ **M)** There are any **other legal proceedings** pending that could result in a judgment against the Seller or affect the Property, such as: _____
- ☐ **N)** Any Seller is a **foreign person for purposes of U.S. income taxation.** See Paragraph 21.B.

**During the term of the Listing Agreement, should any change occur with respect to any of the answers to items A-N above, Seller shall IMMEDIATELY give written Notice to Broker and Listing Agent of such change(s).**

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C6801AA

17. **OWNERSHIP WITH ASSESSMENTS:**
The Property is a member of the following association(s), and applicable addenda relative to each is hereby attached:

☐ **Condominium**      ☐ **Co-operative**      ☐ **Homeowners Association (HOA)**

18. **SMOKE DETECTOR AND CARBON MONOXIDE DETECTOR REQUIREMENTS:** Seller shall have smoke detectors and carbon monoxide detectors installed and operational in accordance with the requirements of the jurisdiction in which the Property is located prior to settlement.

19. **FAIR HOUSING LAWS:** In compliance with federal fair housing regulations, the Property shall be made available to all persons without regard to race, color, religion, national origin, sex, physical or mental handicaps or familial status. Additional protected classes exist for the District of Columbia, the State of Maryland and some local jurisdictions.

20. **CLOSING COSTS:** Seller acknowledges that Buyers have the right to select the title insurance company, settlement or escrow company or title attorney. Seller agrees to pay settlement costs including, but not limited to, the release of liens or encumbrances against the Property, deed preparation, other legal document preparation, courier/delivery charges, reasonable settlement fees, and, in addition, transfer and recordation taxes and any other costs agreed upon in the sales contract.

21. **FEDERAL TAX REPORTING/WITHHOLDING:**
    A. **1099 Reporting:** Section 1445 of the Internal Revenue Code may require the settlement agent to report the gross sales price, Seller's federal tax identification number and other required information to the IRS. Seller will provide to the settlement agent such information at the time of settlement.
    B. **Foreign Investment Real Property Tax Act Withholding ("FIRPTA"):** If Seller is a foreign person for purposes of U.S. income taxation, the IRS requires that a percentage of the sales price be withheld from Seller's proceeds at the time of settlement: those funds are to be applied towards the payment of any capital gains tax that might be due. A foreign person includes, but is not limited to; non-resident aliens, foreign corporations, foreign partnerships, foreign trusts or foreign estates ("Foreign Person"). Sellers are advised to seek legal and/or financial advice concerning these matters. If Seller is not a Foreign Person, Seller shall execute an affidavit to this effect at the time of settlement.

22. **GENERAL PROVISIONS:**
    A. **Laws and Regulations:** Seller acknowledges that Broker must comply with federal, state and local laws and regulations as well as real estate licensing laws and regulations of either the District of Columbia or the State of Maryland.
    B. **Competing Properties:** Seller understands that Broker may have or obtain listings of other similar properties and that potential buyers may consider, make offers on, or purchase through Broker properties that are similar to Seller's Property. Seller consents to Broker's representation of Sellers and Buyers of other similar properties before, during and after the expiration of this Agreement.
    C. **Subsequent Offers:** Upon receipt by Broker of a ratified contract of sale pursuant to this Listing Agreement, Broker shall have no further obligation hereunder to procure any additional purchase offers.
    D. **Delivery:** Delivery or Delivered means hand carried, sent by overnight delivery service, sent by wired or electronic medium which produces a tangible record of the transmission (such as "fax", email which includes an attachment with an actual copy of the executed instruments being transmitted, or U.S. Postal mailing.) In the event of overnight delivery service, Delivery will be deemed to have been made on the next business day following the sending, unless earlier receipt is acknowledged in writing. In the event of U.S. Postal mailing, Delivery will be deemed to have been made on the third business day following the mailing, unless earlier receipt is acknowledged in writing.
    E. **Notice:** This Agreement shall be deemed enforceable when it and all addenda and any modifications thereto have been signed and initialed where required by Seller and Broker (or Supervising Manager), and Delivered to the other party.
    F. **Paragraph Headings:** The Paragraph headings in this Agreement are for reference and convenience only, and do not define or limit the intent, rights or obligations of the parties.
    G. **Definitions:** The singular shall include the plural, the plural the singular, and the use of either gender shall include the other gender.
    H. **"Buyer"** means "purchaser" and vice versa.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com          5703 9th St. LLC

23. **AUTHORITY TO DISCLOSE EXISTING OFFERS:** Seller is advised that prospective buyers or cooperating brokers may inquire of Broker or Broker's agents the existence of other offers for the purchase of the Property. Disclosure of other offers could result in the buyer making the highest and best offer as promptly as possible or such disclosure could result in the interested buyer electing not to make an offer. Seller hereby [X] **authorizes OR** [ ] **does not authorize** the Broker to disclose the existence of other offers on the Property in response to inquiries from buyers or cooperating brokers. Such disclosure may include the source of offers (the listing licensee, another licensee in the listing firm, or a cooperating broker).

24. **HOMEOWNER WARRANTY:**
Seller [ ] **does OR** [X] **does not** elect to purchase a homeowner warranty, which may be in effect during the Listing Period and may transfer to the buyer upon settlement. Seller should review the scope of coverage, exclusions and limitations.

Cost not to exceed $ _____    Warranty provider to be _____

25. **BINDING AGREEMENT:**
   A. This Agreement contains the entire legally binding Agreement between Seller and Broker and cannot be changed except with written consent of all parties. Any prior discussion between the parties concerning this subject matter is superseded by this Agreement.
   B. This Agreement shall survive execution and delivery of the deed and shall not be merged therein. If this Agreement is signed by more than one person, it shall constitute the joint and several obligations of each party. Further, this Agreement is binding upon the parties, their personal representatives, successors, heirs and assigns.
   C. This Agreement shall be interpreted and construed in accordance with the laws of the jurisdiction where the Property is located.
   D. Seller hereby acknowledges that he has read and understands this Agreement, understands he may seek legal advice prior to signing it, and acknowledges that all information provided to Broker by Seller is true and correct to the best of Seller's knowledge. Seller hereby acknowledges receipt of a copy of this legally binding Agreement and agrees to be bound by its terms and conditions.

26. **TERMINATION:**
   A. **DC Properties:** This Agreement may be terminated prior to the end of the Listing Period only by mutual written agreement of the parties.
   B. **Montgomery County Properties:** See required Jurisdictional Addendum to the Listing Agreement.

27. **ADDITIONAL TERMS:**
   The Seller may terminate this listing after providing 7 days written notification that they are dissatisfied with the services of the listing agent or company, provided the listing agent or company are not able to resolve the reason for the Seller's dissatisfaction within 7 days after receiving the notice.

_____
_____
_____

| | | |
|---|---|---|
| _MCOLA REGINA BELL_ | _Reginald Stanford Bell_ | |
| Seller _____ | _____2/20/2024 Date | Broker/Supervisor Manager _____ Date |
| 5703 9th LLC Nicole Regina Bell | Reginald Stanford Bell | Donna Evers |
| _MDB_ | _Bell_ —2/20/2024 | _C. Dwight Pearson_ 2/20/2024 |
| Seller _____ | _____Date | Listing Agent _____ Date |
| Natalie Denise Bell | James C. Smith | C. Dwight Pearson |

**NOTE:** If any party is signing for another as a fiduciary, attach appropriate Power of Attorney, Letter of Administration, or other authorization as applicable. An original document will be required for settlement.

©2021 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.





## Lead Paint -Federal Disclosure of Lead-Based Paint and Lead-Based Paint Hazards for SALES
*(Required for the SALE of all properties in the U.S. with any existing part built prior to 1978)*

**PROPERTY ADDRESS:** <u>5703 9th St. N.W. , Washington, DC  20011</u>

[X] There are parts of the property that still exist that were built prior to 1978 **OR** [ ] **No parts of the property** were built prior to 1978 **OR** [ ] Construction dates are unknown. **If any part of the property was constructed prior to 1978 or if construction dates are unknown, this disclosure is required. If the entire property was built in 1978 or later, this disclosure is not required.**

**LEAD WARNING STATEMENT FOR BUYERS:** Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

### SELLER'S DISCLOSURE:

(A) Presence of lead-based paint and/or lead-based paint hazards

[ ] Known lead-based paint and/or lead-based paint hazards are present in the housing (explain):

_____ **OR**

[X] Seller has **no knowledge of lead-based paint and/or lead-based paint hazards** in the housing.

(B) Records and reports available to the Seller:

[ ] Seller **has provided Buyer with all available records** and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below):

_____ **OR**

[X] Seller has **no reports or records** pertaining to lead - based paint and/or lead-based paint hazards in the housing.

### BUYER'S ACKNOWLEDGMENT:
*(Buyer to initial all lines as appropriate)*

(C) _____ /_____ Buyer has **read the Lead Warning Statement** above.

(D) _____ /_____ Buyer has **read Paragraph B and acknowledges receipt of copies of any information** listed therein, if any.

(E) _____ /_____ Buyer has **received the pamphlet** Protect Your Family From Lead in Your Home *(required)*.

(F) _____ /_____ Buyer has (check one below):

[ ] Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; **OR**

[ ] Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**AGENT'S ACKNOWLEDGMENT:** *(Agent to initial)*

(G) __CDP__ Agent has informed the Seller of the Seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**CERTIFICATION OF ACCURACY:** The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

| | | |
|---|---|---|
| Seller *Nicola Regina Bell* | *Reginald Stanford Bell* 2/20/2024 Date | Buyer _____ Date |
| 5703 9th LLC    Nicola Regina Bell | Reginald Stanford Bell | |
| Seller *NRB Bell* | *James C. Smith* 2/20/2024 Date | Buyer _____ Date |
| Natalie Denise Bell | James C. Smith | |
| *C. Dwight Pearson* 2/20/2024 | | |
| Agent for Seller, if any    Date | Agent for Buyer, if any    Date |
| C. Dwight Pearson | | |

GCAAR # 907A: Federal Lead Paint Sales Disclosure -MC & DC

2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR members only. Previous editions of this Form should be destroyed.

2/2016

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C6891AA

# LEAD-BASED PAINT DISCLOSURE FORM
## FOR DC REAL ESTATE SALES

 ★ ★ ★ DEPARTMENT OF ENERGY & ENVIRONMENT    GOVERNMENT OF THE DISTRICT OF COLUMBIA DC MURIEL BOWSER, MAYOR

**Purpose:** Inform potential homebuyers of the presence of lead-based paint and related hazards at this property.

**This form is required for properties built before 1978.** This form must be used in addition to the Federal Lead Disclosure form because the DC Law provides additional protections for the purchaser.

- Housing built before 1978 is presumed to contain lead-based paint.
- Lead from paint, paint chips, and dust may pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women.
- Lead poisoning in young children may produce permanent neurological damage, learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.
- Lead poisoning poses a particular risk to developing fetuses and pregnant women.
  DC Law requires the buyer to have this information **before** they decide to rent or purchase the property.

**Are you a POTENTIAL BUYER?**
*Review this page carefully before following instructions on page two.*
**Are you a PROPERTY OWNER?**
*You will need the following information to complete this form:*

- Copies of any lead-based paint, assessments, or surveys related to the property.
- The latest version of the EPA Protect Your Family From Lead in Your Home pamphlet.
- Knowledge about lead-contaminated dust/soil and condition of the paint on the property.
- Knowledge about any lead-related legal actions taken against the property.

**Property owners and managers: keep the signed original of this form on record for at least 6 years from the date of the most recent signature,** as you may be audited by the DC Department of Energy and Environment.

**What to look for inside the property or in the property's common areas:**

- Peeling, chipping, chalking, cracking, or damaged paint.
- Lead-based paint on windows, doors, stairs, railings, banisters, porches, or other high-wear surfaces that children might chew.
- Lead that is present in bare soil.
- Lead dust that forms when lead-based paint is scraped, sanded, or heated, or when painted surfaces with lead in them bump or rub together.
- Surfaces with lead paint chips/dust, or settled dust that reenters the air through vacuuming or sweeping.

For more information see The District of Columbia Lead-Hazard Prevention and Elimination Act of 2008, D.C. Official Code § 8-231.01 et seq., and the Federal Lead Warning Statement, 24 CFR Part 35 and 745. Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention. http://bit.ly/federallead.

If you need help in your language, please call 202-535-2600. | ስለ ቋንቋ እርዳታ ከፈለጉ በ 202-535-2600 ይደውሉ። | Si necesita ayuda en Español, por favor llame al 202-535-2600. | Si vous avez besoin d'aide en Français appelez-le 202-535-2600. | 如果您需要中文服务，請致電 202-535-2600 | 한국어로 도움이 필요합니까? 무료 한국어통역: 202-535-2600 | Nếu quý vị cần giúp đỡ bằng tiếng Việt, xin gọi 202-535-2600.

| IF YOU ARE: | YOU NEED TO: |
|---|---|
| The property owner | ■ Complete Sections A and B. <br> ■ Provide a copy to the buyer. |
| The potential buyer | ■ Carefully review Section B. <br> ■ Sign Section C. |



W C & A N Miller REALTORS, 5518 Connecticut Ave Washington DC 20015                    Phone: (202)966-1400          Fax:                              5703 9th St. LLC
Dwight Pearson                                           Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C6B9145

## SECTION A: PROPERTY OWNER'S SIGNATURE

| Property Address: **5703 9th St. N.W.** | Unit: | Washington, DC | Zip: **20011** |
|---|---|---|---|

I am the owner of this property and will truthfully give the answers to the following questions about lead-based paint/hazards in or around this property, and lead reports.

| Owner Name: **Nicola Regina Bell    Reginald Stanford Bell** | Signature: | *NICOLA REGINA BELL Reginald Stanford Bell* |
|---|---|---|
| Owner Name: ~~Denise~~ **Natalie Regina Bell    James C. Smith** | Signature: | |

## SECTION B: INFORMATION ABOUT LEAD-BASED PAINT IN THIS PROPERTY

**Lead-based paint is assumed to be present in properties built before 1978. To the best of your knowledge, is there lead-based paint inside or around the property, including common area(s)?**

☐ Yes, in the following location(s):  _____

☒ No, I am not aware of any lead-based paint, but because the property was built before 1978 it is assumed to be present.

**To the best of your knowledge, is there peeling or chipping paint, lead-contaminated dust/soil, or other lead-based paint hazards inside or around the property?**

☒ No       ☐ Yes, in the following locations(s):  _____
*For more space attach a summary*

**Does DC Government have any pending actions related to lead-based paint for this property?**
*Check all that apply*

☐ A notice of violation
☐ A notice of lead-based paint hazards
☐ An administrative order to eliminate lead-based paint hazards
☐ Other notices or orders related to lead-based paint. **Please list:** _____
☐ There are no pending actions related to lead-based paint at this property.

**Are there any reports or documents about lead-based paint or lead-based paint hazards at this property (including in bare soil and sheds, garages, common area(s) or other appurtenances)?**
*This includes reports or documents provided to you by a previous or current owner, tenant, property manager, DC Government agency, or contractor.*

☒ No  ☐ Yes **and** I understand I must provide a copy of those documents to the buyer if they ask.

## SECTION C: BUYER'S ACKNOWLEDGEMENT

**I was provided this form and the *Protect Your Family from Lead in Your Home* pamphlet <u>before</u> I signed a lease or purchase agreement.**
☐ Yes ☐ No, I have already signed a lease or purchase agreement.

**I understand I have the right to ask the owner or manager for any reports or documents about lead-based paint or lead-based paint hazards at this property (including on bare soil and sheds, garages, or other appurtenances) .**

| Name: | Signature: | Date: |
|---|---|---|
| Name: | Signature: | Date: |


Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com          5703 9th St. LLC



### Consent for Dual Representation and Designated Representation in the District of Columbia
(To be attached to all listing agreements and buyer or tenant brokerage agreements
for transactions in the District of Columbia.)

**"Designated Representation"** occurs when the Seller or Landlord has entered into a listing agreement with a licensee and the Buyer or Tenant has entered into a buyer brokerage agreement with a different licensee affiliated with the same firm. Each of the licensees, known as Designated Representatives, represents fully the interest of his/her individual clients. The Supervising Broker is a Dual Representative of both the Buyer and Seller, and must not disclose information obtained in confidence to other parties in the transaction.

If the Seller or Landlord does not consent to Designated Representation, the property may not be shown by any licensees affiliated with the brokerage firm that have entered into a representation agreement with a prospective Buyer or Tenant.
If the Buyer or Tenant does not consent to Designated Agency, the Buyer or Tenant may not be shown any properties listed by other licensees affiliated with the brokerage firm.
Prior to entering into a contract in which the buyer and seller are represented by Designated Representatives, the relationship of both Designated Agents must be disclosed/confirmed in writing.

**"Dual Representation"** occurs when Seller or Landlord has entered into a listing agreement with a licensee and the Buyer or Tenant has entered into a buyer brokerage agreement with the same licensee. When the parties agree to dual representation, the ability of the licensee and the brokerage firm to represent either party fully and exclusively is limited. The confidentiality of all clients shall be maintained.

If the Seller or Landlord does not consent to Dual Representation, the property may not be shown by the licensee to any prospective Buyers or Tenants that have entered into a buyer brokerage agreement with the licensee.
If the Buyer or Tenant does not consent to Dual Agency, the licensee may not show any properties listed by the licensee.
Prior to entering into a contract in which the buyer and seller are represented by Dual Agency, this relationship must be disclosed/confirmed in writing.

---

☐ I (We) consent to Designated Representation, acknowledging the broker/firm _____
may represent both the seller(s) and buyer(s) or landlords and tenants, and the sales associate, _____
license # _____ as the Designated Representative for the party indicated below:

    ☐ Seller(s)   or   ☐ Buyers(s)

    ☐ Landlord(s)  or   ☐ Tenant(s)

☐ I (We) do not consent to **Designated Representation**

☒ I (We) consent to **Dual Representation**, acknowledging the broker/firm    **Long & Foster Real Estate, Inc**  ,
and the sales associate, _____**C. Dwight Pearson**_____ , license # _____**SP-98068 DC**_____ may represent both
the seller(s) and buyer(s) (or landlord(s) and tenant(s)), as the **Dual Representatives** for the both parties indicated below:

    ☒ Sellers(s) and Buyer(s)

    ☐ Landlord(s) and Tenant(s)

☐ I (We) do not consent to **Dual Representation**

Signed  *Nicola Regina Bell*       *Reginald Stanford Bell*    2/20/2024
    **Nicola Regina Bell**          **Reginald Stanford Bell**        Date

Signed  **Natalie Denise Bell**    *M.B. Bell*      *[signature]*    2/20/2024
                                        **James C. Smith**         Date

---

©2011, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

W C & A N Miller REALTORS, 5518 Connecticut Ave Washington DC 20015              Phone: (202)966-1400      Fax:                5703 9th St. LLC
Dwight Pearson             Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com





# Jurisdictional Disclosure and Addendum to the Sales Contract for District of Columbia
*(Required for the Listing Agreement and required for the GCAAR Sales Contract)*

The Contract of Sale dated _____, between _____
Buyer and ___5703 9th LLC___ Nicola Regina Bell       Reginald Stanford Bell,    Natalie Denise Bell       James C. (Seller)
for the purchase of the real property located at Address                          **5703 9th St. N.W.**
Unit # _____ City **Washington** State        **DC**        Zip Code      **20011**     , Parking Space(s) # _____
Storage Unit # _____ with the legal description of Lot       **40**        Block/Square      **2989**
Section _____ Subdivision/Project Name _____ **Petworth** _____ Tax Account # _____

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in this contract.

## PART I. SELLER DISCLOSURE - AT TIME OF LISTING:
The information contained in this Disclosure was completed by Seller, is based on the Seller's actual knowledge and belief, and is current as of the date hereof.

**1.   SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1301, Seller is exempt from property condition disclosure.
☐ Yes   ☒ No

**2.   HERITAGE TREES:** Pursuant to DC Code § 8-651.02(3A), a heritage tree is a tree with a circumference of 100 inches or more. Pursuant to D.C. Code § 8-651.04a there are restrictions, penalties and/or fines that may be levied for removal of Heritage Trees. Seller discloses there ☐ IS, OR ☒ IS NOT, a Heritage Tree, or trees, on the property.

**3.   TENANCY:** Seller represents that property ☐ is/was OR ☒ is not/was not subject to an existing residential lease or tenancy at the time Seller decided to sell. District of Columbia broadly defines a tenant as "a tenant, subtenant, lessee, sublessee, or other person entitled to the possession, occupancy, or the benefits of any rental unit within a housing accommodation." If applicable, the following required Addendum shall be incorporated into the Contract.
        ☐ Tenancy Addendum for District of Columbia (Single-Family Accommodation)
        ☐ Tenancy Addendum for District of Columbia (2 to 4 Rental Units)
        ☐ Multi-Unit or Non-Residential Addendum

**4.   CONDOMINIUM/CO-OPERATIVE/HOMEOWNERS ASSOCIATION:** Seller represents that this Property ☐ is OR ☒ is not subject to a condominium, co-operative or homeowners association. If applicable, the following required addendum is attached:
        ☐ Condominium Seller Disclosure/Resale Addendum for District of Columbia,
        ☐ Co-operative Seller Disclosure/Resale Addendum for Maryland and District of Columbia, or HOA
        ☐ Seller Disclosure/Resale Addendum for District of Columbia

**5.   UNDERGROUND STORAGE TANK DISCLOSURE: (Applicable to single family home sales only)**
In accordance with the requirements of the District of Columbia Underground Storage Tank Management Act of 1990 [D.C. Code §8-113.02(g)], as amended by the District of Columbia Underground Storage Tank Management Act of 1990 Amendment Act of 1992 (the "Act") and the regulations adopted thereunder by the District of Columbia (the "Regulations"), Seller hereby informs Buyer that Seller has no knowledge of the existence or removal during Seller's ownership of the Property of any underground storage tanks as that term is defined in the Act and the Regulations, except as follows: _____

**6.   PROPERTY TAXES:** Future property taxes may change. To determine the applicable rate, see https://www.taxpayerservicecenter.com/RP_Search.jsp?search_type=Assessment. Additional information regarding property tax relief and tax credit information (tax reductions for seniors, homestead exemptions, property tax abatements and others) can be found at: http://otr.cfo.dc.gov/page/real-property-tax-credits-frequently-asked-questions-faqs.

Seller *Nicola Regina Bell*    *Reginald Stanford Bell*  Seller *[signature]*   *[signature]*       2/20/2024
Nicola Regina Bell        Reginald Stanford Bell      Natalie Denise Bell            James C. Smith       Date

©2023 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

**PART II. RESALE ADDENDUM**

The Contract of Sale dated _____ , between Seller _____ **5703 9th LLC,** _____
and Buyer _____ is hereby amended by the incorporation of
Parts I and II herein, which shall supersede any provisions to the contrary in the Contract.

**1.** **SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1302, prior to the submission of the offer, Buyer is entitled to a Seller's Disclosure Statement (if Seller is not exempt) and hereby acknowledges receipt of same. [X] Yes [ ] No [ ] Not applicable

**2.** **RECORDATION AND TRANSFER TAXES:** Rates vary with the sales price and based on property type. See http://otr.cfo.dc.gov/service/recorder-deeds-frequently-asked-questions-faqs. In limited circumstances, an exemption from Recordation Tax may be available to Buyer, if Buyer meets the requirements for the Lower Income Home Ownership Exemption Program ("Tax Abatement Program"). See below for additional information. Unless otherwise negotiated, the following will apply:

    **A.** **Real Property:** Recordation Tax will be paid by Buyer and Transfer Tax will be paid by Seller.
    **B.** **Co-operatives:** The Economic Interest Deed Recordation Tax will be split equally between Buyer and Seller. There is no Transfer Tax for Co-operatives.
    **C.** **Tax Abatement Program:** Additional information (including the required Application Form) for the Tax Abatement Program can be obtained at: http://otr.cfo.dc.gov/sites/default/files/dc/sites/otr/publication/ attachments/sharp%40dc.gov_20140909_110358.pdf. If Buyer meets the requirements of this program, Buyer will be exempt from Recordation Tax. Additionally, Seller shall credit Buyer an amount equal to what would normally be paid to the District of Columbia as Seller's Transfer Tax to be applied towards Buyer's settlement costs. This credit shall be in addition to any other amount(s) Seller has agreed to pay under the provisions of this Contract. It is Buyer's responsibility to confirm with Lender, if applicable, that the entire credit provided for herein may be utilized. If Lender prohibits Seller from payment of any portion of this credit, then said credit shall be reduced to the amount allowed by Lender.
    Buyer [ ] is OR [ ] is not applying for the Tax Abatement Program.
    **D.** **First-Time Homebuyer Recordation Tax Credit:** Buyer [ ] is OR [ ] is not a District of Columbia First-Time Homebuyer and may be eligible for a reduced recordation tax. It is the Buyer's responsibility to confirm their eligibility (See https://otr.cfo.dc.gov/node/1272871).

**3.** The principals to the Contract mutually agree that the provisions hereof shall survive the execution and delivery of the Deed and shall not be merged herein.

_____ Date       _____ Date
Seller *(sign only after Buyer)*                          Buyer
**Nicola Bell**            **Reginal Bell**

_____ Date       _____ Date
Seller *(sign only after Buyer)*                          Buyer
**Natalie Bell**            **James C. Smith**

©2023 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com        5703 9th St. LLC

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C889114

## Seller's Disclosure Statement

### Instructions

These Instructions are to assist the Seller in completing the required Seller's Disclosure Statement in order to comply with the District of Columbia Residential Real Property Seller Disclosure Act.

1. **Who must complete the Seller's Disclosure Statement?**
   The Seller must complete the Statement him or herself (not the broker, management company, condominium association, cooperative association, or homeowners association).

2. **The Seller must provide the Seller's Disclosure Statement to the Purchaser for the following transactions:**
   The Act applies to the following types of transfers or sales of District of Columbia real estate:
   a. Where the property consists of one to four residential dwelling units, and,
   b. The transactions a sale, exchange, installment land contract, lease with an option to purchase, or any other option to purchase, and,
   c. The purchaser expresses, In writing, an interest to reside in the property to be transferred.

3. **The Seller does not need to complete the Seller's Disclosure Statement for the following transactions:**
   a. Court ordered transfers;
   b. Transfers to a mortgagee by a mortgagor in default;
   c. Transfers by sale under a power of sale in a deed of trust or mortgage or any foreclosure sale under a decree of foreclosure or deed in lieu of foreclosures;
   d. Transfers by a non-occupant fiduciary administering a decedent's estate, guardianship, conservatorship or trust;
   e. Transfers between co-tenants;
   f. Transfers made to the transferor's spouse, parent, grandparent, child, grandchild or sibling (or any combinations of the foregoing);
   g. Transfer between spouses under a divorce judgment incidental to such a judgment;
   h. Transfers or exchanges to or from any governmental entity; and
   i. Transfers made by a person of newly constructed residential property that has not been inhabited.

4. **When does the Seller's Disclosure Statement have to be provided to the Purchaser?**
   In a sale, before or at the time the prospective transferee executes a purchase agreement with the transferor. In an installment sales contract (where a binding purchase contract has not been executed), or in the case of a lease with no option to purchase, before or at the time the prospective transferee executes the installment sales contractor lease with the transferor.

5. **What information must the Seller disclose?**
   Answer ALL questions on the Seller's Disclosure Statement. If some items do not apply to your property, check "N/A" (not applicable). If you do not know the facts, check "UNKNOWN". Report actually known conditions referred to in the questions. Each disclosure must be made in "good faith" (honesty in fact in the making of the disclosure). Attach additional pages with your signature if additional space is required.

   The Seller of a condominium unit, cooperative unit, or a lot in a homeowners association, is to provide information only as to the Seller's unit or lot, and not as to any common elements, common areas or other areas outside of the unit or lot.

6. **What is the remedy if the Seller does not provide the Seller's Disclosure Statement to the Transferee?**
   If the Seller's Disclosure Statement is delivered after the purchaser executes the purchase agreement, installment sales contract or lease with an option to purchase, the purchaser may terminate the transaction by written notice to the seller not more than five (5) calendar days after receipt of the Seller's Disclosure Statement by the purchaser, and the deposit must be returned to the purchaser. The right to terminate is waived if not exercised before the earliest of:
   a. the making of an application for a mortgage loan (if the lender discloses that the right to rescind terminates on submission of the application); or
   b. settlement or date of occupancy in the case of a sale; or
   c. occupancy in the case of a lease with an option to purchase.

7. **If the Seller finds out different information after providing the Seller's Disclosure Statement to the Purchaser, how does this impact a ratified contract?**
   If information becomes inaccurate after delivery of the disclosure form, the in accuracy shall not be grounds for terminating the transaction.

8. **How must a Seller deliver the Seller's Disclosure Statement to the Transferee?**
   The Seller's Disclosure Statement must be delivered by personal delivery, facsimile delivery, or by registered mail to the transferee. Execution by the transfer or of a facsimile is considered execution of the original.

W C & A N Miller REALTORS, 5518 Connecticut Ave Washington DC 20015                     Phone: (202)966-1400          Fax:                    5703 9th St. LLC
Dwight Pearson                              Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

## SELLER'S PROPERTY CONDITION STATEMENT
### For Washington, DC

**Purpose of Statement:** This Statement is a disclosure by the Seller of the defects or information actually known by the Seller concerning the property, in compliance with the District of Columbia Residential Real Property Seller Disclosure Act. Unless otherwise advised, the Seller does not possess an expertise in construction, architecture, engineering, or any other specific area related to the construction of the improvements on the property or the land. Also, unless otherwise advised, the Seller has not conducted any inspection of generally inaccessible areas such as the foundation or roof. THIS STATEMENT IS NOT A WARRANTY OF ANY KIND BY THE SELLER OR BY ANY AGENT REPRESENTING THE SELLER IN THIS TRANSACTION, AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN.

**Seller Disclosure:** The Seller discloses the following information with the knowledge that, even though this is not a warranty, the Seller specifically makes the following statements based on the seller's actual knowledge at the signing of this document. Upon receiving this statement from the Seller, the Seller's agent is required to provide a copy to the Buyer or the agent of the Buyer. The Seller authorizes its agent (s) to provide a copy of this statement to any prospective buyer or agent of such prospective buyer in connection with any actual or anticipated sale of property. The following are statements made solely by the Seller and are not the statements of the Seller's agent (s), if any. This information is a disclosure only and is not intended to be a part of any contract between Buyer and Seller.

| The seller(s) completing this disclosure statement have owned the property from: | | To: | |
| --- | --- | --- | --- |
| The seller(s) completing this disclosure have occupied the residence from: | | To: | |

**Property Address:** 5703 9th St. N.W. Washington, DC  20011

The property is included in:  ☐ Condominium Association   ☐ Cooperative   ☐ Homeowners association with mandatory participation and fee

*If this is a sale of a condominium unit or cooperative unit, or in a homeowners association, this disclosure form provides information only as to the unit (as defined in the governing documents of the association) or lot (as defined in the covenants applicable to the lot), and not as to any common elements, common areas or other areas outside of the unit or lot.*

## A. Structural Conditions

| | |
| --- | --- |
| **1. Roof** | ☐ Roof is a common element maintained by condominium or cooperative (if you check this box, no further roof disclosure required; go to section B)<br><br>Age of Roof: ☐ 0-5 years  ☐ 5-10 years  ☐ 10-15 years  ☐ 15+years  ☐ Unknown<br>Does the seller have actual knowledge of any current leaks or evidence of moisture from roof? ☐ Yes  ☐ No<br>*If yes, please provide comments:*<br><br>Does the seller have actual knowledge of any existing fire retardant treated plywood? ☐ Yes  ☐ No<br>*If yes, please provide comments:* |
| **2. Fireplace/ Chimney(s)** | Does the seller have actual knowledge of any defects in the working order of the fire places?<br>☐ Yes  ☐ No  ☐ No Fireplace(s)<br>*If yes, please provide comments:*<br><br>Does the seller know when the chimney(s) and/or flue were last inspected and/or serviced?<br>☐ Yes  ☐ No  ☐ No chimneys or flues<br>*If yes, when were they last serviced or inspected?* |
| **3. Basement** | Does the seller have actual knowledge of any current leaks or evidence of moisture in the basement?<br>☐ Yes  ☐ No  ☐ Not Applicable<br>*If yes, please provide comments:*<br><br>Does the seller have actual knowledge of any structural defects in the foundation?<br>☐ Yes  ☐ No  ☐ Not Applicable<br>*If yes, please provide comments:* |

SHELL  "AS IS"

*Department of Consumer and Regulatory Affairs | (202) 442-4400 | dcra.dc.gov*

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com              5703 9th St. LLC

| 4. Walls and Floors | Does the seller have actual knowledge of any structural defects in walls or floors? <br> If yes, please provide comments: | ☐ Yes | ☐ No |
|---|---|---|---|
| 5. Insulation | Does the seller have actual knowledge of presence of urea formaldehyde foam insulation? <br> If yes, please provide comments: | ☐ Yes | ☐ No |
| 6. Windows | Does the seller have actual knowledge of any windows not in normal working order? <br> If yes, please provide comments: | ☐ Yes | ☐ No |

## B. Operating Condition of Property Systems

| | |
|---|---|
| **1. Heating System** | ☐ Heating system is a common element maintained by condominium or cooperative <br> (If you check this box, no further disclosure on heating system required; go to section B.1.) <br><br> Type of System: ☐ Forced Air ☐ Radiator ☐ Heat Pump ☐ Electric baseboard ☐ Other <br><br> Heating Fuel ☐ Natural Gas ☐ Electric ☐ Oil ☐ Other <br><br> Age of system ☐ 0-5 years ☐ 5-10 years ☐ 10-15 years ☐ Unknown <br><br> Does the heating system include a humidifier? ☐ Yes ☐ No ☐ Unknown <br><br> Does the heating system include an electronic air filter? ☐ Yes ☐ No ☐ Unknown <br><br> Does the seller have actual knowledge that heat is not supplied to any finished rooms? ☐ Yes ☐ No <br> *If yes, please provide comments:* <br><br> Does the seller have actual knowledge of any defects in the heating system? ☐ Yes ☐ No <br> *If yes, please provide comments:* <br><br> If installed, does the seller have actual knowledge of any defects with the humidifier and electronic filter? <br> ☐ Yes ☐ No ☐ Not Applicable <br> *If yes, please provide comments:* |
| **2. Air Conditioning System** | ☐ Air conditioning is a common element maintained by condominium or cooperative <br> (If you check this box, no further disclosure on the air conditioning system is required; go to section B.3.) <br><br> Type of system: ☐ Central AC ☐ Heat Pump ☐ Window/wall units ☐ Other ☐ Not Applicable <br><br> AC Fuel: ☐ Natural Gas ☐ Electric ☐ Oil ☐ Other <br><br> Age of System: ☐ 0-5 years ☐ 5-10 years ☐ 10-15 years ☐ Unknown <br><br> Does the heating system include a humidifier? ☐ Yes ☐ No ☐ Unknown <br><br> Does the heating system include an electronic air filter? ☐ Yes ☐ No ☐ Unknown <br><br> If central AC, does the seller have actual knowledge that cooling is not supplied to any finished rooms? <br> ☐ Yes ☐ No ☐ Not Applicable <br> *If yes, please provide comments:* <br><br> Does the seller have actual knowledge of any problems or defects in the cooling system? <br> ☐ Yes ☐ No ☐ Not Applicable <br> *If yes, please provide comments:* |

SHELL "AS IS"

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C8E0911

| 3. Plumbing System | Type of material: (check all that apply) | ☐ Copper  ☐ Lead  ☐ Galvanized iron  ☐ Brass  ☐ PVC  ☐ Plastic polybutelene  ☐ Unknown |
| | Water Supply: | ☐ Public  ☐ Well |
| | Sewage Disposal Treatment: | ☐ Public  ☐ Septic tank  ☐ Cesspool  ☐ Onsite treatment |
| | Water Heater Fuel: | ☐ Natural Gas  ☐ Electric  ☐ Oil  ☐ Other |
| | Does the seller have actual knowledge of any defects with the plumbing system? | ☐ Yes  ☐ No |
| | *If yes, please provide comments:* | |

| 4. Water System | Does the seller have actual knowledge of the results of any lead tests conducted on the water supply of the property?  ☐ Yes  ☐ No |
| | *If yes, please test results:* |
| | Does the seller have actual knowledge that the property has been included on the DC Water service line map website (https://www.dcwater.com/leadmap, as of August 2019) as a property with a lead water service line on the private property or in public space?  ☐ Yes  ☐ No |
| | *If yes, please provide comments:* |
| | Does the seller have actual knowledge of any lead-bearing plumbing, including the water service line servicing the property?  ☐ Yes, there is a lead service line servicing the property  ☐ Yes, there is lead bearing plumbing on the property  ☐ No |
| | *Comments:* |
| | If there is a lead service line servicing the property, does the seller have actual knowledge that any portion of the lead water service line has been replaced? (Note: This applies to portions of the service line on private property and in public space).  ☐ Yes  ☐ No  ☐ Not applicable |
| | *If yes, please provide date(s) of replacement(s):* |

| 5. Electrical System | Does the seller have actual knowledge of any defects in the electrical system, including the electrical fuses, circuit breakers, outlets, or wiring?  ☐ Yes  ☐ No |
| | *If yes, please test results:* |

$SHELL$ '' $AS$ $iS$ ''

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com                    5703 9th St. LLC

## C. Appliances and Fixtures

Does the seller have actual knowledge of any defects with the following appliances?

| Appliance | | | |
|---|---|---|---|
| Range/Oven | ☐ Yes | ☐ No | ☐ Not Applicable |
| Dishwasher | ☐ Yes | ☐ No | ☐ Not Applicable |
| Refrigerator | ☐ Yes | ☐ No | ☐ Not Applicable |
| Rangehood/fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Microwave oven | ☐ Yes | ☐ No | ☐ Not Applicable |
| Garbage Disposal | ☐ Yes | ☐ No | ☐ Not Applicable |
| Sump Pump | ☐ Yes | ☐ No | ☐ Not Applicable |
| Trash compactor | ☐ Yes | ☐ No | ☐ Not Applicable |
| TV antenna/controls | ☐ Yes | ☐ No | ☐ Not Applicable |
| Central vacuum | ☐ Yes | ☐ No | ☐ Not Applicable |
| Ceiling fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Attic fan | ☐ Yes | ☐ No | ☐ Not Applicable |
| Sauna/Hot tub | ☐ Yes | ☐ No | ☐ Not Applicable |
| Pool heater & equip | ☐ Yes | ☐ No | ☐ Not Applicable |
| Security System | ☐ Yes | ☐ No | ☐ Not Applicable |
| Intercom System | ☐ Yes | ☐ No | ☐ Not Applicable |
| Garage door opener | ☐ Yes | ☐ No | ☐ Not Applicable |
| & remote controls | ☐ Yes | ☐ No | ☐ Not Applicable |
| Lawn sprinkler system | ☐ Yes | ☐ No | ☐ Not Applicable |
| Water treatment system | ☐ Yes | ☐ No | ☐ Not Applicable |
| Smoke Detectors | ☐ Yes | ☐ No | ☐ Not Applicable |
| Carbon Monoxide detectors | ☐ Yes | ☐ No | ☐ Not Applicable |
| Other Fixtures or Appliances | ☐ Yes | ☐ No | ☐ Not Applicable |

*If yes to any of the above, please describe the defects:*

## D. Exterior/Environmental Issues

| | | |
|---|---|---|
| **1. Exterior Drainage** | Does the seller have actual knowledge of any problem with drainage on the property? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| **2. Damage to Property** | Does the seller have actual knowledge whether the property has previously been damaged by:<br>Fire: ☐ Yes ☐ No<br>Wind: ☐ Yes ☐ No<br>Flooding: ☐ Yes ☐ No | |
| | *If yes, please provide comments:* | |
| **3. Wood destroying insects or rodents?** | Does the seller have actual knowledge of any infestation or treatment for infestations? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Does the seller have actual knowledge of any prior damage or repairs due to a previous infestation? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |

SHELL "AS IS"

*SHELL "AS IS"*

| | | |
|---|---|---|
| | Does the seller have actual knowledge of any problem with drainage on the property? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Does the seller have actual knowledge of any substances, materials or environmental hazards (including but not limited to asbestos, radon gas, lead based paint, underground storage tanks, formaldehyde, contaminated soil, or other contamination) | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Does the seller have actual knowledge of any zoning violations, nonconforming uses, violation of building restrictions or setback requirements, or any recorded or unrecorded easement, except for utilities, on or affecting the property? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| 4. Other Issues | Does the seller have actual knowledge that this property is a D.C. Landmark included in a designated historic district or is designated a historic property? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Has the property been cited for a violation of any historic preservation law or regulation during your ownership? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Does the seller have actual knowledge if a facade easement or a conservation easement has been placed on the property? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |
| | Does the seller have actual knowledge that the property has received a vacant or blighted building exemption? | ☐ Yes ☐ No |
| | *If yes, please provide comments:* | |

## Certification and Signature

The seller(s) certifies that the information in this statement is true and correct to the best of their knowledge as known on the date of signature.

| Seller's Signature | Date |
|---|---|
| NICOLA REGINA BELL —8FE50073D0034DD... | |
| 5703 9th LLC   Nicola Regina Bell | Reginald Stanford Bell —0895A5A71C57416... |
| | 2/20/2024 |
| | Reginald Stanford Bell |

| Seller's Signature | Date |
|---|---|
| —D9B1E3F16F494E8... | —3609E24062F04F3... |
| Natalie Denise Bell | James C. Smith |
| | 2/20/2024 |

Buyer(s) have read and acknowledge receipt of this statement and acknowledge that this statement is made based upon the seller's actual knowledge as of the above date. This disclosure is not a substitute for any inspections or warranties which the buyer(s) may wish to obtain. This disclosure is NOT a statement, representation, or warranty by any of the seller's agents or any sub-agents as to the presence or absence of any condition, defect or malfunction or as to the nature of any condition, defect or malfunction.

Buyer's Signature _____    Date _____

Buyer's Signature _____    Date _____

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C58311

## Affiliated Business Arrangement Disclosure Statement

Property: 5703-9th St. N.W., D.C. 20011

To:                                                    From:

                                                       Date:

This is to give you notice that Long & Foster Real Estate, Inc. ("Long & Foster"), also doing business as Virginia Properties, and Northrop Realty[1], and the settlement service providers listed in the table below are part of a family of companies (the "Affiliated Companies") owned by Berkshire Hathaway, Inc. ("Berkshire Hathaway"), and each may refer to you the services of another. Each of the Affiliated Companies is indirectly owned, in whole or in part, by a common parent, HomeServices of America, Inc. ("HSoA"), a Berkshire Hathaway affiliate. The percentage of indirect ownership interest held by HSOA in each Affiliated Company is indicated in the table. In addition, HomeServices Title Holdings, LLC, a wholly-owned subsidiary of HSoA, indirectly owns 13.5% of Title Resources Guaranty Company ("TRG"), which may provide title insurance services for any of the affiliate companies listed in Section A below. Silverton Mortgage is a wholly-owned indirect subsidiary of Clayton Homes, a Berkshire Hathaway affiliate. Because of these relationships, the referral of a customer (including you) by any of the Affiliated Companies to another may provide the referring company, its affiliates, and/or their employees with a financial or other benefit.

While Long & Foster Insurance Agency, LLC ("LFIA"), an Affiliated Company, does not have common ownership with Cinch Home Services, Inc. ("Cinch Home Services"), it does advertise them for a fixed service fee

Mid-States Title Insurance Agency, LLC ("Mid-States"), a Long & Foster affiliate, has business relationships with the following unaffiliated closing attorneys, pursuant to which Mid-States advertises these firms for a fixed service fee: Crawford and Keller, PLLC; Baird Mandalas Brockstedt, LLC; and Giordano, DelCollo, Werb & Gagne, LLC.

| AFFILIATED COMPANIES | |
|---|---|
| **SECTION A: Settlement of Your Loan and / or Title Insurance** | |
| Infinity Title Agency (NJ) (d/b/a of Sage Title Group, LLC) (100%) | Infinity Settlements Agency (PA) (d/b/a of Sage Title Group, LLC) (100%) |
| Sage Premier Settlements (PA, NJ, DE, MD) (d/b/a of Sage Title Group, LLC) (100%) | RGS Property Closing Services (PA) (d/b/a of RGS Title LLC) (100%) |
| Sage Title Group, LLC (VA, MD, DC, WV) (100%) | RGS Title LLC (VA, MD, DC, WV) (100%) |
| Bon Air/Long & Foster Title Agency LLC (VA) (50%) | Trident Land Transfer Company LP (PA, DE) (100%) |
| Attorneys Title Holdings, Incorporated (NC) (100%) | Trident Land Transfer Company (NJ), LLC (NJ) (49%) |
| Realm Title Agency, LLC (MD, DE) (51%) ("Realm") [2] | |
| **SECTION B: Property / Hazard / Flood Insurance** | |
| Long & Foster Insurance Agency, LLC (100%) | Trident Insurance Agency Company (d/b/a of HomeServices Insurance, Inc.) (100%) |
| HomeServices Insurance, Inc. (100%) | |
| **SECTION C: Mortgage Services** | |
| Prosperity Home Mortgage, LLC (100%) | Silverton Mortgage (d/b/a of Vanderbilt Mortgage and Finance, Inc.) (100%) |
| **SECTION D: Real Estate Services** | |
| Berkshire Hathaway HomeServices Fox & Roach, REALTORS®(PA, NJ, DE, MD) (d/b/a of Fox & Roach LP) (100%) | Berkshire Hathaway HomeServices Carolinas Realty, York Simpson Underwood Realty, Yost & Little Realty, and Pinehurst Realty Group (d/b/a of Preferred Carolinas Realty, Inc.) (NC, SC) (100%) |
| Houlihan Lawrence, Inc. (NY, CT) (100%) | |
| **SECTION E: Property Inspection Services** | |
| Insight Home Inspections, LLC (DC) (MD) (VA) (100%) | |

Set forth below is the estimated charge or range of charges for each of the services listed. You are NOT required to use any of these service providers as a condition of the sale of the subject property or to obtain access to any settlement service.

**THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.**

| PROVIDER | SETTLEMENT SERVICE | ESTIMATED RANGE OF CHARGES |
|---|---|---|
| Providers listed in **Section A** above | Settlement Fees, including Document Preparation, Title Search & Exam Fees | $0-$2,000 Fees vary depending on transaction type and state |
| | Title Charges | See Title Insurance Chart below |
| Providers listed in **Section B** above | Homeowner's Insurance | $300-$10,000 plus per year; charges may vary based on coverage requested and other factors including multi-unit properties. |
| | Flood Insurance | Flood insurance is not included in this estimate but may be available for an additional fee and may be lender required. |
| Providers listed in **Section C** above | Loan Origination Fee | $0-$1,565 ( 2% of loan amount on some bond products) |
| | Appraisal | $425 - $2,100 |
| | Third Party Fees | $110 - $375 (credit report, tax service fee, flood cert fee) |
| Providers listed in **Section D** above | Real Estate Brokerage Services | 3%-10% of the sales price plus up to $1,200 |
| Providers listed in **Section E** above | Property Inspection Services | $509-$1229 |

[1] Northrop Realty is also a trade name for The Northrop Team, P.C. ("Northrop"), a separate realty company that operates under Long & Foster's real estate license. Northrop is not an "Affiliated Company" as that term is used in this Affiliated Business Arrangement Disclosure.

[2] Realm is 49% owned by an unaffiliated entity in which an independent contractor real estate agent of Long & Foster, Creig Northrop, has an ownership interest. Accordingly, the referral of a customer (including you) to Realm may provide Mr. Northrop with a financial or other benefit.

### TITLE INSURANCE FOR AFFILIATES
#### ESTIMATE OF RANGE OF CHARGES GENERALLY MADE BY PROVIDER

| STATE | SALES PRICE | PREMIUM FOR AFFILIATES |
|---|---|---|
| DE | First $100,000<br>$100,001 - $1,000,000<br>$1,000,001-$5,000,000 | $4.60 per $1,000 of coverage<br>add $3.90 per $1,000 of coverage<br>add $3.25 per $1,000 of coverage<br>Enhanced policy is 120% of above rates. Simultaneous issue of Lenders' Policy (DE) is $25. Lender required endorsements are $50 each. Closing Protection Letter (CPL) per Lender Policy is $125. |
| DC | First $250,000<br>$250,001 - $500,000<br>$500,001 - $1,000,000<br>$1,000,001-$5,000,000 | $6.84 per $1,000 of coverage<br>add $6.12 per $1,000 of coverage<br>add $5.40 per $1,000 of coverage<br>add $4.68 per $1,000 of coverage<br>Simultaneous issue of Lenders' Policy (DC) is $100. Closing Protection Letter (CPL) per Lender Policy is $50. |
| MD | First $250,000<br>$250,001 - $500,000<br>$500,001 - $1,000,000<br>$1,000,001- $2,000,000 | $6.15 per $1,000 of coverage<br>add $5.25 per $1,000 of coverage<br>add $4.50 per $1,000 of coverage<br>add $3.35 per $1,000 of coverage<br>Simultaneous issue of Lenders' Policy (MD) is $200. |
| NJ | First $100,000<br>$100,001 - $500,000<br>$500,001 - $2,000,000 | $5.25 per $1,000 of coverage<br>add $4.25 per $1,000 of coverage<br>add $2.75 per $1,000 of coverage<br>Enhanced policy is 120% of above rates. Simultaneous issue of Lenders' Policy is $25. Lender required endorsements are $25 each. Closing Service Letter per Lender Policy is $75. |
| NC | First $100,000<br>$100,001 - $500,000<br>$500,001 - $2,000,000<br>$2,000,001 - $7,000,000 | $2.54 per $1,000 of coverage<br>add $1.98 per $1,000 of coverage<br>add $1.29 per $1,000 of coverage<br>add $0.99 per $1,000 of coverage<br>Enhanced policy 120% of above rates. Simultaneous issue of Lenders' Policy is $26. Closing Protection Letter is an additional 10% if lenders' policy issued. Premium for issuance of commitment is $15. Lender required endorsements are $20 each. |
| PA | First $30,000<br>$30,001 - $45,000<br>$45,001 - $100,000<br>$100,001 - $500,000<br>$500,001 - $1,000,000<br>$1,000,001-$2,000,000 | $569.00 flat fee<br>add $7.41 per $1,000 of coverage<br>add $6.27 per $1,000 of coverage<br>add $5.70 per $1,000 of coverage<br>add $4.56 per $1,000 of coverage<br>add $3.42 per $1,000 of coverage<br>Lender-required endorsements (PA) are $50-$500. Closing Protection Letter (CPL) per Lender Policy is $125. |
| VA | First $250,000<br>$250,001 - $500,000<br>$500,001 - $1,000,000<br>$1,000,001- $2,000,000 | $4.92 per $1,000 of coverage<br>$4.68 per $1,000 of coverage<br>$4.32 per $1,000 of coverage<br>$2.88 per $1,000 of coverage<br>Simultaneous issue of Lender's Policy (VA) is $200. Closing Protection Letter (CPL) per Lender Policy is $35. |
| WV | First $100,000<br>$100,001 - $500,000<br>$500,001 - $2,500,000 | $4.00 per $1,000 of coverage<br>add $3.00 per $1,000 of coverage<br>add $2.00 per $1,000 of coverage<br>Enhanced policy is an additional $30 surcharge added to the basic rates. Simultaneous issue of Lender's Policy is $100. Title insurance commitment fee per policy will not exceed $100 |

| CONTRACTED PROVIDERS | | |
|---|---|---|
| PROVIDER | SETTLEMENT SERVICE | ESTIMATED RANGE OF CHARGES |
| Cinch Home Services | Home Warranty | $459 - $2,062, depending on property and optional coverage |

ACKNOWLEDGEMENT: I/we have read this disclosure form and understand that the Affiliated Companies may refer me/us to purchase the above-described settlement service(s) from one another and that any such referrals may provide the referring company, its affiliates, and/or their employees with a financial or other benefit. I/we also understand that LFIA receives legal fees for advertising, and related services performed for Cinch Home Services.

2/20/2024

Reginald Stanford Bell _____ (Date)

N Regina Bell

Natalie Denise Bell

James C. Smith _____ (Date)

LONG & FOSTER | CHRISTIE'S
REAL ESTATE | INTERNATIONAL REAL ESTATE

# Mutual Agreement to Arbitrate Certain Disputes and to Waive Class Actions

The following provisions are hereby incorporated into the Listing Contract or Buyer Agency Contract ("Contract") between Long & Foster Real Estate, Inc. ("Broker/Licensee") and you ("You" or "Consumer") (together, the "Parties").

## Agreement to Arbitrate and Claims Included and Excluded from Arbitration:

The Parties hereby mutually agree that, other than Excluded Claims, any and all claims, disputes or controversies between them that in any way arise from or relate to (i) the Contract, (ii) the real estate transaction relating to the Contract (the "Transaction"); and/or (iii) the services, advertising, disclosures, practices and procedures related to the Contract or the Transaction (collectively, a "Claim") shall be submitted to arbitration. Arbitration shall be in lieu of commencing a lawsuit. BY AGREEING TO ARBITRATION, THE PARTIES EACH GIVE UP THEIR RIGHTS TO TRIAL BY ANY STATE OR FEDERAL COURT AND BY JURY, AND/OR TO FILING A COMPLAINT WITH ANY GOVERMENTAL OR ADMINISTRATIVE AGENCY. The arbitration shall be administered by an arbitrator agreed to by the Parties or, in the absence of agreement, by the American Arbitration Association ("AAA"). "Excluded Claim" means the following:

**(A)**   any dispute about the validity, enforceability, coverage, or scope of this Agreement to Arbitrate Certain Disputes and to Waive Class Actions or any part thereof;

**(B)**   any individual dispute that Consumer brings against Broker/Licensee in small claims court or Consumer's state's equivalent court, so long as that claim is not transferred, removed or appealed to a different court (in which event such dispute becomes a "Claim" and Broker/ Licensee then has the right to demand arbitration); and

**(C)**   any dispute arising out of or relating to: (i) the presence of a material defect in the Property; (ii) alleged negligence, gross negligence, or breach of contract; or (iii) alleged misrepresentation, conspiracy, or breach of fiduciary duty, arising out of the facts which form the basis for any Excluded Claim described in the foregoing (C)(i-ii).

Excluded Claims do not include any arising under the Real Estate Settlement Procedures Act or any consumer fraud or consumer financial protection laws. Any Excluded Claim is for a court and not an arbitrator to decide.

## Location and Costs of Arbitration:

Any in-person arbitration hearing must be at a venue reasonably convenient to Consumer. Broker/Licensee will pay any and all fees of AAA and/or the arbitrator, if and to the extent Consumer prevails in the arbitration or if Consumer makes a written request for Broker/Licensee to pay such fees and Consumer acts reasonably and in good faith. If Consumer brings a Claim against Broker/Licensee in arbitration or Broker/Licensee elects to require arbitration of a Claim Consumer brings, then Broker/Licensee will pay Consumer's reasonable attorneys' and experts' fees if and to the extent Consumer prevails. Also, Broker/Licensee will bear any such fees if applicable law so requires. Regardless of the outcome of the arbitration, Broker/Licensee will not seek from Consumer reimbursement of any of the fees of the Administrator and arbitrator, or attorneys' fees and expert costs, unless Broker/Licensee is permitted to recover such fees from Consumer under the Contract and applicable law.

## Governing Law:

The Contract involves interstate commerce and is governed by the Federal Arbitration Act ("FAA") and not by any state arbitration law. The arbitrator must apply applicable substantive law consistent with the FAA and applicable statutes of limitations and claims of privilege recognized at law. The arbitrator may award any remedy provided by the substantive law that would apply if the action were pending in court, including, without limitation, punitive damages (which shall be governed by the Constitutional standards employed by the courts) and individual injunctive, equitable, and declaratory relief. At the timely request of either party, the arbitrator must provide a brief written explanation of the basis for the award.

DocuSign Envelope ID: 628A37D5-06B2-4B25-BD9E-8A662C669144

## Arbitration Result and Right of Appeal:

Judgment upon the arbitrator's award may be entered by any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA.

## Prohibition against Certain Proceedings:

FOR CLAIMS SUBJECT TO ARBITRATION: **(1)** **CLASS ACTION WAIVER**. BOTH CONSUMER AND BROKER/LICENSEE HEREBY EACH UNCONDITIONALLY WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS OR COLLECTIVE ACTION IN COURT OR IN A CLASS-WIDE ARBITRATION, EITHER AS A PLAINTIFF, CLASS REPRESENTATIVE, OR CLASS MEMBER, AND HEREBY UNCONDITIONALLY AGREE THAT ANY CLAIM WILL BE ADJUDICATED ON AN INDIVIDUAL BASIS ONLY; **(2)** NEITHER CONSUMER NOR BROKER/LICENSEE MAY ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; **(3)** CLAIMS BROUGHT BY OR AGAINST CONSUMER OR BROKER/LICENSEE MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON (OTHER THAN NONSIGNATORY BROKER/LICENSEE AFFILIATES, AS SET FORTH BELOW); AND **(4)** THE ARBITRATOR SHALL HAVE NO POWER OR AUTHORITY TO CONDUCT A CLASS-WIDE ARBITRATION, PRIVATE ATTORNEY GENERAL ARBITRATION, OR MULTIPLE-PARTY ARBITRATION. THIS SUBSECTION DOES NOT APPLY TO ANY LAWSUIT OR ADMINISTRATIVE PROCEEDING FILED AGAINST BROKER/LICENSEE BY A STATE OR FEDERAL GOVERNMENT AGENCY EVEN WHEN SUCH AGENCY IS SEEKING RELIEF ON BEHALF OF A CLASS OF CONSUMERS, INCLUDING CONSUMER. THIS MEANS THAT BROKER/LICENSEE WILL NOT HAVE THE RIGHT TO COMPEL ARBITRATION OF A CLAIM BROUGHT BY SUCH AN AGENCY.

## Non-Signatory Broker/Licensee Affiliates:

Non-signatory parent or other affiliated companies of Broker/Licensee shall have the benefit of electing to utilize this Agreement to Arbitrate Certain Disputes and to Waive Class Actions to the extent that a Claim is asserted against them (*i.e.*, a Claim that arises from the Contract, the Transaction, and/or the services, advertising, disclosures, practices and procedures related to the Contract or the Transaction).

## Severability:

If any portion of the aforementioned, other than the Class Action Waiver (provision (1) under Prohibition against Certain Proceedings), is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force. If a determination is made that the Class Action Waiver is unenforceable, only this sentence of the Dispute Resolution Provision will remain in force and the remaining provisions shall be null and void, provided that the determination concerning the Class Action Waiver shall be subject to appeal.

DocuSigned by:

Signature _Nicola Regina Bell_     3/18/2024
Signature    Nicola Regina Bell     Date

DocuSigned by:

Signature _Reginald Stanford Bell_
Signature    Reginald Stanford Bell    Date

DocuSigned by:

_NRB Bell_     2/20/2024
Signature    Natalie Denise Bell     Date

DocuSigned by:

_JA_     2/20/2024
Signature    James C. Smith     Date

DocuSigned by:

Agent Signature _C. Dwight Pearson_     2/20/2024
Agent Signature    Date

Branch Manager Signature    Date

LF364  8/12/2019    4845-9810-3448.3

2