IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In re:<br><br>    5703 9th, LLC<br><br>                        Debtor. | )<br>)<br>)<br>)  Chapter 11<br>)  Case No. 23-131-ELG<br>)<br>)<br>) |

### VERIFIED STATEMENT OF REAL ESTATE BROKER TO BE EMPLOYED BY DEBTOR AND DEBTOR-IN-POSSESSION

C. Dwight Pearson of Long & Foster Real Estate Inc., as the proposed real estate broker for 5703 9th, LLC ("5703" or the "Debtor"), pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, respectfully represent:

1. I am a real estate agent with Long & Foster Real Estate, Inc. (the "Firm"). My office is located at 20 Chevy Chase Circle, NW, Washington D.C. 20015.

2. Neither I nor the Firm insofar as I have been able to ascertain to a reasonable degree of certainty, has any interest adverse to the Debtor.

3. The Firm is a "disinterested person" as that term is defined in Section 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in that the Real Estate Firms:

    (a) are not creditors, equity security holders, or insiders of the Debtor;

    (b) are not and were not within two (2) years before the date of filing of the Debtor's petition, a director, officer, or employee of the Debtor; and

    (c) do not have an interest materially adverse to the interest of the Debtor's estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

*See* 11 U.S.C. § 101(14).

4.    The Firm has no connection with the Debtor or its creditors, any other party-in-interest in the Debtor's Chapter 11 case, their respective attorneys, or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

I, C. Dwight Pearson, declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

*/s/ C. Dwight Pearson*
C. Dwight Pearson, Real Estate Consultant
Long & Foster Real Estate, Inc.
20 Chevy Chase Circle, NW
Washington, D.C. 20015

2