# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5703 9TH, LLC, | ) | Case No. 23-00131-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF DEBTOR'S APPLICATION FOR AUTHORITY TO
## <u>EMPLOY REAL ESTATE BROKER</u>

**PLEASE TAKE NOTICE** that on February 22, 2024, 5703 9th, LLC (the "Debtor"), through undersigned counsel, filed its *Debtor's Application for Authority to Employ Real Estate Broker* (the "Application"). A copy of the Application was served on February 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application may be held before the Honorable Elizabeth L. Gunn at the United States Bankruptcy Court for the District of Columba (the "Court"), 333 Constitution Ave NW, Washington, DC 20001, at a date and time to be determined. Should the Court schedule a hearing on the Motion, separate notice of same will be provided.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief sought in the Motion, stating the facts and legal grounds on which objection is based, must be in writing and filed with the Court and served on counsel for the Debtor (Brent C. Strickland, Whiteford, Taylor & Preston L.L.P., 111 Rockville Pike, Suite 800, Rockville, MD 20850) so to be actually received by no later than March 7, 2024 (Eastern Time) (the "Objection Deadline").

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

**PLEASE TAKE FURTHER NOTICE THAT THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED; AND THAT IF NO REPLIES ARE FILED BY THE OBJECTION DEADLINE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

**PLEASE TAKE FURTHER NOTICE** that parties-in-interest with questions regarding the subject of this Notice may contact Brent C. Strickland by mail (Whiteford, Taylor & Preston L.L.P., 111 Rockville Pike, Suite 800, Rockville, MD 20850); by telephone (410-347-9402); or by e-mail (bstrickland@whitefordlaw.com).

Dated: February 22, 2024				Respectfully submitted,


				*/s/ Brent C. Strickland*
				Brent C. Strickland, Esquire (Bar No. 452880)
				Whiteford, Taylor & Preston L.L.P.
				111 Rockville Pike, Suite 800
				Rockville, Maryland 20850
				Phone: (410) 347-9402
				Facsimile: (410) 223-4302
				Email: bstrickland@whitefordlaw.com
				*Counsel for Debtor and Debtor-in-Possession*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of February, 2024, I caused this *Notice of Debtor's Application for Authority to Employ Real Estate Broker* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users in this matter, and was sent by first class mail, postage prepaid, to all creditors on the attached service list.

                                                      */s/ Brent C. Strickland*
                                                      Brent C. Strickland

13426648