**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| 5703 9th, LLC, ) | Chapter 11 |
| ) | Case No. 23-131-ELG |
| Debtor. ) | |
| ) | |

**ORDER AUTHORIZING DEBTOR'S APPLICATION FOR
AUTHORITY TO EMPLOY REAL ESTATE BROKER**

Upon consideration of the *Debtor's Application for Authority to Employ Real Estate Broker* (the "Application"), filed by 5703 9th, LLC ("5703" or the "Debtor"), the Verified Statement of Dwight Pearson of Long & Foster, pursuant to Bankruptcy Rule 2014(a), and it appearing that Dwight Pearson of Long & Foster ("Pearson") is duly qualified to assist the Debtor in marketing its property, and the Court being satisfied that Pearson neither holds nor represents an interest adverse to the Debtor or its estate, that its employment is necessary and is in the best interests of the Debtor, its estate, and creditors, and it appearing that adequate notice of the Application has been provided and that no further notice of said Application need be given; and after consideration of any objections made thereto and after any hearing thereon, and it appearing

that good cause exists for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that the Debtor be and hereby is authorized to employ Pearson as real estate broker to assist the Debtor as debtor and debtor-in-possession in this case on the terms set forth in the Application and to compensate Pearson in accordance with the Agreement; and it is further;

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

## END OF ORDER

I ask for this:

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@wtplaw.com
*Proposed Counsel for Debtor*


cc:
    Brent C. Strickland, Esq.
    Whiteford Taylor & Preston, LLP
    111 Rockville Pike, Suite 800
    Rockville, Maryland 20850
    bstrickland@whitefordlaw.com

    Kristen S. Eustis
    Office of the United States Trustee
    1725 Duke Street , Ste 650
    Alexandria, VA 22314
    703-557-7227
    Kristen.S.Eustis@usdoj.gov

    Sara Kathryn Mayson
    DOJ-Ust
    1725 Duke Street
    Alexandria, VA 22314
    202-841-8501
    sara.kathryn.mayson@usdoj.gov

*13426697*