**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| 5703 9th, LLC | ) Chapter 11 |
| | ) Case No. 23-131-ELG |
| Debtor. | ) |
| | ) |
| | ) |

In re:

  5703 9th, LLC

      Debtor.

)
)
)
)   Chapter 11
)   Case No. 23-131-ELG
)
)
)

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the following was served on February 22, 2024, vis U.S.

Mail, postage prepaid, to the parties on the attached service list:

- *Amended Chapter 11 Plan* [Dkt. 78];

- *Amended Disclosure Statement* [Dkt. 79];

- *Order Combining Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan* [Dkt. 87]; and

- *Ballot for Accepting or Rejecting Plan of Reorganization.*

       Respectfully submitted,


       */s/ Brent C. Strickland*
       WHITEFORD, TAYLOR & PRESTON L.L.P.
       Brent C. Strickland, Esquire (Bar No. 452880)
       Whiteford, Taylor & Preston L.L.P.
       111 Rockville Pike, Suite 800
       Rockville, Maryland 20850
       Phone: (410) 347-9402
       Facsimile: (410) 223-4302
       Email: bstrickland@wtplaw.com

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

## CERTIFICATE OF SERVICE

I, Brent C. Strickland, do hereby certify that on February 23, 2024 a copy of the foregoing was served on the parties in this matter by ECF.

*/s/ Brent C. Strickland*
Brent C. Strickland

*13429307*