# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

    5703 9th, LLC,

                Debtor.

Chapter 11
Case No. 23-131-ELG

## **DEBTOR'S RESPONSE TO NOTICE OF FAILURE TO PROSECUTE (DKT 91)**

5703 9th LLC ("5703" or the "Debtor") files this Response to the Notice of Failure to Prosecute (Dkt. 91) issued in this case relating to Motion to Set Hearing (Dkt. 80).

On February 20, 2024, the Court entered an Order setting a combined hearing on the Plan and Disclosure Statement (Dkt. 87) which resolves the pending Motion to Set Hearing.

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@wtplaw.com

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Brent C. Strickland, do hereby certify that on March 6, 2024, a copy of the foregoing was served on the parties in this matter by ECF.

*/s/ Brent C. Strickland*
Brent C. Strickland