The order below is hereby signed.

Signed: March 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 5703 9th, LLC, | ) | Chapter 11 |
| | ) | Case No. 23-131-ELG |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER AUTHORIZING DEBTOR'S APPLICATION FOR
## AUTHORITY TO EMPLOY REAL ESTATE BROKER

Upon consideration of the *Debtor's Application for Authority to Employ Real Estate Broker* (the "Application"), filed by 5703 9th, LLC ("5703" or the "Debtor"), the Verified Statement of Dwight Pearson of Long & Foster, pursuant to Bankruptcy Rule 2014(a), and it appearing that Dwight Pearson of Long & Foster ("Pearson") is duly qualified to assist the Debtor in marketing its property, and the Court being satisfied that Pearson neither holds nor represents an interest adverse to the Debtor or its estate, that its employment is necessary and is in the best interests of the Debtor, its estate, and creditors, and it appearing that adequate notice of the Application has been provided and that no further notice of said Application need be given; and after consideration of any objections made thereto and after any hearing thereon, and it appearing

that good cause exists for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that the Debtor be and hereby is authorized to employ Pearson as real estate broker to assist the Debtor as debtor and debtor-in-possession in this case on the terms set forth in the Application and to compensate Pearson in accordance with the Agreement; and it is further;

**ORDERED** that all compensation shall be subject to further order of the court upon proper application; and it is further,

**ORDERED** that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

**END OF ORDER**

I ask for this:

*/s/ Brent C. Strickland*
Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@wtplaw.com
*Proposed Counsel for Debtor*

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street , Ste 650
Alexandria, VA 22314
703-557-7227
Kristen.S.Eustis@usdoj.gov

cc:
Brent C. Strickland, Esq.
Whiteford Taylor & Preston, LLP
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
bstrickland@whitefordlaw.com

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street , Ste 650
Alexandria, VA 22314
703-557-7227
Kristen.S.Eustis@usdoj.gov

Sara Kathryn Mayson
DOJ-Ust
1725 Duke Street
Alexandria, VA 22314
202-841-8501
sara.kathryn.mayson@usdoj.gov

*13426697*

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00131-ELG

5703 9th, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 12, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 5703 9th, LLC, c/o Will Lansing, The Valor Companies, LLC, 1101 Connecticut Ave NW, Suite 450, Washington, DC 20036-4359 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 5703 9th LLC bstrickland@wtplaw.com, cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Mar 12, 2024 Form ID: pdf001 Total Noticed: 1
TOTAL: 5