# EAGLEBANK

Last statement: January 31, 2024
This statement: February 29, 2024
Total days in statement period: 29

**5703 9TH LLC**
**DEBTOR IN POSSESSION**
**CASE # 23-00131-ELG**
**1101 CONNECTICUT AVE NW SUITE 450**
**WASHINGTON DC 20036-4359**

Page 1 of 1
XXXXXX9027
( 0)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

## Business Checking Plus

| | | | |
|---|---|---|---|
| Account number | XXXXXX9027 | Beginning balance | $119.32 |
| Low balance | $109.32 | Total additions | .00 |
| Average balance | $113.11 | Total subtractions | 10.00 |
| Avg collected balance | $113 | Ending balance | $109.32 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 02-12 | ' Analysis Prev MO Fee | 10.00 |
| | ANALYSIS ACTIVITY FOR 01/24 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 119.32 | 02-12 | 109.32 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with EagleBank*