**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-00131-ELG <br> ) <br> ) <br> ) <br> ) <br> ) |
| 5703 9TH, LLC, | |
| Debtor. | |

## LINE FILING TALLY OF BALLOTS

5703 9th, LLC ("5703 9th"), the Debtor and Debtor-in-Possession in the above-captioned matter, hereby files this Tally of Ballots regarding confirmation of its Plan.

Dated: March 22, 2024                             Respectfully submitted,

                                                               */s/ Brent C. Strickland*
                                                               Brent C. Strickland, Esquire (Bar No. 452880)
                                                               Whiteford, Taylor & Preston L.L.P.
                                                               111 Rockville Pike, Suite 800
                                                               Rockville, Maryland 20850
                                                               Phone: (410) 347-9402
                                                               Facsimile: (410) 223-4302
                                                               Email: bstrickland@whitefordlaw.com
                                                               *Counsel for Debtor and Debtor-in-Possession*

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of March, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users in this matter.

*/s/ Brent C. Strickland*
Brent C. Strickland

13467233