# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

IN RE:      5703 9th LLC    Debtor                                    Case No. 23-000131-ELG

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of[1] Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1[1] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | N |
| 2 | 1 | 395,000 | 1 | 100 | 395,000 | 100 | 0 | 0 | 0 | 0 | N |
| 3 | 2 | 18,313 | 2 | 100 | 18,313 | 100 | 0 | 0 | 0 | 0 | N |
| 4 | 3 | 0 | 3 | 100 | 0 | 100 | 0 | 0 | 0 | 0 | N |

---

[1] WCP did not submit an accepting ballot, but under the Consent Order Resolving Debtor's Objection to Proof of Claim No. 2 filed by WCP FUND I LLC (Dkt. 83), WCP agreed to vote in favor of the Plan and support confirmation of the Plan.