The order below is hereby signed.

Signed: April 15 2024

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>5703 9TH, LLC,<br><br>Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 23-00131-ELG <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING FINAL APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

5703 9th, LLC, the debtor and debtor-in-possession herein (the "Debtor"), by counsel, having filed the *Debtor's Amended Chapter 11 Plan of Reorganization* [Docket No. 78] (the "Plan") and the *Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for Debtor's Plan of Reorganization* [Docket No. 79] (the "Disclosure Statement"); and the Court having entered an *Order Combining Hearing on Approval of Disclosure Statement with Hearing on Confirmation of Plan* [Docket No. 87] (the "Solicitation Order"); and the Debtor having timely served a copy of the Plan, the Disclosure Statement, the Solicitation Order, and a Ballot for Accepting or Rejecting Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Ballot") on all creditors, equity security holders, and other parties-in-interest on February 22, 2024; and the solicitation of acceptances from holders of claims having been made within the time

1

and in the manner set forth in the Solicitation Order; and upon the *Declaration of Will Lansing in Support of Confirmation of Debtor's Amended Plan of Reorganization* [Docket No. 101] (the "Lansing Declaration"); and a hearing to consider final approval of the Disclosure Statement and confirmation of the Plan having been duly noticed and held before the Court on April 10, 2024 (the "Confirmation Hearing"); and no objections to the approval of the Disclosure Statement or confirmation of the Plan having been filed; and upon the full and complete record of the Confirmation Hearing and all matters and proceedings heretofore part of the record of this chapter 11 case; and after due deliberation and sufficient cause appearing therefor, and upon the findings of fact and conclusions of law stated on the record of the Confirmation Hearing:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Disclosure Statement is approved.

2. The Plan is hereby confirmed and approved in all respects.

3. The findings of this Court set forth on the record of the Confirmation Hearing and the conclusions of law stated on the record of the Confirmation Hearing shall constitute findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding by Bankruptcy Rule 9014.

4. The Bankruptcy Court shall, and hereby does, retain such jurisdiction over this chapter 11 case and matters relating to this case to the extent set forth in Article XI of the Plan.

5. The Reorganized Debtor is hereby authorized to execute and deliver all documents and to take all actions necessary to consummate the Plan, including making all payments required under the Plan.

6. As set forth in Article V of the Plan, the Reorganized Debtor is authorized to proceed with a refinancing of its existing secured debt and/or a sale of the Property without further

order of the Court.

7.      The failure to reference or discuss any particular provision of the Plan in this Order shall have no effect on the validity or binding effect of enforceability of such provision, and such provision shall have the same validity, binding effect, and enforceability as every other provision of the Plan.

8.      Except as otherwise may be provided in the Plan or herein, notice of all subsequent pleadings in this case after the Plan effective date shall be limited to the following parties: (a) Reorganized Debtor and its counsel, (b) the United States Trustee, (c) parties having filed notices of appearance in this Chapter 11 case, and (d) any party known to be directly affected by the relief sought.

9.      The Reorganized Debtor shall mail a copy of this Order confirming the Plan to all creditors and other parties-in-interest and file herein a certificate to that effect within ten (10) business days of the date of entry of this Order.

**END OF ORDER**

WE ASK FOR THIS:

*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
Stephen B. Gerald (Bar No. DE0004)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
(410) 347-9402
bstrickland@whitefordlaw.com
sgerald@whitefordlaw.com
*Counsel to the Debtor and Debtor-in-Possession*

SEEN AND NO OBJECTION:

*/s/ Maurice B. Verstandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

*/s/ Kristen S. Eustis*
Kristen S. Eustis
**DOJ-UST**
1725 Duke Street
Alexandria, VA 22314
(202) 841-8501
Kristen.S.Eustis@usdoj.gov

4