# **Exhibit A**

**Exhibit A**

```
************************************************************Page1of(5)

BILLING ATTORNEY: 01529  BRENT C. STRICKLAND           WHITEFORD, TAYLOR & PRESTON        THRU 04/30/24
                                                        DETAILED BILLING REPORT            AS OF 5/1/2024 6:34:39 PM
                                                        PROFORMA NUMBER: 1756814           LAST DATE BILLED 05/12/23

CLIENT 105244         5703 9TH ST., LLC                ADDRESS: 5703 9TH ST., LLC
MATTER 00001          DISPUTE WITH WASHINGTON CAPITAL PARTNERS     C/O WILL LANSING
CASE ID                                                            WILL@VALORDEV.COM
INVOICE NUMBER                 INVOICE DATE    /    /
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17293985 | 10/02/23 | | HEARING PREP | | | .70 | 01529 | BCS | 528.50 | 528.50 |
| 17296088 | 10/03/23 | | REVIEW WCP PLEADINGS AND PREP FOR HEARING | | | 2.00 | 01529 | BCS | 1,510.00 | 2,038.50 |
| 17300314 | 10/04/23 | | PREP FOR HEARING BY REVIEWING CLAIM ISSUES AND EXCLUSIVITY; HEARING WITH COURT AND WILL | | | 2.80 | 01529 | BCS | 2,114.00 | 4,152.50 |
| 17300298 | 10/05/23 | | WORK ON FEE APPLICAITON | | | 1.50 | 01529 | BCS | 1,132.50 | 5,285.00 |
| 17300299 | 10/05/23 | | REVIEW COURT ORDERS AND DRAFT DISCOVERY TO WCP | | | 1.70 | 01529 | BCS | 1,283.50 | 6,568.50 |
| 17310900 | 10/05/23 | | REVIEW AND REVISE DISCOVERY | | | .80 | 01578 | SBG | 540.00 | 7,108.50 |
| 17310796 | 10/09/23 | | EMAILS RE DISCOVERY | | | .10 | 01578 | SBG | 67.50 | 7,176.00 |
| 17310931 | 10/11/23 | | PREPARE WTP FEE APPLICATION | | | 1.20 | 01578 | SBG | 810.00 | 7,986.00 |
| 17319534 | 10/16/23 | | PREP FOR HEARING ON EXCLUSIVITY; EMAILS COURT AND CLIENT | | | .80 | 01529 | BCS | 604.00 | 8,590.00 |
| 17319940 | 10/17/23 | | PREP AUG. MOR | | | .60 | 01529 | BCS | 453.00 | 9,043.00 |
| 17323465 | 10/17/23 | | PREP FOR HEARING ON EXCLUSIVITY | | | 1.20 | 01529 | BCS | 906.00 | 9,949.00 |
| 17323441 | 10/18/23 | | TRAVEL TO COURT FOR HEARING ON EXLUSIVITY MOTION | | | 2.00 | 01529 | BCS | 1,510.00 | 11,459.00 |
| 17353340 | 10/18/23 | | CONFER WITH B.STRICKLAND RE HEARING | | | .20 | 01578 | SBG | 135.00 | 11,594.00 |
| 17334791 | 10/23/23 | | CALL WITH WILL AND JAMIE | | | .30 | 01529 | BCS | 226.50 | 11,820.50 |
| 17351433 | 10/23/23 | | WORK ON FEE APP | | | .40 | 01578 | SBG | 270.00 | 12,090.50 |
| 17337476 | 10/25/23 | | CONF CALL FASANO AND CLIENTS | | | .50 | 01529 | BCS | 377.50 | 12,468.00 |
| 17351278 | 10/27/23 | | WORK ON FEE APP | | | .30 | 01578 | SBG | 202.50 | 12,670.50 |
| 17345219 | 10/30/23 | | CONFER WITH B.STRICKLAND RE FINALIZING FEE APPLICATION AND EMAILS RE DISCOVERY | | | .10 | 01578 | SBG | 67.50 | 12,738.00 |
| 17348981 | 10/30/23 | | REVIEW HEARING SCHEDULE AND INFO ON AVAMERE FRAUD | | | 1.00 | 01529 | BCS | 755.00 | 13,493.00 |

```
************************************************************Page2of(5)

BILLING ATTORNEY: 01529   BRENT C. STRICKLAND         WHITEFORD, TAYLOR & PRESTON         THRU 04/30/24
                                                      DETAILED BILLING REPORT             AS OF 5/1/2024 6:34:39 PM
                                                      PROFORMA NUMBER: 1756814            LAST DATE BILLED 05/12/23

CLIENT 105244        5703 9TH ST., LLC
MATTER 00001         DISPUTE WITH WASHINGTON CAPITAL PARTNERS
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17361549 | 11/06/23 | | FINALIZE FEE APP | | | .50 | 01578 | SBG | 286.88 | 13,779.88 |
| 17369442 | 11/09/23 | | CALL WITH MAC RE SETTLEMENT | | | .50 | 01529 | BCS | 320.88 | 14,100.76 |
| 17369448 | 11/09/23 | | TRIAL PREP OUTLINE AND PLAN ISSUES | | | 2.00 | 01529 | BCS | 1,283.50 | 15,384.26 |
| 17396907 | 11/10/23 | | WORK ON SETTLEMENT CALCULATIONS | | | 2.00 | 01529 | BCS | 1,283.50 | 16,667.76 |
| 17396925 | 11/14/23 | | REVIEW DISCOVERY AND CACLUATE CLAIM WITHOUT 10% PENATLY; EMAIL TO MAC RE SAME | | | 1.50 | 01529 | BCS | 962.63 | 17,630.39 |
| 17401971 | 11/14/23 | | CONFER WITH B.STRICKLAND RE CASE STRATEGY AND WCP DISCOVERY RESPONSES; EMAILS RE SAME | | | .20 | 01578 | SBG | 114.75 | 17,745.14 |
| 17396933 | 11/15/23 | | CLIENT EMAILS | | | .30 | 01529 | BCS | 192.53 | 17,937.67 |
| 17396943 | 11/16/23 | | CONFER FASANO AND EMAILS ON DISCOVERY | | | .80 | 01529 | BCS | 513.40 | 18,451.07 |
| 17396946 | 11/17/23 | | REVIEW DISCOVERY AND CALL MAC; WORK ON SETTLEMENT | | | 2.00 | 01529 | BCS | 1,283.50 | 19,734.57 |
| 17396953 | 11/20/23 | | REVIEW DISCOVERY AND CHECK RULES ON DISCOVERY CONFERENCE; PREP EMAIL TO MAC RE DEFICIENT PRODUCTION; EMAILS CLIENT RE POTENTIAL SETTLEMENT | | | 2.00 | 01529 | BCS | 1,283.50 | 21,018.07 |
| 17396959 | 11/21/23 | | REVIEW ALL DISCOVERY PRODUCED AND LETTER TO MAC RE DEFICIENCIES; CHECK RULES ON MEET AND CONFER PRIOR TO FILING MOTION TO COMPEL | | | 2.00 | 01529 | BCS | 1,283.50 | 22,301.57 |
| 17396965 | 11/22/23 | | WORK ON MOTION TO COMPEL | | | 1.00 | 01529 | BCS | 641.75 | 22,943.32 |
| 17396977 | 11/28/23 | | DRAFT MOTION TO COMPEL AND MOTION TO CONTINUE | | | 2.00 | 01529 | BCS | 1,283.50 | 24,226.82 |
| 17396986 | 11/29/23 | | PREP OCTOBER MOR AND EMAILS RE SAME AND UST PAYMENT | | | .50 | 01529 | BCS | 320.88 | 24,547.70 |
| 17410101 | 12/04/23 | | HEARING PREP AND EXHBIT ASSEMBLY; EMAILS CLIET AND COURT RE HEARING; MOTION TO EXPEDITE HEARING; CALLS JAMIE AND MAC | | | 3.00 | 01529 | BCS | 1,925.25 | 26,472.95 |
| 17411578 | 12/05/23 | | FINALIZE EXHIBITS AND HEARING PREP; EMAILS CLIENT AND CALL MAC | | | 2.50 | 01529 | BCS | 1,604.38 | 28,077.33 |

```
************************************************************Page3of(5)
                      WHITEFORD, TAYLOR & PRESTON            THRU 04/30/24
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND     DETAILED BILLING REPORT      AS OF 5/1/2024 6:34:39 PM
                                                 PROFORMA NUMBER: 1756814     LAST DATE BILLED 05/12/23

CLIENT 105244            5703 9TH ST., LLC
MATTER 00001             DISPUTE WITH WASHINGTON CAPITAL PARTNERS
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17418283 | 12/06/23 | | PREP FOR HEARING TOMOROW | | | 2.00 | 01529 | BCS | 1,283.50 | 29,360.83 |
| 17416254 | 12/07/23 | | PREP AND TRAVEL TO HEARING ON MOTION TO CONTINUE; PREPARE DRAFT ORDER; REVIEW SUPP DOC PRODUCTION BY WCP | | | 4.50 | 01529 | BCS | 2,887.88 | 32,248.71 |
| 17425708 | 12/11/23 | | CONFER STEVE RE PLAN AND D/S | | | .40 | 01529 | BCS | 256.70 | 32,505.41 |
| 17429204 | 12/12/23 | | WORK ON PLAN AND D/S | | | 1.50 | 01529 | BCS | 962.63 | 33,468.04 |
| 17430109 | 12/13/23 | | EMAILS ON PLAN AND D/S | | | .50 | 01529 | BCS | 320.88 | 33,788.92 |
| 17440679 | 12/19/23 | | PREP FOR HEARING; EMAILS CLIENT AND CALL WITH MAC | | | .80 | 01529 | BCS | 513.40 | 34,302.32 |
| 17442669 | 12/20/23 | | PREP AND TRAVEL TO COURT FOR HEARING ON MOTION TO COMPEL | | | 5.00 | 01529 | BCS | 3,208.75 | 37,511.07 |
| 17444269 | 12/21/23 | | WORK ON CLAIMS ANALYSIS AND EMAIL TO CLIENT; DRAFT ORDER ON MOTION TO COMPEL AND SEND TO MAC; DRAFT SUPP INTEROGS | | | 2.00 | 01529 | BCS | 1,283.50 | 38,794.57 |
| 17460590 | 01/03/24 | | CLIENT EMAILS | | | .30 | 01529 | BCS | 206.55 | 39,001.12 |
| 17468255 | 01/08/24 | | EMAIL MAC AND UPLOAD ORDER; PREP FOR CALL WITH MEMBERS | | | .80 | 01529 | BCS | 550.80 | 39,551.92 |
| 17470733 | 01/09/24 | | PREP FOR AND CALL WITH MEMBERS | | | 1.30 | 01529 | BCS | 895.05 | 40,446.97 |
| 17470736 | 01/09/24 | | REVIEW DISCOVERY PRODUCED BY WCP AND ORDER TO COMPEL DISCOVERY | | | 1.70 | 01529 | BCS | 1,170.45 | 41,617.42 |
| 17472527 | 01/10/24 | | WORK ON MORS | | | .60 | 01529 | BCS | 413.10 | 42,030.52 |
| 17478179 | 01/12/24 | | EMAILS AND CALL MAC RE SETTLEMENT; WORK ON COMBINED HEARING MOTION AND EMAILS WILL | | | .80 | 01529 | BCS | 550.80 | 42,581.32 |
| 17478321 | 01/12/24 | | WORK ON CONSENT ORDER | | | .70 | 01529 | BCS | 481.95 | 43,063.27 |
| 17484126 | 01/16/24 | | EMAIL TO COURT AND WORK ON ORDER | | | .70 | 01529 | BCS | 481.95 | 43,545.22 |
| 17487788 | 01/17/24 | | WORK ON CONSENT ORDER | | | .70 | 01529 | BCS | 481.95 | 44,027.17 |

```
****************************************************************Page4of(5)

BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON      THRU 04/30/24
                                                    DETAILED BILLING REPORT          AS OF 5/1/2024 6:34:39 PM
                                                    PROFORMA NUMBER: 1756814         LAST DATE BILLED 05/12/23

CLIENT 105244           5703 9TH ST., LLC
MATTER 00001            DISPUTE WITH WASHINGTON CAPITAL PARTNERS
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17492148 | 01/19/24 | | REVISE PLAN AND D/S AND CALL WITH WILL AND JAMIE RE SAME | | | 2.50 | 01529 | BCS | 1,721.25 | 45,748.42 |
| 17494869 | 01/22/24 | | EMAIL TO CLIENT RE NEXT STEPS; FINALIZE AMENDED PLAN AND DS AND MOTION FOR COMBINED HEARING | | | 1.60 | 01529 | BCS | 1,101.60 | 46,850.02 |
| 17515543 | 01/31/24 | | CHECK DEADLINE FOR COMBINED HEARING MOTION AND EMAIL TO WILL RE STATUS OF PROPERTY LISTING OR REFI | | | .60 | 01529 | BCS | 413.10 | 47,263.12 |
| 17521691 | 02/01/24 | | EMAIL TO MAC AND CLIENT | | | .40 | 01529 | BCS | 275.40 | 47,538.52 |
| 17537445 | 02/09/24 | | PREPARE BROKER APPLICATION AND VERIFIED STATEMENT | | | 1.00 | 01529 | BCS | 688.50 | 48,227.02 |
| 17547856 | 02/14/24 | | EMAILS RE SALE AND REVISE APPLICAITON | | | .60 | 01529 | BCS | 413.10 | 48,640.12 |
| 17550443 | 02/14/24 | | PREPARE MOR | | | .50 | 01529 | BCS | 344.25 | 48,984.37 |
| 17551953 | 02/15/24 | | FINALIZE CONSENT ORDER; EMAILS BROKER; COMBINED HEARING ORDER TO UST FOR REVIEW. | | | .70 | 01529 | BCS | 481.95 | 49,466.32 |
| 17554812 | 02/16/24 | | REVISE D/S APPROVAL ORDER AND SENT TO UST | | | .40 | 01529 | BCS | 275.40 | 49,741.72 |
| 17558667 | 02/20/24 | | FOLLOW UP ON BROKER APPLICAITON AND EMAIL TO UST ON CONFIRMATION HEARING ORDER | | | .20 | 01529 | BCS | 137.70 | 49,879.42 |
| 17561413 | 02/21/24 | | REVIEW ORDER AND EMAILS RE SOLICITATION PACKAGE; PREPARE BALLOT FORM | | | .70 | 01529 | BCS | 481.95 | 50,361.37 |
| 17561515 | 02/21/24 | | REVIEW LISTING AGREEMENT AND FINALIZE BROKER APPLICATION NOTICE AND STATEMENT | | | .80 | 01529 | BCS | 550.80 | 50,912.17 |
| 17579561 | 02/28/24 | | CALL ADRIENE RE BALLOTS; EMAILS TO BELL FAMILY. PULL CREDITOR LIST FOR BALLOT FOLLOW UP | | | 1.30 | 01529 | BCS | 895.05 | 51,807.22 |
| 17591166 | 03/04/24 | | CALL ADRIENNE AND WORK ON BALLOT ISSUES | | | 1.00 | 01529 | BCS | 688.50 | 52,495.72 |

```
                                                                77.60**TIME VALUE TOTAL**        52,495.72
```

***DISBURSEMENTS ***

```
************************************************************Page5of(5)
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON   THRU 04/30/24
                                                    DETAILED BILLING REPORT       AS OF 5/1/2024 6:34:39 PM
                                                    PROFORMA NUMBER: 1756814      LAST DATE BILLED 05/12/23

CLIENT 105244       5703 9TH ST., LLC
MATTER 00001        DISPUTE WITH WASHINGTON CAPITAL PARTNERS
CASE ID

INDEX          DATE       REFER-#    CODE    CTRL-#   TKPR                                              AMOUNT

                                      14             POSTAGE                                            54.28

                                      10             PHOTOCOPIES                                       398.48

                                      94             PACER SERVICE                                      31.70

                                     110             COLOR PHOTOCOPIES                                 133.00

15011364  02/27/24                    87             01529    BRENT STRICKLAND - 10/20/23 - PARKING FOR  25.00
                                                              COURT
                                     *87             PARKING FOR COURT

                                                     *TOTAL DISBURSEMENTS*                     642.46


                                                     ATTORNEY SUMMARY
                                      Atty     Status           Attorney Name           Std Rt   Avg Rt   Hours       Value    Last Entry
                                      ----     ------           -------------           ------   ------   -----       -----    ----------
                                      01529    Partner          BRENT C. STRICKLAND     810.00   677.53   73.80   50,001.59    03/04/24
                                      01578    Non Equity Part  STEPHEN B. GERALD       675.00   656.35    3.80    2,494.13    11/14/23
                                                                         TOTAL FEE VALUE                          52,495.72

------ DISBURSEMENT SUMMARY ------
Code Description              Amount
----                          ------
 10  PHOTOCOPIES              398.48
110  COLOR PHOTOCOPIES        133.00
 14  POSTAGE                   54.28
 87  PARKING FOR COURT         25.00
 94  PACER SERVICE             31.70
     TOTAL DISBURSEMENTS      642.46

                                                     TOTAL FEES AND DISBURSEMENTS       53,138.18

                                                     UNALLOCATED CREDITS                      .00


START-TO-DATE FEES BILLED =   3,262.00   YTD FEES BILLED =       .00     A/R BALANCE THIS MATTER =   .00
START-TO-DATE DISB BILLED =         .00  YTD DISB BILLED =       .00     ESCROW BALANCE          =   .00
```

```
************************************************************Page 1 of (5)

BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON    THRU 04/30/24
                                                    DETAILED BILLING REPORT        AS OF 5/1/2024 6:34:47 PM
                                                    PROFORMA NUMBER: 1756835       LAST DATE BILLED 12/05/23

CLIENT 105244      5703 9TH ST., LLC                ADDRESS: 5703 9TH ST., LLC
MATTER 00002       GENERAL CASE ADMINISTRATION               C/O WILL LANSING
CASE ID                                                      WILL@VALORDEV.COM
INVOICE NUMBER          INVOICE DATE    /   /
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17418927 | 12/08/23 | | CONFER WITH B.STRICKLAND RE PLAN ISSUES | | | .20 | 01578 | SBG | 114.75 | 114.75 |
| 17422686 | 12/11/23 | | WORK ON PLAN AND DISCLOSURE STATEMENT | | | 4.50 | 01578 | SBG | 2,581.88 | 2,696.63 |
| 17426267 | 12/12/23 | | CONFER WITH B.STRICKLAND RE PLAN DRAFT | | | .20 | 01578 | SBG | 114.75 | 2,811.38 |
| 17428011 | 12/12/23 | | REVISE PLAN AND DISCLOSURE STATEMENT | | | 2.10 | 01578 | SBG | 1,204.88 | 4,016.26 |
| 17431183 | 12/13/23 | | FINALIZE PLAN AND D/S | | | .40 | 01578 | SBG | 229.50 | 4,245.76 |
| 17435013 | 12/15/23 | | EMAILS WITH M.BAUM RE PLAN | | | .20 | 01578 | SBG | 114.75 | 4,360.51 |
| 17436482 | 12/15/23 | | EMAILS RE MOTION TO COMPEL AND RELATED ISSUES | | | .20 | 01578 | SBG | 114.75 | 4,475.26 |
| 17440892 | 12/20/23 | | CONFER WITH B.STRICKAND RE PREP FOR HEARING ON MOTION TO COMPEL AND RELATED ISSUES | | | .20 | 01578 | SBG | 114.75 | 4,590.01 |
| 17443833 | 12/21/23 | | CONFER WITH B.STRICKLAND RE SUPP DISCOVERY | | | .10 | 01578 | SBG | 57.38 | 4,647.39 |
| 17561774 | 02/21/24 | | CONFER WITH B.STRICKLAND RE PLAN ISSUES; EMAILS RE SAME | | | .20 | 01578 | SBG | 122.40 | 4,769.79 |
| 17579019 | 02/21/24 | | PROVIDE DLS MAILING INFORMATION TO M BAUM | | | .10 | 01105 | KGM | 38.68 | 4,808.47 |
| 17607795 | 03/12/24 | | CONFER WITH B.STRICKLAND RE COVERING CONFIRMATION HEARING AND STATUS | | | .20 | 01578 | SBG | 122.40 | 4,930.87 |
| 17607812 | 03/12/24 | | REVIEW ORDER APPROVING BROKER RETENTION | | | .10 | 01578 | SBG | 61.20 | 4,992.07 |
| 17611045 | 03/13/24 | | CONFER WITH B.STRICKLAND RE PREP FOR CONFIRMATION HEARING | | | .10 | 01578 | SBG | 61.20 | 5,053.27 |
| 17617988 | 03/14/24 | | EMAILS RE STATUS OF OFFERS | | | .10 | 01578 | SBG | 61.20 | 5,114.47 |
| 17621694 | 03/18/24 | | CONFER WITH B.STRICKLAND RE CONFIRMATION STATUS AND RELATED ISSUES | | | .20 | 01578 | SBG | 122.40 | 5,236.87 |
| 17622208 | 03/18/24 | | REVIEW DRAFT PROFFER AND ORDER APPROVING SOLICITATION; EMAILS WITH B.STRICKLAND RE SAME | | | .30 | 01578 | SBG | 183.60 | 5,420.47 |
| 17624513 | 03/18/24 | | SET UP BALLOT TALLY; CONFER STEVEN AND EMAIL | | | 2.00 | 01529 | BCS | 1,377.00 | 6,797.47 |

```
****************************************************************Page2of(5)

BILLING ATTORNEY: 01529    BRENT C. STRICKLAND         WHITEFORD, TAYLOR & PRESTON         THRU 04/30/24
                                                       DETAILED BILLING REPORT             AS OF 5/1/2024 6:34:47 PM
                                                       PROFORMA NUMBER: 1756835            LAST DATE BILLED 12/05/23

CLIENT 105244           5703 9TH ST., LLC
MATTER 00002            GENERAL CASE ADMINISTRATION
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLIENT; PREPARE CONFIRMATION OUTLINE AND PROFFER | | | | | | | 6,919.87 |
| 17626700 | 03/19/24 | | CONFER WITH B.STRICKLAND RE PREP FOR CONFIRMATION; WITNESS/EXHIBIT LIST | | | .20 | 01578 | SBG | 122.40 | |
| 17627474 | 03/19/24 | | WORK ON BALLOT TALLY; EMAILS CLIENT RE POSSIBLE NOTE SALE AND CONFER STEVE RE HEARING AND WITNESS LIST ISSUES | | | 1.50 | 01529 | BCS | 1,032.75 | 7,952.62 |
| 17627834 | 03/20/24 | | EMAILS RE CONFIRMATION/ POSSIBLE NOTE PURCHASE; CONFER WITH B.STRICKLAND RE SAME | | | .20 | 01578 | SBG | 122.40 | 8,075.02 |
| 17630670 | 03/21/24 | | CALL WITH W.LANSING RE STATUS/CONFIRMATION; CONFER WITH B.STRICKLAND RE SAME | | | .50 | 01578 | SBG | 306.00 | 8,381.02 |
| 17631648 | 03/21/24 | | FOLLOW UP EMAILS RE SALE OF NOTE | | | .20 | 01578 | SBG | 122.40 | 8,503.42 |
| 17631649 | 03/21/24 | | EMAILS RE CONFIRMATION HEARING | | | .10 | 01578 | SBG | 61.20 | 8,564.62 |
| 17633546 | 03/22/24 | | CONFER WITH B.STRICKLAND RE STATUS OF OFFERS/CONFIRMATOIN | | | .20 | 01578 | SBG | 122.40 | 8,687.02 |
| 17635639 | 03/22/24 | | REVIEW BALLOT TALLY | | | .10 | 01578 | SBG | 61.20 | 8,748.22 |
| 17635640 | 03/22/24 | | PREPARE DECLARATION IN SUPPORT OF CONFIRMATION; EMAILS WITH B.STRICKLAND RE SAME | | | 1.20 | 01578 | SBG | 734.40 | 9,482.62 |
| 17635650 | 03/23/24 | | EMAILS RE SALE OFFERS | | | .10 | 01578 | SBG | 61.20 | 9,543.82 |
| 17636591 | 03/25/24 | | CONFER WITH B.STRICKLAND RE STATUS OF CONFIRMATION HEARING/ NOTE PURCHASE; REVIEW LR RE CONTINUANCES OF CONFIRMATION; EMAIL CHAMBERS RE SAME | | | .30 | 01578 | SBG | 183.60 | 9,727.42 |
| 17636672 | 03/25/24 | | EMAILS WITH COURT AND COUNSEL RE CONTINUANCE OF CONFIRMATION HEARING | | | .10 | 01578 | SBG | 61.20 | 9,788.62 |
| 17639451 | 03/26/24 | | CONFER WITH B.STRICKLAND RE STATUS OF CONFIRMATION, NOTE PURCHASE, RELATED ISSUES | | | .10 | 01578 | SBG | 61.20 | 9,849.82 |
| 17639453 | 03/26/24 | | EMAILS RE RESCHEDULING CONFIRMATION HEARING | | | .10 | 01578 | SBG | 61.20 | 9,911.02 |

```
********************************************************************Page 3 of (5)
                              WHITEFORD, TAYLOR & PRESTON           THRU 04/30/24
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED BILLING REPORT    AS OF 5/1/2024 6:34:47 PM
                                                PROFORMA NUMBER: 1756835   LAST DATE BILLED 12/05/23

CLIENT 105244            5703 9TH ST., LLC
MATTER 00002             GENERAL CASE ADMINISTRATION
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17653916 | 04/01/24 | | EMAILS RE STATUS OF NOTE PURCHASE/CONFIRMATION/ CONFER WITH B.STRICKLAND RE SAME | | | .20 | 01578 | SBG | 122.40 | 10,033.42 |
| 17660545 | 04/03/24 | | EMAILS RE REFI OPTION | | | .50 | 01529 | BCS | 344.25 | 10,377.67 |
| 17660637 | 04/03/24 | | CONFER WITH B.STRICKLAND RE STATUS OF CONFIRMATION; EMAILS RE SAME | | | .50 | 01578 | SBG | 306.00 | 10,683.67 |
| 17660991 | 04/04/24 | | CLIENT EMAILS AND CONFER SG ON GOING FORWARD OPTIONS | | | 1.00 | 01529 | BCS | 688.50 | 11,372.17 |
| 17662691 | 04/04/24 | | WORK ON LOAN STRUCTURE | | | 1.00 | 01529 | BCS | 688.50 | 12,060.67 |
| 17681012 | 04/04/24 | | EMAILS RE STRATEGY FOR PLAN; CONFER WIHT B.STRICKLAND RE SAME | | | .60 | 01578 | SBG | 367.20 | 12,427.87 |
| 17663325 | 04/05/24 | | REVIEW PLAN RE REFI AND EMAILS RE SAME; CONFER SG ON STRATEGY RE COURT | | | 1.00 | 01529 | BCS | 688.50 | 13,116.37 |
| 17664945 | 04/05/24 | | REVIEW COMMITMENT LETTER AND PROVIDE COMMENTS | | | .50 | 01529 | BCS | 344.25 | 13,460.62 |
| 17680993 | 04/05/24 | | CALLS AND EMAILS WITH BCS RE CONFIRMATION ISSUES | | | .80 | 01578 | SBG | 489.60 | 13,950.22 |
| 17681000 | 04/05/24 | | CALLS AND EMAILS RE STATUS OF TERM SHEET | | | .30 | 01578 | SBG | 183.60 | 14,133.82 |
| 17665882 | 04/08/24 | | EMALS/CALLS RE PLAN SUPPLEMENT/TERM SHEET | | | .50 | 01578 | SBG | 306.00 | 14,439.82 |
| 17666038 | 04/08/24 | | REVIEW DRAFT PLAN SUPPLEMENT RE TERM SHEET | | | .10 | 01578 | SBG | 61.20 | 14,501.02 |
| 17666333 | 04/08/24 | | PREPARE FOR CONFIRMATION HEARING; REVIEW RELEVANT DOCS | | | .80 | 01578 | SBG | 489.60 | 14,990.62 |
| 17668761 | 04/08/24 | | REVIEW NEW LOI AND EMAILS RE SAME; PREPARE PLAN SUPPLEMENT AND EMAIL T COURT RE HEARING | | | .80 | 01529 | BCS | 550.80 | 15,541.42 |
| 17672379 | 04/08/24 | | CONFER WITH B.STRICKLAND RE CONFIRMATION ISSUES | | | .40 | 01578 | SBG | 244.80 | 15,786.22 |
| 17672632 | 04/09/24 | | CONFIRMATION ISSUES | | | 1.00 | 01529 | BCS | 688.50 | 16,474.72 |
| 17672348 | 04/10/24 | | CONFIRMATION HEARING AND PREP FOR SAME | | | 2.50 | 01578 | SBG | 1,530.00 | 18,004.72 |

```
*********************************************************************Page4of(5)
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND        WHITEFORD, TAYLOR & PRESTON        THRU 04/30/24
                                                    DETAILED BILLING REPORT           AS OF 5/1/2024 6:34:47 PM
                                                    PROFORMA NUMBER: 1756835          LAST DATE BILLED 12/05/23

CLIENT 105244        5703 9TH ST., LLC
MATTER 00002         GENERAL CASE ADMINISTRATION
CASE ID
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17676894 | 04/11/24 | | PREPARE PROPOSED FORM OF CONFIRMATION ORDER; EMAILS RE SAME | | | .70 | 01578 | SBG | 428.40 | 18,433.12 |
| 17677114 | 04/11/24 | | CONFER STEVE AND REVIEW CONFIRMATION ORDER | | | .70 | 01529 | BCS | 481.95 | 18,915.07 |
| 17680983 | 04/12/24 | | EMAILS RE CONFIRMATION ORDER; COORDINATE FILING W COURT | | | .20 | 01578 | SBG | 122.40 | 19,037.47 |
| 17689944 | 04/15/24 | | EMAILS RE CLOSING LOAN/SALE | | | .20 | 01578 | SBG | 122.40 | 19,159.87 |
| 17690759 | 04/18/24 | | CONFER WITH B.STRICKLAND RE STATUS OF FINALIZING REFINANCE/SALE; EMAILS RE SAME | | | .20 | 01578 | SBG | 122.40 | 19,282.27 |
| 17696338 | 04/19/24 | | EMAILS RE STATUS OF CLOSING | | | .10 | 01578 | SBG | 61.20 | 19,343.47 |
| 17699475 | 04/23/24 | | PREPARE MARCH MOR AND SEND DRAFT TO CLIENT | | | .40 | 01529 | BCS | 275.40 | 19,618.87 |
| 17700588 | 04/23/24 | | EMAILS RE CLOSING | | | .10 | 01578 | SBG | 61.20 | 19,680.07 |
| 17700589 | 04/23/24 | | EMAILS RE MORS | | | .10 | 01578 | SBG | 61.20 | 19,741.27 |
| 17710281 | 04/29/24 | | CONFER WITH B.STRICKLAND RE CLOSING AND DISTRIBUTIONS | | | .10 | 01578 | SBG | 61.20 | 19,802.47 |
| 17714229 | 04/30/24 | | CONFER WITH B.STRICKLAND RE FINAL FEE APP AND CLOSING CASE | | | .20 | 01578 | SBG | 122.40 | 19,924.87 |
| 17717388 | 04/30/24 | | REVIEW PLAN AND EMAILS RE LOAN CLOSING; DRAFT MOTION FOR FINAL DECREE | | | 1.00 | 01529 | BCS | 688.50 | 20,613.37 |

```
                                                                    32.80**TIME VALUE TOTAL**                    20,613.37
```

--- ATTORNEY SUMMARY ---

| Atty | Status | Attorney Name | Std Rt | Avg Rt | Hours | Value | Last Entry |
|---|---|---|---|---|---|---|---|
| 01529 | Partner | BRENT C. STRICKLAND | 810.00 | 688.50 | 11.40 | 7,848.90 | 04/30/24 |
| 01578 | Non Equity Part | STEPHEN B. GERALD | 720.00 | 597.45 | 21.30 | 12,725.79 | 04/30/24 |
| 01105 | Paralegal | KATHLEEN G. MCCRUDEN | 455.00 | 386.80 | .10 | 38.68 | 02/21/24 |
| | | TOTAL FEE VALUE | | | | 20,613.37 | |

```
*************************************************************************Page 5 of (5)
                              WHITEFORD, TAYLOR & PRESTON           THRU 04/30/24
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND    DETAILED BILLING REPORT    AS OF 5/1/2024 6:34:47 PM
                                                PROFORMA NUMBER: 1756835   LAST DATE BILLED 12/05/23

CLIENT 105244        5703 9TH ST., LLC
MATTER 00002         GENERAL CASE ADMINISTRATION
CASE ID

                              TOTAL FEES AND DISBURSEMENTS      20,613.37

                              UNALLOCATED CREDITS                    .00

START-TO-DATE FEES BILLED =  5,306.58    YTD FEES BILLED =   .00    A/R BALANCE THIS MATTER =  5,348.90
START-TO-DATE DISB BILLED =  2,137.86    YTD DISB BILLED =   .00    ESCROW BALANCE           =      .00
```

```
************************************************************Page 1 of (2)
BILLING ATTORNEY: 01529   BRENT C. STRICKLAND          WHITEFORD, TAYLOR & PRESTON      THRU 04/30/24
                                                       DETAILED BILLING REPORT          AS OF 5/1/2024 6:34:51 PM
                                                       PROFORMA NUMBER: 1756846         LAST DATE BILLED 12/05/23

CLIENT 105244             5703 9TH ST., LLC                           ADDRESS: 5703 9TH ST., LLC
MATTER 00004              LIFT STAY MOTIONS/CONTESTED MATTERS                  C/O WILL LANSING
CASE ID                                                                        WILL@VALORDEV.COM
INVOICE NUMBER            INVOICE DATE    /   /
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17400634 | 11/21/23 | | EMAIL/CONFER WITH B.STRICKLAND RE STATUS OF DISCOVERY | | | .20 | 01578 | SBG | 114.75 | 114.75 |
| 17424841 | 12/01/23 | | CONFER WITH B.STRICKLAND RE DISCOVERY ISSUES/HEARING ON OBJECTION TO PLAN | | | .20 | 01578 | SBG | 114.75 | 229.50 |
| 17424126 | 12/04/23 | | EMAILS WITH CHAMBERS RE HEARING ON CLAIM OBJECTION; CONFER WITH B.STRICKLAND RE SAME | | | .30 | 01578 | SBG | 172.13 | 401.63 |
| 17424127 | 12/04/23 | | PREPARE MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON MOTION TO CONTINUE; COORDINATE FILING | | | 1.50 | 01578 | SBG | 860.63 | 1,262.26 |
| 17424133 | 12/04/23 | | EMAILS RE HEARING; CONFER WITH B.STRICKLAND RE RELATED ISSUES | | | .60 | 01578 | SBG | 344.25 | 1,606.51 |
| 17425260 | 12/05/23 | | CONFER WITH B.STRICKLAND RE DISCOVERY ISSUES/CLAIM OBJECTION; REVIEW WCP RESPONSE TO MOTION TO CONTINUE | | | .20 | 01578 | SBG | 114.75 | 1,721.26 |
| 17418096 | 12/07/23 | | CONFER WITH B.STRICKLAND RE HEARING AND NEXT STEPS | | | .20 | 01578 | SBG | 114.75 | 1,836.01 |
| 17594609 | 03/05/24 | | EMAILS ON BALLOT ISSUES | | | .60 | 01529 | BCS | 413.10 | 2,249.11 |
| 17596932 | 03/06/24 | | REVISE AND EMAIL PEARSON ORDER TO UST AND EMAILS RE CASE STATUS; CALL DWIGHT RE STATUS | | | .80 | 01529 | BCS | 550.80 | 2,799.91 |
| 17600629 | 03/07/24 | | REVISE PEARSON ORDER AND EMAILS TO UST; EMAIL TO BROKER AND WILL RE BLIGHT ISSUE | | | .80 | 01529 | BCS | 550.80 | 3,350.71 |
| 17610559 | 03/11/24 | | EMAILS CLIENT ON NEW DEAL STRUCTURE; BROKER RE ORDER AND EMAILS ON PLAN BALLOTS | | | 2.00 | 01529 | BCS | 1,377.00 | 4,727.71 |
| 17610564 | 03/12/24 | | CONFIRMATION MATERIALS FOR S. GERALD | | | 1.00 | 01529 | BCS | 688.50 | 5,416.21 |
| 17615619 | 03/13/24 | | PREPARE MOR AND EMAILS RE SAME | | | .60 | 01529 | BCS | 413.10 | 5,829.31 |
| 17617946 | 03/14/24 | | EMAILS ON CONFIRMAITON ISSUES AND LISTING OFFERS; REVIEW SAME | | | 1.00 | 01529 | BCS | 688.50 | 6,517.81 |
| 17619360 | 03/15/24 | | REVIEW INFO FROM BROKER ON OFFERS | | | .80 | 01529 | BCS | 550.80 | 7,068.61 |

```
********************************************************************Page 2 of (2)
BILLING ATTORNEY: 01529  BRENT C. STRICKLAND     WHITEFORD, TAYLOR & PRESTON    THRU 04/30/24
                                                 DETAILED BILLING REPORT        AS OF 5/1/2024 6:34:51 PM
                                                 PROFORMA NUMBER: 1756846       LAST DATE BILLED 12/05/23

CLIENT 105244        5703 9TH ST., LLC
MATTER 00004         LIFT STAY MOTIONS/CONTESTED MATTERS
CASE ID

                                                                                        HOURS   TKPR   TKPR   TIME VALUE     RUNNING
INDEX      DATE      CA   ***PROFESSIONAL SERVICES***             TASK    ACT           WORKED  NO     INIT.  THIS PERIOD    TOTAL
TEST

17630501   03/20/24       WORK ON TALLY; EMAILS ON POSSIBLE NOTE SALE AND              1.40    01529   BCS       963.90     8,032.51
                          ASSESS IMPACT ON CASE AND PLAN; REVIEW OFFER
                          SUMMARY

17633024   03/21/24       PREP FOR AND CALL WITH WILL RE PLAN CONFIRMATION             2.00    01529   BCS     1,377.00     9,409.51
                          AND SALE ISSUES; UPDATE TALLY AND REVIEW OFFER
                          SUMMARY FROM DWIGHT. EMAIL TO MAC RE NOTE SALE

17635315   03/22/24       FINALIZE BALLOT TALLY AND REVIEW DECLARATION AND             1.50    01529   BCS     1,032.75    10,442.26
                          REVISE SAME; EMAILS ON SALE OFFERS

17639990   03/26/24       CONFER STEVE ON MOVING CONFIRMAITON HEARING,                 1.50    01529   BCS     1,032.75    11,475.01
                          DISMISSAL ISSUES AND NOTE SALE TRANCATION. EAILS
                          RE SAME

17654885   04/01/24       EMAILS RE STATUS                                              .30    01529   BCS       206.55    11,681.56

17660538   04/02/24       EMAILS ON HEARING AND OPTIONS; CONFER STEVE RE                .80    01529   BCS       550.80    12,232.36
                          SAME

17711306   04/29/24       EMAILS TITLE COMPANY RE CLOSING                               .50    01529   BCS       344.25    12,576.61

                                                                                      18.80**TIME VALUE TOTAL**            12,576.61

                          -------------------- ATTORNEY SUMMARY --------------------
                          Atty    Status              Attorney Name            Std Rt    Avg Rt   Hours    Value       Last Entry
                          ----    ------              -------------            ------    ------   -----    -----       ----------
                          01529   Partner             BRENT C. STRICKLAND      810.00    688.50   15.60   10,740.60    04/29/24
                          01578   Non Equity Part     STEPHEN B. GERALD        675.00    573.75    3.20    1,836.01    12/07/23
                                                                 TOTAL FEE VALUE                         12,576.61

                          TOTAL FEES AND DISBURSEMENTS        12,576.61

                                UNALLOCATED CREDITS                 .00


START-TO-DATE FEES BILLED =  15,175.53      YTD FEES BILLED =      .00     A/R BALANCE THIS MATTER =  14,153.06
START-TO-DATE DISB BILLED =        .00      YTD DISB BILLED =      .00     ESCROW BALANCE          =       .00
```

```
************************************************************Page 1 of (1)

BILLING ATTORNEY: 01529   BRENT C. STRICKLAND            WHITEFORD, TAYLOR & PRESTON   THRU 04/30/24
                                                         DETAILED BILLING REPORT        AS OF 5/1/2024 6:35:06 PM
                                                         PROFORMA NUMBER: 1756855       LAST DATE BILLED 12/05/23

CLIENT 105244            5703 9TH ST., LLC              ADDRESS: 5703 9TH ST., LLC
MATTER 00005             PROFESSIONALS                           C/O WILL LANSING
CASE ID                                                          WILL@VALORDEV.COM
INVOICE NUMBER _____   INVOICE DATE __/__/__
```

| INDEX TEST | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 17361673 | 11/02/23 | | WORK ON FEE APP | | | .40 | 01578 | SBG | 229.50 | 229.50 |
| 17399993 | 11/16/23 | | EMAILS RE FINALIZING FEE APP; COORDINATE FILING | | | .40 | 01578 | SBG | 229.50 | 459.00 |

```
                                                                    .80 **TIME VALUE TOTAL**           459.00

                    ----------- ATTORNEY SUMMARY -----------
Atty    Status           Attorney Name          Std Rt  Avg Rt  Hours    Value    Last Entry
01578   Non Equity Part  STEPHEN B. GERALD      675.00  573.75    .80   459.00    11/16/23
                                                 TOTAL FEE VALUE        459.00

              TOTAL FEES AND DISBURSEMENTS         459.00

              UNALLOCATED CREDITS                     .00


START-TO-DATE FEES BILLED =      962.63   YTD FEES BILLED =   .00    A/R BALANCE THIS MATTER =   897.77
START-TO-DATE DISB BILLED =         .00   YTD DISB BILLED =   .00    ESCROW BALANCE           =     .00
```