# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

    5703 9TH, LLC,

    Debtor.

)
)  Chapter 11
)
)  Case No. 23-00131-ELG
)
)
)
)
)

### ORDER GRANTING SECOND AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *Second and Final Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") filed by Whiteford Taylor & Preston L.L.P. ("Whiteford"), counsel to 5703 9th, LLC (the "Debtor") in the above-captioned case; and proper notice pursuant to Bankruptcy Rules 2002 and 2016 having been provided; and the Court having reviewed and considered the Application and any objections or responses filed thereto; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore; it is hereby

    **ORDERED**, that the Application is GRANTED; and it is further

1

**ORDERED**, that Whiteford's request for payment of fees and reimbursement of expenses as set forth in the Application is GRANTED; and it is further

**ORDERED**, that the Debtor is authorized to pay Whiteford the amounts allowed above and as set forth in the Application; and it is further

**ORDERED**, that all compensation to Whiteford is approved on a final basis.

## END OF ORDER

I ASK FOR THIS:
*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor in Possession*


cc:  All Parties on Master Service List