# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>    5703 9th, LLC<br><br>                    Debtor. | )<br>)<br>)<br>)    Chapter 11<br>)    Case No. 23-131-ELG<br>)<br>)<br>) |

## CERTIFICATE OF SUBSTANTIAL CONSUMMATION
## AND MOTION FOR FINAL DECREE

5703 9th LLC ("the "Debtor") files this *Certificate of Substantial Consummation and Motion for Final Decree* in accordance with Local Bankruptcy Rule 3022-1(b)(1) and, in support thereof, states as follows:

1. By Order dated April 15, 2024, this Court entered an Order (Dkt. 104) confirming the Debtor's Amended Chapter 11 plan (the "Plan") in this case.

2. On April 26, 2024, the Debtor closed on a refinance loan pursuant to the Plan.

3. At the time of closing of the refinance loan, all of the Debtor's creditors were paid in full.[1]

4. As a result of the payment of all claims herein, the Debtor's Plan has been substantially consummated and the Debtor respectfully requests the entry of a Final Decree closing this Chapter 11 case.

---

[1] Debtor's counsel agreed to cap payment of its legal fees at $15,000 even though the total fees incurred are substantially greater than this amount.

Brent C. Strickland (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

WHEREFORE, the Debtor respectfully requests that the Court: (i) enter the attached proposed Final Decree; and (ii) grant the Debtor such other and further relief as this Court deems appropriate.

Respectfully submitted,

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045 Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@wtplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, a copy of the foregoing was served on the parties in this matter by ECF.

*/s/ Brent C. Strickland*
Brent C. Strickland