The order below is hereby signed.

Signed: May 28 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

5703 9TH, LLC,

    Debtor.

)
) Chapter 11
)
) Case No. 23-00131-ELG
)

**ORDER GRANTING SECOND AND FINAL APPLICATION OF
WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *Second and Final Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") filed by Whiteford Taylor & Preston L.L.P. ("Whiteford"), counsel to 5703 9th, LLC (the "Debtor") in the above captioned case; and proper notice pursuant to Bankruptcy Rules 2002 and 2016 having been provided; and the Court having reviewed and considered the Application and any objections or responses filed thereto; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that Whiteford's request for payment of fees in the amount of $81,420.67 is hereby approved and allowed on an interim and final basis; and it is further

**ORDERED**, that Whiteford's request for reimbursement for out-of-pocket expenses in the amount of $509.46 is hereby approved and allowed; and it is further

**ORDERED**, that the Debtor is authorized to pay Whiteford the amounts allowed above and as set forth in the Application; in satisfaction thereof, Whiteford has agreed to accept the reduced amount of $15,000; and it is further

**ORDERED**, that all compensation to Whiteford is approved on a final basis.

### END OF ORDER

I ASK FOR THIS:
*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor in Possession*

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis*
Kristen S. Eustis
DOJ-UST
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Email: kristen.s.eustis@usdoj.gov

cc: All Parties on Master Service List