Office of United States Trustee
Kristen S. Eustis
Trial Attorney, MD28984
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.s.eustis@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| 5703 9th, LLC, | Case No. 23-00131-ELG |
| Debtor. | Chapter 11 |

## RESPONSE OF THE ACTING UNITED STATES TRUSTEE
## TO DEBTOR'S MOTION FOR FINAL DECREE

Gerard R. Vetter, the Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, hereby files this response ("Response") to the Motion for Final Decree (Doc. No. 108) filed by 5703 9th, LLC (the "Debtor"). In support of this Response, the U.S. Trustee states as follows:

1. On May 16, 2023, the Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code. (Doc. No. 1).

2. On April 15, 2024, this Court entered an Order Granting Final Approval of the Debtor's Disclosure Statement and Confirming Debtor's Amended Chapter 11 Plan of Reorganization. (Doc. No. 104).

3. On May 14, 2024, the Debtor filed the Motion for Final Decree. (Doc. No. 108).

4. The U.S. Trustee does not object to the entry of a Final Decree provided that the Debtor is current on its monthly operating reports and/or all post confirmation reports and has paid all quarterly fees as required by 28 U.S.C. § 1930(a)(6).

Date: May 28, 2024

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on May 28, 2024, I electronically filed the foregoing Response with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Sara Kathryn Mayson sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov

Brent C. Strickland bstrickland@wtplaw.com, cajones@wtplaw.com; dgaffey@wtplaw.com;rodom@wtplaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                          */s/ Robert W. Ours*
                                          Robert W. Ours
                                          Paralegal Specialist