The order below is hereby signed.

Signed: May 28 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

5703 9TH, LLC,

Debtor.

) Chapter 11
)
) Case No. 23-00131-ELG

## ORDER GRANTING SECOND AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *Second and Final Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Compensation and Reimbursement of Expenses* (the "Application") filed by Whiteford Taylor & Preston L.L.P. ("Whiteford"), counsel to 5703 9th, LLC (the "Debtor") in the above captioned case; and proper notice pursuant to Bankruptcy Rules 2002 and 2016 having been provided; and the Court having reviewed and considered the Application and any objections or responses filed thereto; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED**, that Whiteford's request for payment of fees in the amount of $81,420.67 is hereby approved and allowed on an interim and final basis; and it is further

**ORDERED**, that Whiteford's request for reimbursement for out-of-pocket expenses in the amount of $509.46 is hereby approved and allowed; and it is further

**ORDERED**, that the Debtor is authorized to pay Whiteford the amounts allowed above and as set forth in the Application; in satisfaction thereof, Whiteford has agreed to accept the reduced amount of $15,000; and it is further

**ORDERED**, that all compensation to Whiteford is approved on a final basis.

**END OF ORDER**

I ASK FOR THIS:
*/s/ Brent C. Strickland*
Brent C. Strickland (Bar No. 452880)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
8830 Stanford Boulevard
Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickalnd@whitefordlaw.com

Stephen B. Gerald (Bar No. DE0004)
600 N. King Street, Suite 300
Wilmington, Delaware 19801
Phone: (302) 357-3282
Facsimile: (410) 223-4178
Email: sgerald@whitefordlaw.com

*Counsel to the Debtor and Debtor in Possession*

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis*
Kristen S. Eustis
DOJ-UST
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Email: kristen.s.eustis@usdoj.gov

cc:  All Parties on Master Service List

United States Bankruptcy Court

District of Columbia

In re:                                                                                                          Case No. 23-00131-ELG

5703 9th, LLC                                                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                                       User: admin                                       Page 1 of 2
Date Rcvd: May 28, 2024                           Form ID: pdf001                                  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 768143 | + | Arcill Engineering, 929 West Broad Street, #249, Falls Church, VA 22046-3121 |
| 768181 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 768176 |   | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520 WASHINGTON DC 20013 |
| 768905 | + | DC Water and Sewer Authority, PO Box 97200, Washington, DC 20090-7200 |
| 768145 | + | District of Columbia, Department of Building, 1100 4th Street SW, Washington, DC 20024-4451 |
| 768147 | + | James C. Smith, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768149 | + | Nicholas Jung, NSJ LLC, 2819 Bargate Court, Crofton, MD 21114-3105 |
| 768152 | + | Russell S. Drazin, Trustee, Pardo & Drazin, 4400 Jennifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 768177 | + | WCP Fund I LLC, as Servicer for Trustee of, Homeward Opportunities Fund Trust 2020-B, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 768154 | + | William Lansing, 1101 Connecticut Avenue NW, Suite 450, Washington, DC 20036-4359 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 768256 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2024 00:17:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 768144 | + | Email/Text: angela.coleman@dc.gov | May 29 2024 00:17:00 | District of Columbia, Office of Tax and Revenue, 1101 4th Street SW, Washington, DC 20024-4457 |
| 768146 | + | Email/Text: bankruptcy@erieinsurance.com | May 29 2024 00:17:00 | Erie Insurance Company, 100 Erie Ins. Place, Erie, PA 16530-0001 |
| 768906 |   | Email/Text: Bankruptcy_General@pepco.com | May 29 2024 00:17:00 | PEPCO, Remittance Processing, 701 9th Street NW, Washington, DC 20001-4572 |
| 768907 | + | Email/Text: Bankruptcy@washgas.com | May 29 2024 00:17:00 | Washington Gas, 101 Constitution Ave., NW, Washington, DC 20001-2133 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 768348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza, Rm 1150, Baltimore MD 21201 |
| 768148 | ##+ | Natalie Denise Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768150 | ##+ | Nicola Regina Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768151 | ##+ | Reginald Sanford Bell, 5703 9th Street NW, Washington, DC 20011-8203 |
| 768153 | ##+ | WCP Fund 1 LLC, 2815 Hartland Road, Suite 200, Falls Church, VA 22043-3548 |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2024 | Form ID: pdf001 | Total Noticed: 15 |

TOTAL: 0 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent C. Strickland | on behalf of Debtor In Possession 5703 9th  LLC bstrickland@wtplaw.com, cajones@wtplaw.com;dgaffey@wtplaw.com;rodom@wtplaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5