The order below is hereby signed.

Signed: June 6 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| 5703 9th, LLC | ) | Chapter 11 |
| | ) | Case No. 23-131-ELG |
| Debtor. | ) | |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR FINAL DECREE

Upon consideration of the Certificate of Substantial Consummation and Motion for Final Decree (the "Motion") filed by 5703 9th LLC ("the "Debtor") herein, and it appearing to the Court that the Debtor's Chapter 11 Plan has been substantially consummated, it is hereby

ORDERED, that the Motion be and hereby is GRANTED; and it is further

ORDERED, that the Debtor shall pay all fees due to the Office of the United States Trustee for the second quarter of 2024 as and when billed to the Debtor; and it is further

ORDERED, that this Chapter 11 case is hereby closed.

**END OF ORDER**

I ask for this:

*/s/ Brent C. Strickland*
WHITEFORD, TAYLOR & PRESTON L.L.P.
Brent C. Strickland, Esquire (Bar No. 452880)
Whiteford, Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Facsimile: (410) 223-4302
Email: bstrickland@whitefordlaw.com

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis*
Kristen S. Eustis
DOJ-UST
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Email: kristen.s.eustis@usdoj.gov

cc:     All parties on master service list

*13570043*